# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2007, service of the following was made upon attorneys of record for plaintiff by mailing a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to SACKS & SACKS, LLP, 150 Broadway, 4th Floor, New York, New York 10038:

1. Stamped & Filed Notice of Removal with supporting papers;
2. Individual Rules of Judge George B. Daniels;
3. Individual Rules of Magistrate Ronald L. Ellis;
4. USDC/SDNY Instructions for filing an Electronic Case or Appeal;
5. USDC/SDNY Procedures for Electronic Case Filing;
6. USDC/SDNY Guidelines for Electronic Case Filing

_____
Sol Z. Sokel (6794)