

January 8, 2008

**BY FAX 212-805-6737**

Chambers Hon. Judge George B. Daniels
U.S. District Court for the Southern District
of New York
Daniel P. Moynihan U.S. Courthouse
Room 630
500 Pearl Street
New York, NY 10007-1312
Attention: Heather Kennedy

**SO ORDERED**

/s/ George B. Daniels

~~HON. GEORGE B. DANIELS~~

JAN 0 8 2008

      RE:   Ali vs. Yannick
             Our File No. SZS 56050-301
             **Civil Action No. 07CV6010**

Dear Ms. Kennedy:

    This will memorialize that the Initial Conference before the Hon. Judge Daniels in the United States District Court, Southern District of New York, scheduled for **today** is adjourned on consent since the parties have mutually agreed to hold depositions on February 8, 2008.

    Thank you for all courtesies extended in this matter.

                           Very truly yours,

                            KELLY, RODE & KELLY, LLP

                      By:   /s/ Sol Z. Sokel
                            Sol Z. Sokel

SZSrv

cc: Sacks & Sacks (by fax 212-349-2141)