John F. Kelly (1921-2000)
John Kenneth Rode (Retired 2002)
Shawn P. Kelly
George J. Wilson
John W. Hoefling
Loris Zeppieri

Eric B. Belson
Daniel E. Cornito
Barbara A. Dalton
Brian P. Flynn
Donna Geoghan

**Kelly, Rode & Kelly, LLP**
330 Old Country Road
Suite 305
Mineola, New York 11501
516-739-0400
Fax 516-739-0434
E-mail info@krklaw.com

Suffolk County Office
215 Griffing Avenue
Riverhead, New York 11901
631-727-0110

Paul Loumeau
John J. Morris
Camille C. Niewes
Beverly I. Smith
Sol Z. Sokel
John J. Stewart
Susan M. Ulrich
Stephanie Visconti
Kevin E. Way

Firm Administrator
Thomas J. Schumm



March 12, 2008

**BY FAX 212-805-6737**
Chambers Hon. Judge George B. Daniels
U.S. District Court for the Southern District of New York
Daniel P. Moynihan U.S. Courthouse, Room 630
500 Pearl Street
New York, NY 10007-1312
Attention: Heather Kennedy

MAR 1 4 2008  **SO ORDERED**

The pre trial conference is rescheduled to April 8, 2008 at 10:00 a.m.

*/s/ George B. Daniels*
**HON. GEORGE B. DANIELS**

      RE:    Ali vs. Yannick
              Our File No. SZS 56050-301
              **Civil Action No. 07CV6010**

Dear Ms. Kennedy:

     This will memorialize that the Conference before the Hon. Judge Daniels in the United States District Court, Southern District of New York, scheduled for March 13, 2008 is adjourned on consent to May 8, 2008 since the parties have mutually agreed to hold defendant's deposition on April 16, 2008 and plaintiffs' IMEs have not yet been completed. In addition, with the Court's permission, the parties will consent to set-back dates on the Civil Case Management Plan and Scheduling Order, which will be addressed separately on a later date.

     Thank you for all courtesies extended in this matter.

                        Very truly yours,

                        KELLY, RODE & KELLY, LLP

                By:    /s/ Sol Z. Sokel
                           Sol Z. Sokel

SZS/rv
cc: Sacks & Sacks *(by fax 212-349-2141)*