UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
RASHAD ALI, MINERVA ALI, MINERVA ALI,
as Guardian over DANYAL ALI, MINERVA ALI,
as Guardian over DANYAL ALI, infant, and
MINERVA ALI as Guardian over TANYAH ALI,
infant,

                        Plaintiffs,

      -against-

LECOURIUX G. YANNICK,

                        Defendant.
--------------------------------------------------------------X

Civil Action No. 07CV6010
Judge Daniels/Magistrate Ellis

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED**, between counsel for the parties herein that the Civil Case Management Plan and Scheduling Order of Honorable Judge George B. Daniels dated August 27, 2007 shall be amended as follows:

1)    All discovery shall be commenced in time to be completed by **June 23, 2008**; and

2)    All dispositive motions are to be served by **July 9, 2008**.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED**, that all remaining provisions contained in said Civil Case Management Plan and Scheduling Order shall remain the same.

Dated:    April 7, 2008

BY: David H. Mayer
SACKS & SACKS, LLP
Attorneys for Plaintiffs
Office & P.O. Address
150 Broadway, 4th Floor
New York, New York 10038
(212) 964-5570

BY: Sol Z. Sokel
KELLY, RODE & KELLY, LLP
Attorneys for Defendant
Office & P.O. Address
330 Old Country Road, Suite 305
Mineola, NY 11501
(516) 739-0400
Our File No. SZS 56050-301

SO ORDERED;

*George B. Daniels*
U.S.D.J.
**HON. GEORGE B. DANIELS**