APR.08.2008 17:30
/396601

#3351 P.002 /002
02.55:14 p.m.   04-08-2008   2/2

LY FILED
APR 14 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RASHAD ALI, MINERVA ALI, MINERVA ALI,
as Guardian over DANYAL ALI, MINERVA ALI,
as Guardian over DANYAL ALI, infant, and
MINERVA ALI, as Guardian over TANYAH ALI,
infant,

                      Plaintiffs,

    -against-

LECOURIUX G. YANNICK,

                Defendant.
---------------------------------------------------------X

Civil Action No. 07CV6010
Judge Daniels/Magistrate Ellis

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, between counsel for the parties herein that the Civil Case Management Plan and Scheduling Order of Honorable Judge George B. Daniels dated August 27, 2007 shall be amended as follows:

1) All discovery shall be commenced in time to be completed by **June 23, 2008**; and

2) All dispositive motions are to be served by **July 9, 2008**.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that all remaining provisions contained in said Civil Case Management Plan and Scheduling Order shall remain the same.

Dated:    April 7, 2008

BY: David H Mayer
SACKS & SACKS, LLP
Attorneys for Plaintiffs
Office & P.O. Address
150 Broadway, 4th Floor
New York, New York 10038
(212) 964-5570
APR 14 2008

BY:  Sol Z. Sokel
KELLY, RODE & KELLY, LLP
Attorneys for Defendant
Office & P.O. Address
330 Old Country Road, Suite 305
Mineola, NY 11501
(516) 739-0400
Our File No. SZS 56050-301

SO ORDERED;

George B Daniels
USDCJ
**HON. GEORGE B. DANIELS**