USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 6 2008

**Kelly, Rode & Kelly, L.L.P.**
330 Old Country Road
Suite 305
Mineola, New York 11501
516-739-0400
Fax 516-739-0434
E-mail info@krklaw.com

May 7, 2008

**BY FAX 212-805-6737**

Chambers Hon. Judge George B. Daniels
U.S. District Court for the Southern District of New York
Daniel P. Moynihan U.S. Courthouse
Room 630
500 Pearl Street
New York, NY 10007-1312
Attention: Heather Kennedy

**SO ORDERED**
The conference is rescheduled to June 12, 2008 at 9:30 a.m.
MAY 15 2008
*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

RE: Ali vs. Yannick
Our File No. SZS 56050-301
**Civil Action No. 07CV6010**

Dear Ms. Kennedy:

This will memorialize that the Conference before the Hon. Judge Daniels in the United States District Court, Southern District of New York, scheduled for May 8, 2008 is adjourned on consent since the parties mutually agreed to resolve outstanding discovery, inclusive of an IME and exchange of authorizations for release of certain records. The Conference has therefore been adjourned to **June 12, 2008 at 9:30 a.m.** It is anticipated that discovery will be complete by that date.

Thank you for all courtesies extended in this matter.

Very truly yours,

KELLY, RODE & KELLY, LLP

By: /s/ Sol Z. Sokel
Sol Z. Sokel

SZS/hh

cc: Sacks & Sacks *(by fax 212-349-2141)*