**EXHIBIT #4**

525 56050-301

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED

FEB 28 2008

KELLY RODE & KELLY, LLP

-------------------------------

RASHAD ALI, MINERVA ALI, MINERVA ALI AS

GUARDIAN OVER DANYAL ALI, INFANT MINERVA ALI,

AS GUARDIAN OVER TANYAH ALI, INFANT,

                    Plaintiffs,        Docket No.

                                       07 CV 6010

          -against-                      (GBD)

LECOURIUX G. YANNICK,

                    Defendant.

-------------------------------------------x

        EXAMINATION BEFORE TRIAL of the

Plaintiff, MINERVA ALI, taken by the Defendant,

pursuant to Order, held at the offices of Sacks

& Sacks, LLP, 150 Broadway, New York, New York,

on February 8, 2008, at 1:13 p.m., before a

Notary Public of the State of New York.

**************************************************

        BARRISTER REPORTING SERVICE, INC.

                120 Broadway

            New York, N.Y. 10271

                212-732-8066

2

```
 1
 2    A P P E A R A N C E S :
 3
            SACKS & SACKS, LLP
 4                  Attorneys for Plaintiffs
                    150 Broadway
 5                  New York, New York 10038
 6      BY:    DAVID H. MAYER, ESQ.
 7
 8
 9
            KELLY, RODE & KELLY
10                  Attorneys for Defendant
                    330 Old Country Road
11                  Mineola, New York 11501
12      BY:    JOHN MORRIS, ESQ.
13
14
15
16                      xxxxx
17
18
19
20
21
22
23
24
25
```

3

```
 1
 2              S T I P U L A T I O N S
 3          IT IS HEREBY STIPULATED AND AGREED by and
 4     between the attorneys for the respective parties
 5     herein, that filing, sealing and certification, be
 6     and the same are, hereby waived.
 7          IT IS FURTHER STIPULATED AND AGREED that
 8     all objections except as to the form of the
 9     question, shall be reserved to the time of the
10     trial.
11          IT IS FURTHER STIPULATED AND AGREED that
12     the within deposition may be signed and sworn to
13     by an officer authorized to administer an oath,
14     with the same force and effect as if signed and
15     sworn to before the Court.
16                          xxxxx
17
18
19
20
21
22
23
24
25
```

4

1

2    M I N E R V A        A L I,

3            having been first duly sworn before a

4            Notary Public of the State of New

5            York, was examined and testified as

6            follows:

7

8    EXAMINATION BY

9    MR. MORRIS:

10    Q.    Please state your name for the record.

11    A.    Minerva Ali.

12    Q.    What is your address?

13    A.    1255 Ward Avenue, first floor, Bronx,

14    New York 10472.

15    Q.    Good afternoon, Mrs. Ali.  My name is

16    John Morris.  I'm an attorney.  I represent

17    the defendant, Mr. Yannick, in this lawsuit

18    that has been brought on your behalf by your

19    attorneys.  I am going to ask you some

20    questions about an automobile accident that

21    you were involved in and some related

22    matters.

23            If there is any question you don't

24    understand, it could always be read back by

25    the court reporter.  If is not clear, we

5

```
 1                    M. Ali
 2   could try another question.  Please,
 3   verbalize all your responses, because if you
 4   shake your head or make a hand gesture, that
 5   cannot be taken down by the court reporter.
 6   We need the court reporter to take down
 7   everything that's being said and the
 8   questions and the answers.  Also, please,
 9   wait until I'm done with my question before
10   you start to answer so that the court
11   reporter can take down all the words that are
12   being said.  Okay, ma'am?
13   A.    Yes.
14   Q.    Ma'am, what is your date of birth?
15   A.    April 2, 1983.
16   Q.    Have you ever been known by other
17   names besides Minerva Ali?
18   A.    Yes, Machuca, M-A-C-H-U-C-A.
19   Q.    Was that your maiden name?
20   A.    That's -- Ali is my married last name.
21   That's my own last name.
22   Q.    What is your height?
23   A.    5'5''.
24   Q.    Approximate weight?
25   A.    170.
```

6

```
1                    M. Ali
2    Q.    Where were you born, ma'am?
3    A.    San Juan, Puerto Rico.
4    Q.    When did you come to the mainland,
5    United States?
6    A.    2001.
7    Q.    Are you married?
8    A.    Yes.
9    Q.    Your husband's name is?
10   A.    Rashad Ali.
11   Q.    The date of your marriage is?
12   A.    By religion, December 6th.
13   Q.    Of what year?
14   A.    2001.
15   Q.    I guess in front of the court is
16   another date?
17   A.    Yes.  That is -- was -- I don't know
18   the date.  The year, 2003.
19   Q.    Ma'am, I see you're wearing glasses
20   right now.  That is for nearsightedness?
21   A.    Yeah.
22   Q.    When you're wearing your glasses, do
23   you then have good vision?
24   A.    No.
25   Q.    I mean, if you're wearing your
```

7

```
 1                    M. Ali
 2   glasses, can you see fine?
 3   A.      Yes, I can see.
 4   Q.      Any problems with your hearing?
 5   A.      No.
 6   Q.      Ma'am, you have three children; is
 7   that correct?
 8   A.      Yes.
 9   Q.      That is Danyal, Danyah and Tanyah?
10   A.      Yes.
11   Q.      How long have you lived at 1255 Ward
12   Avenue in the Bronx on the first floor?
13   A.      Since I married.
14   Q.      When you say since you married, do you
15   mean the 2001 or 2003 date?
16   A.      No, the 2001.
17   Q.      Ma'am, do you remember being involved
18   in a motor vehicle accident which is the
19   subject of this lawsuit?
20   A.      Yes.
21   Q.      What's the date of that accident?
22   A.      10/28/06.
23   Q.      At the time of the accident, was your
24   husband driving?
25   A.      Yes.
```

8

```
 1                    M. Ali
 2    Q.      Were you a front seat passenger?
 3    A.      Yes.
 4    Q.      It was in your husband's silver 2002
 5    Honda Civic?
 6    A.      Yes.
 7    Q.      Your three children were in the back
 8    seat at the time?
 9    A.      Yes.
10    Q.      They were properly in their car seats?
11    A.      Yes.
12    Q.      Did that front passenger's seat of
13    your husband's car have a safety belt at the
14    time of the accident?
15    A.      Yes.
16    Q.      Were you wearing a safety belt?
17    A.      Yes.
18    Q.      To the best of your knowledge, did the
19    safety belt work at the time of the accident?
20    A.      Yes.
21    Q.      Where were you coming from at the time
22    of the accident?
23    A.      Shopping in New Jersey.
24    Q.      Was your husband driving home at the
25    time of the accident?
```

9

```
 1                      M. Ali
 2   A.      Yes.
 3   Q.      What were the weather conditions like
 4   at the time of the accident?
 5   A.      Cloudy.
 6   Q.      Were the roadways, basically, dry?
 7                MR. MAYER:  Note my objection to
 8           form.  You could answer.
 9   Q.      Was the roadway dry at the location of
10   the accident?
11   A.      At the time the accident happened?
12   Q.      Yes.
13   A.      It was dry.
14   Q.      Had your husband been driving on the
15   FDR Drive before the accident?
16   A.      Yes.
17   Q.      He was going to drive you and the rest
18   of your family home?
19   A.      Yes.
20   Q.      Where did the accident happen?
21   A.      Exiting out from the FDR.
22   Q.      Exiting out from the FDR Drive?
23   A.      Yes.
24   Q.      Do you remember what exit it was at?
25   A.      No.
```

10

```
1                        M. Ali
2      Q.      Ma'am, have you ever been a licensed
3      driver?
4      A.      No.
5      Q.      How were you first made aware that
6      there was an accident?
7      A.      When he hit us.
8      Q.      Did you have any indication before the
9      contact that an accident was about to occur?
10     A.      No.
11     Q.      By that I mean, did you hear any
12     screeching of tires, screeching of brakes,
13     any horns honking, anything like that?
14     A.      No, I don't know.
15     Q.      You are very soft spoken.  Just a
16     little louder.
17     A.      Sorry.
18     Q.      That's okay.  Was there one other
19     vehicle involved in this accident?
20     A.      The guy that hit us.
21     Q.      No other vehicle?
22     A.      No.
23     Q.      So, it's your vehicle and this other
24     guy and he was in a Jeep, if you remember?
25     A.      I think.
```

11

```
 1                        M. Ali
 2    Q.      What color was the other car?
 3    A.      I don't know.
 4    Q.      To the best of your knowledge, did
 5    this other vehicle hit your husband's car?
 6    A.      Yes.
 7    Q.      Immediately before this other vehicle
 8    made contact with your vehicle, was your
 9    vehicle stopped or was it moving at that
10    time?
11    A.      I don't remember.
12    Q.      What were you doing immediately before
13    the accident?
14    A.      Cry.
15    Q.      Immediately before the accident?
16    A.      Before?
17    Q.      Immediately before?
18    A.      I was looking everywhere.
19    Q.      Were your children pretty quiet before
20    the accident or causing some problems for you
21    or something else?
22    A.      No, they were quiet.
23    Q.      This other vehicle that was in this
24    accident, did it hit your husband's car from
25    behind?
```

12

```
 1                        M. Ali
 2      A.      Yes.
 3      Q.      Do you know if it pushed your vehicle
 4      forward?
 5      A.      I don't know.
 6      Q.      Was it one impact or more than one
 7      impact?
 8      A.      One.
 9      Q.      As a result of this one impact, did
10      any parts of your body make contact with any
11      portion of the interior of the car?
12      A.      No.
13      Q.      Did your seat break as a result of the
14      accident?
15      A.      No.
16      Q.      Did your seat belt break as a result
17      of the accident?
18      A.      No.
19      Q.      Do you know what an air bag is in a
20      car?
21      A.      Yes.
22      Q.      Did any air bags open up inside your
23      husband's car as a result of this accident?
24      A.      No, no.
25      Q.      After the accident, did both your
```

13

```
 1                      M. Ali
 2   husband's and the vehicle behind you pull
 3   over to the left side of the road?
 4   A.      Yes.
 5   Q.      Did you hear the driver of the other
 6   vehicle say anything to your husband at
 7   anytime?
 8   A.      I hear he say something.  I don't know
 9   what.
10   Q.      Ma'am, your first language is Spanish?
11   A.      Yes.
12   Q.      Do you have any problem understanding
13   the English language so far in our questions
14   and answering?
15   A.      No.  Pronouncing.
16   Q.      I will go slower if you need.
17               MR. MORRIS:  I'm sorry, could I
18           have that answer read back?
19               (Whereupon the record was read
20           back by the reporter.)
21   Q.      Do you have any recollection of what
22   the driver of this other car said to your
23   husband at the scene?
24   A.      No.
25   Q.      Ma'am, is it that you don't remember
```

14

1                    M. Ali

2    or you didn't understand what he was saying

3    or is it something else?

4    A.      I don't remember if I don't remember

5    or I don't understand.

6    Q.      What is the first thing you said after

7    the accident?

8    A.      That I said?

9    Q.      Yes.

10   A.      Oh, my God.

11   Q.      Did your husband then ask you how you

12   were feeling or if you were okay, in some

13   words like that?

14   A.      Yes.  After I just said, oh, my God.

15   Right in the same instance I started crying

16   and after he saw me crying then he asked me.

17   Q.      He asked you how were you feeling?

18   A.      Yes.

19   Q.      Were you feeling pain in any part of

20   your body immediately after the accident?

21   A.      Immediately.

22   Q.      While you were still --

23   A.      Five minutes after.

24   Q.      Within five minutes of the accident,

25   you were feeling pain in some part of your

15

1                          M. Ali

2    body?

3    A.       Yes.

4    Q.       Where?

5    A.       It started from up my neck down

6    through my whole hand, my arm.

7    Q.       So, are you indicating the back and

8    the side of your neck, one particular side?

9    Is it one side or the other?  Are you

10   indicating the left side?

11   A.       In the left side.

12   Q.       So, the left side of your neck, the

13   left side of the back of your neck?  You are

14   indicating it's going down to your shoulder?

15   A.       Back of my shoulder and my arm.

16   Q.       All this is the left side of your

17   body?

18   A.       Yes.

19   Q.       You indicated in the back of your left

20   shoulder.  What about the front of your

21   shoulder?

22   A.       The front on the left side?

23   Q.       Yes.  Did you feel anything there that

24   felt unusual?

25   A.       I cannot remember.

16

```
 1                      M. Ali
 2    Q.      Did you feel pain in any other part of
 3    your body at that time?
 4    A.      That time right away.
 5    Q.      While you were still at the scene of
 6    the accident?
 7    A.      Yeah, it start like more in my column.
 8    Q.      You are indicating the lower back,
 9    basically?
10    A.      Yes, around the middle.
11    Q.      Did the police arrive on the scene?
12    A.      Yes.
13    Q.      Did you speak to the police?
14    A.      No.
15    Q.      Did they attempt to speak to you?
16    A.      No.
17    Q.      Did you hear them speaking to the
18    other driver?
19    A.      I don't remember.
20    Q.      Please, describe that other driver,
21    was it male?
22    A.      Yes.
23    Q.      What else can you say about the
24    person?
25    A.      Caucasian.
```

17

```
 1                    M. Ali
 2   Q.    Approximate age?
 3   A.    I don't know.  Something like you.
 4   Q.    Did the police ask you, at any time,
 5   how you were feeling?
 6              MR. MAYER:  Note my objection to
 7              the form.  I think you asked that.
 8   A.    I don't think -- I don't recall it.
 9   Q.    Did an ambulance arrive on the scene?
10   A.    Yes.
11   Q.    Did anyone from the ambulance speak to
12   you?
13   A.    Yes.
14   Q.    What did they say to you and what did
15   you say to them?
16   A.    They first asked me if I was okay and
17   they asked me, before going into the
18   ambulance, they are going to have do an
19   evaluation.
20   Q.    When they asked you were you okay, did
21   you respond?
22   A.    Yes, I told them.
23   Q.    What did you tell them?
24   A.    That I have pain.
25   Q.    Did you tell them what part of your
```

18

```
 1                      M. Ali
 2   body?
 3   A.      Yes.
 4   Q.      So, did you use words and also
 5   indicate by hand gestures?
 6   A.      Yes.
 7   Q.      You told them you had pain in your
 8   neck and going down your left arm?
 9   A.      Yes.
10   Q.      Did you then go inside the ambulance?
11   A.      Yes.
12   Q.      What did they do for you in there?
13   A.      They check my blood pressure, they
14   asked me about, you know, where I was born
15   and the usual -- what the doctor's ask
16   previous.
17   Q.      Did they put you in a neck brace?
18   A.      No.
19   Q.      Did you get out of your husband's car
20   by yourself?
21   A.      The guys in the ambulance helped me.
22   Q.      Did they help you and walk you over to
23   the ambulance or did they put you on a
24   stretcher?
25   A.      They walked me over to the ambulance.
```

19

```
 1                         M. Ali
 2    Q.       What was being done, if anything, with
 3    your children at that time?
 4    A.       They evaluated them.
 5    Q.       Did your children also get in the
 6    ambulance?
 7    A.       No.
 8    Q.       Did the children remain in the car?
 9    A.       Yes.
10    Q.       Did any of the ambulance personnel
11    give you a diagnosis?
12    A.       No.
13    Q.       Did you have some discussion with them
14    about going to the hospital?
15    A.       Yes.
16    Q.       What was that discussion?
17    A.       They said I should go to the hospital.
18    Because of the situation with the kids, I
19    refused.  I said, I'm going to go, you
20    know --
21    Q.       You are going to go with your husband
22    later?
23    A.       Yes.
24    Q.       Did the ambulance personnel evaluate
25    your children?
```

20

```
 1                        M. Ali
 2    A.      Yes.
 3    Q.      At some point, did you and your
 4    husband get back in your husband's car?
 5    A.      Yes.
 6    Q.      Then he drove home?
 7    A.      Yes.
 8    Q.      He dropped off your groceries?
 9    A.      Just, like, milk.
10    Q.      The perishable ones?
11    A.      Yes.
12    Q.      Then, what happened next, what did he
13    do?
14    A.      Well, he called to the job saying he
15    couldn't go and we're going to the doctor.
16    Q.      What is the first place you went to,
17    you said the doctor?
18    A.      New York Presbyterian.
19    Q.      So, your first medical treatment after
20    the ambulance was --
21    A.      Yes.
22    Q.      -- at New York Presbyterian Hospital?
23    A.      Yes.
24    Q.      Did you know anybody who worked there
25    at the time?
```

21

```
 1                    M. Ali

 2   A.      No.

 3   Q.      Was it your choice to go to that

 4   hospital as opposed to your husband or was it

 5   a joint decision?

 6   A.      We both decided together.

 7   Q.      So, your husband then drove you and

 8   your three children to the hospital?

 9   A.      Yes.

10   Q.      How long did you have to wait in the

11   emergency room before any of you received any

12   examination or care?

13   A.      Before the doctor called us?

14   Q.      Yes, before they looked at you.  Not

15   just filling out paperwork.  Someone actually

16   examined you or treated you, how long was

17   that?

18   A.      I don't remember.

19   Q.      Was it a matter of hours?

20   A.      I don't know.

21   Q.      Ma'am, at the time of this accident,

22   were you employed outside the home?

23   A.      No.

24   Q.      Were you a homemaker at the time of

25   this accident?
```

22

1                          M. Ali

2    A.      Yes.

3    Q.      You took care of your three children

4    at this time?

5    A.      Yes.

6    Q.      Before this accident, did you cook all

7    the family members meals?

8    A.      Yes.

9    Q.      After your visit to the hospital, did

10   your husband then drive you and your children

11   back home?

12   A.      Yes.

13   Q.      Do you remember about what time of day

14   it was that you actually got back home after

15   the hospital visit?

16   A.      No.

17   Q.      Was it in the evening by that time?

18   A.      I don't remember.

19   Q.      What time did the accident occur?

20   A.      Half day, like half day 12:00 to 1:00.

21   Q.      Noon to 1:00, somewhere around that

22   time, somewhere around lunchtime?

23   A.      Yes.

24   Q.      When was the first time you received

25   any medical examination, treatment or care

23

```
1                        M. Ali
2    after the emergency room?
3    A.       Like, a week after.
4    Q.       Where did you go?
5    A.       Castle Hill.
6    Q.       That is the same facility that your
7    husband went to?
8    A.       Yes.
9    Q.       Did you and your husband go together
10   on your first visit?
11   A.       Yes.
12   Q.       Was that also, if you know, his first
13   visit at that time?  Was it the first visit
14   for both of you?
15   A.       Yes.
16   Q.       Were you examined in the presence of
17   your husband?
18   A.       No.
19   Q.       Was he examined in your presence?
20   A.       No.
21   Q.       What complaints, if any, did you make
22   to them at Castle Hill about how you were
23   feeling?
24   A.       Pain in my neck, my left arm, like my
25   upper back, lower back, lower around my hips.
```

24

```
 1                    M. Ali
 2   Q.    Between the time of the emergency room
 3   visit and your first visit to Castle Hill,
 4   what happened to the level of pain you were
 5   feeling; did it stay the same, get better,
 6   get worse?
 7   A.    Could you repeat the question?
 8              MR. MORRIS:  Read back the
 9         question.
10              (Whereupon the record was read
11         back by the reporter.)
12   A.    I'm lost, sorry.
13   Q.    That's okay.  In that approximate one
14   week between the time of your emergency room
15   visit and the first visit to Castle Hill, the
16   pain that you had in your body, was it
17   getting better, worse or staying the same?
18   A.    It was going worse.
19   Q.    Do you remember the name of any of
20   your doctors at Castle Hill?
21   A.    Yes.
22   Q.    What were the names?
23   A.    Manta.
24              MR. MORRIS:  Do you have the
25         spelling of that?
```

25

1                    M. Ali

2              MR. MAYER:  M-A-N-T-A.

3    Q.    Man or woman?

4    A.    Woman.

5    Q.    Manta was the last name?

6    A.    Yes.

7    Q.    Do you know if that was the same

8    doctor that examined your husband?

9    A.    No.

10   Q.    Was it a different doctor?

11   A.    Yes.

12   Q.    Do you know the names of any of the

13   doctors at Castle Hill?

14   A.    What other doctors?

15   Q.    Were there other doctors who examined

16   you or treated you at Castle Hill?

17   A.    No.

18   Q.    On that first visit to Castle Hill,

19   did the doctor take a history from you?

20   A.    Yes.

21   Q.    Ask you about the accident?

22   A.    Yes.

23   Q.    Did she ask whether you already had an

24   injury to your neck, left arm or back before?

25   A.    I don't remember.

1                            M. Ali

2    Q.      Besides examining you, did Dr. Manta

3    setup a course of treatment for you?

4    A.      Yes.

5    Q.      What is the course offer treatment she

6    setup?

7    A.      Massage, electric stimulations and hot

8    towels.  This hot thing, I don't know what

9    you call it.

10   Q.      Is it something different from the

11   massager or was that a massager?

12   A.      Yes, it is like a hot thing they put

13   in your back.

14   Q.      Something like a heating pad?

15   A.      Yes.

16   Q.      Some type of moist heat was applied to

17   your back?

18   A.      Yes.

19   Q.      For how long did you receive these

20   treatments?

21   A.      Couple months.

22   Q.      Couple months, what do you mean?

23   A.      Because I know it's months, but I

24   don't remember how long.

25   Q.      Your best approximation in terms of

27

1                         M. Ali

2    the number.  Was it more than three months,

3    less than three months, about three months?

4    A.      I think more than months.

5    Q.      More than three months, less than five

6    months?

7    A.      I don't know.

8    Q.      Fair to say sometime between three and

9    six months?

10   A.      I really don't remember.

11   Q.      I'm just trying to establish the outer

12   limit?  Was it more than three months, was it

13   less than a year?

14   A.      Less than a year.

15   Q.      The treatment you received over that

16   time, did they pretty much consist of the

17   same treatments throughout?

18   A.      Yes.

19   Q.      With what frequency in a week would

20   you go?

21   A.      Four or five.

22   Q.      Did you go at the same time that your

23   husband went?

24   A.      Sometimes.

25   Q.      On those occasions when you went with

28

```
 1                          M. Ali
 2     your husband, did your husband drive you
 3     there?
 4     A.      We go with the train.
 5     Q.      How far was Castle Hill from your
 6     home?
 7     A.      Not far.
 8     Q.      Approximately?
 9     A.      Like, three stops from the train.
10     Q.      Did you find that the different
11     treatments that you received, the massage,
12     the electric stimulations and the moist heat,
13     did that make you feel better?
14     A.      At the moment.
15     Q.      Besides giving you these treatments,
16     did Dr. Manta send you for any other kinds of
17     treatments or diagnostic testing?
18     A.      I'm sorry, can I hear that again?
19              MR. MORRIS:  Strike that
20              question.  I'm going to ask a new
21              question.
22     Q.      Besides Dr. Manta sending you for this
23     physical therapy, these massages and
24     electrical stimulation and heat, did Dr.
25     Manta send you for any other kind of
```

29

1                          M. Ali

2    treatment or examination or diagnosis?

3    A.      I'm sorry, repeat it again.

4                   (Whereupon the record was read

5             back by the reporter.)

6    A.      Examination.  She sent me for an x-ray

7    and MRI.

8    Q.      Now, the x-rays, were the x-rays taken

9    at Castle Hill or elsewhere?

10   A.      Elsewhere.

11   Q.      She also sent you for MRIs?

12   A.      Yes.

13   Q.      Were the x-rays and MRIs taken at the

14   same place?

15   A.      Yes.

16   Q.      Were x-rays and MRIs taken on one

17   occasion or more than one occasion?

18   A.      More than one.

19   Q.      How many visits all together?

20   A.      I think three.

21   Q.      Three occasions?

22   A.      Yes.

23   Q.      What parts of your body were x-rayed

24   and MRId?

25   A.      My neck and my lower back.

30

1                          M. Ali

2      Q.      Do you remember the name of the MRI

3      and x-ray facility?

4      A.      No.

5      Q.      Do you remember what street it was on?

6      A.      I don't.

7      Q.      Do you remember a facility by the name

8      of Aviva, A-V-I-V-A, Medical Imagining at 205

9      Williamsbridge Road in the Bronx?

10     A.      Yes.

11     Q.      Was that where it was, Williamsbridge

12     Road?

13     A.      Yes.

14     Q.      Ma'am, before this accident of October

15     28, 2006, had you ever had any x-rays taken

16     of your neck?

17     A.      X-ray before?

18     Q.      Yes.

19     A.      No.

20     Q.      Before the accident of October 28,

21     2006, had you ever had any x-rays taken of

22     your back?

23     A.      No.

24     Q.      Before the accident of October 28,

25     2006, had you ever had an MRI taken of your

31

```
 1                     M. Ali
 2   neck?
 3   A.      No.
 4   Q.      Before the accident of October 28,
 5   2006, had you ever had an MRI taken of your
 6   lower back?
 7   A.      No.
 8   Q.      Had you ever been to a chiropractor
 9   before the accident of October 28, 2006?
10   A.      No.
11   Q.      Before the accident of October 28,
12   2006, had you ever experienced neck pain?
13   A.      Before the accident?
14   Q.      Yes, before this accident.
15   A.      No.
16   Q.      Before this accident, had you ever
17   experienced lower back pain?
18   A.      No.
19   Q.      Had you received any medical
20   examination, treatment or care for your neck
21   or your back before this accident?
22   A.      No.
23   Q.      Did Dr. Manta send you for any other
24   examination, diagnosis, treatment or care?
25   A.      No.
```

32

1                              M. Ali

2    Q.      Did any doctor ever recommend to you

3    any kind of injections?

4    A.      After?

5    Q.      In other words, for the injuries you

6    suffered in this accident?

7    A.      Yes.

8    Q.      Did you have them?

9    A.      They gave me injections.

10   Q.      Where were these injections, where on

11   your body were these injections?

12   A.      Lower back.  It was at the same time.

13   Q.      The same time as your husband?

14   A.      Yes.

15   Q.      Did you also go to Dr. Merola?

16   A.      Yes.

17   Q.      Did you go to Dr. Merola at the same

18   time that your husband went?

19   A.      Yes.

20   Q.      You were getting your own course of

21   treatment from Dr. Merola, separate from him;

22   is that correct?

23   A.      Yes.

24   Q.      Did Dr. Merola send you for another

25   doctor to get injections to your lower back?

33

1                          M. Ali

2    A.      Yes.

3    Q.      What is the other doctor's name?

4    A.      I don't know.

5    Q.      Do you remember where that doctor's

6    office was located?

7    A.      Manhattan.

8    Q.      Dr. Merola's office is also in

9    Manhattan?

10   A.      Yes.

11   Q.      Do you know whether that other doctor

12   was in the same building as Dr. Merola or

13   somewhere else?

14   A.      Somewhere else.

15   Q.      Was it upper Manhattan or somewhere

16   else?

17   A.      I don't remember.

18   Q.      How many times did you go to this

19   other doctor?

20   A.      The first time for the evaluation and

21   the second time for the injections.

22   Q.      Are you on the same schedule as your

23   husband, where you're scheduled to get three?

24   A.      Different times, the same day.

25   Q.      Basically, you are going to get three

34

```
 1                    M. Ali
 2    and you've had one so far?
 3    A.      Yes.
 4    Q.      Did that first injection have any
 5    affect on the level of pain?
 6    A.      Yes.
 7    Q.      How would you describe that?
 8    A.      It feels more constant.  The pain is
 9    more constant.
10    Q.      Did the injections make you feel
11    better or worse or the same?
12    A.      Not make me feel worse, but I noticed
13    it was more often.
14               MR. MAYER:  You noticed what was
15          more often, the pain?
16               THE WITNESS:  The amount of
17          times.
18               MR. MAYER:  Amount of what?
19    Q.      Take your time.
20               THE WITNESS:  The amount, how
21          many times a day.
22               MR. MAYER:  How many times a day
23          what you feel?
24               THE WITNESS:  More often.
25               MR. MAYER:  Okay.
```

35

1                       M. Ali

2     Q.      This injection that you had to your

3     lower back, did you feel better after you had

4     it or worse or the same or something else, in

5     some other words you want to describe it?

6     A.      After the infection?

7     Q.      I mean the injection.  Do you think

8     the injection had an affect on you?

9     A.      I don't know.

10    Q.      This doctor that you went to that

11    evaluated you, what did he tell you the

12    injection was going to do for you?

13    A.      Helps with the pain, ease the pain or

14    it might take it away.

15    Q.      After you had that injection, did you

16    ever tell the doctor how it went, how you

17    felt?

18    A.      No.

19    Q.      Do you have a date scheduled for the

20    next two?

21    A.      Yes.

22    Q.      What are those dates?

23    A.      I don't know.

24    Q.      Is it something like a week from now?

25    A.      Yes.

36

```
 1                    M. Ali
 2   Q.     Then, another two weeks after that?
 3   A.     Yeah, yeah.
 4   Q.     Did you ever fill out any
 5   questionnaires with this doctor, written
 6   questionnaires, where you had to sign or
 7   anything like that?
 8   A.     I don't remember.
 9   Q.     Did anybody recommend any injections
10   to your neck?
11   A.     No.
12   Q.     Have you had any injections to your
13   neck?
14   A.     No.
15   Q.     Has any doctor recommended surgery for
16   your neck or your back since the accident of
17   October 28, 2006?
18   A.     No.
19   Q.     Have you had any surgeries since the
20   accident?
21   A.     No.
22   Q.     Ma'am, if you know, did you have
23   health insurance through your husband's
24   employment at the time of this accident?
25   A.     No.
```

37

1                          M. Ali

2    Q.      Did you have your own health

3    insurance?

4    A.      Yes.

5    Q.      Who did you have health insurance

6    with?

7    A.      Medicaid and Affinity.

8    Q.      Medicaid and --

9    A.      Affinity.

10   Q.      What is Affinity?

11   A.      That is another health insurance.

12           MR. MORRIS:  A-F-F-I-N-I-T-Y.

13   Q.      Did you have any health insurance from

14   a prior employment?

15   A.      No.

16   Q.      Ma'am, did you ever injure your neck

17   or back before the accident of October 28,

18   2006?

19   A.      No.

20   Q.      After this accident of October 28,

21   2006, did you ever reinjure your neck or your

22   back?

23   A.      No.

24   Q.      Ma'am, is there any other medical

25   examination, treatment or care that you have

38

```
1                        M. Ali
2    received in connection with this accident,
3    besides what you've testified to?
4    A.      No.
5    Q.      Just for clarification, we had an
6    emergency room visit at New York Presbyterian
7    on the day of the accident?
8    A.      Yes.
9    Q.      Followed by Castle Hill?
10   A.      Yes.
11   Q.      Then, Castle Hill sent you to Dr.
12   Merola?
13   A.      Castle Hill didn't send me.
14   Q.      Okay.  How did you come to use Dr.
15   Merola's services?
16   A.      My husband.
17   Q.      Then, how many visits, all together,
18   did you make to Dr. Merola?
19   A.      I don't know.
20   Q.      Do you think it was the same number of
21   visits that your husband made?
22   A.      Yes.
23   Q.      Do you know Dr. Merola's first name?
24   A.      No.
25   Q.      Is that a man or woman?
```

39

```
 1                      M. Ali
 2    A.      A man.
 3    Q.      Before this accident, who took care of
 4    the children before this accident?
 5    A.      I.
 6    Q.      By yourself, basically?
 7    A.      Yes.
 8    Q.      Did you need any help from any other
 9    family members to help you raising your
10    children?
11    A.      Before the accident?
12    Q.      Yes.
13    A.      No, I didn't need any help.
14    Q.      So, you took care of your children and
15    you also attended to your home; is that
16    correct?
17    A.      Yes.
18    Q.      Since the accident of October 28,
19    2006, have you received any help from family,
20    friends relatives, with your household
21    chores, including taking care of your
22    children?
23    A.      Yes.
24    Q.      Who has helped you?
25    A.      My mother-in-law.
```

40

```
 1                        M. Ali
 2    Q.    What is your mother-in-law's name?
 3    A.    Sharmin Ali.
 4    Q.    Could you spell that first name?
 5    A.    S-H-A-R-M-I-N.
 6    Q.    How old is Sharmin about?
 7    A.    I don't know.
 8    Q.    Maybe in her 60s?
 9    A.    Around.
10    Q.    What about your husband's father, what
11    is his name?
12    A.    Hamzaad, H-A-M-Z-A-A-D.
13    Q.    Hamzaad Ali?
14    A.    Yes.
15    Q.    About how old is he?  The same age --
16    A.    About.
17    Q.    -- as your husband's mother?
18    A.    About.
19    Q.    Did anyone else help you, besides your
20    mother-in-law, after this accident around the
21    house and raising your children?
22    A.    No.
23    Q.    Did you have to compensate her
24    financially in anyway for this help?
25    A.    Yes.
```