**EXHIBIT#6**

New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT (NYC)
MV-104AN (5/04)

Page ___ of ___ Pages

Precinct **025**
Accident No. **1752**
Complaint Number _____

☐ **AMENDED REPORT**

| Accident Date | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|
| Month **10** Day **28** Year **2006** | **Sat** | **1346** | **02** | | | Reconstructed ☐ | ☐ | ☐ Yes ☐ No |

☑ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

| **VEHICLE 1 - Driver** | | **VEHICLE 2 - Driver** | |
|---|---|---|---|
| License ID Number **217 893 356** | State of Lic. **CT** | License ID Number **L 2119 78967 08556** | **NJ** |
| Driver Name exactly as printed on license **Ali Rashad** | | Driver Name exactly as printed on license **Yannick G Lecourieux** | |
| Address (Include Number & Street) **42 Bond St** | Apt. No. | Address (Include Number & Street) **60 Glen Blvd** | Apt. No. |
| City or Town **Waterbury** State **CT** Zip Code **06706** | | City or Town **Glen Rock** State **NJ** Zip Code **07452** | |

| Date of Birth Month **04** Day **03** Year **78** | Sex **M** | Unlicensed ☐ | No. of Occupants **05** | Public Property Damaged | Date of Birth Month **08** Day **00** Year **55** | Sex **M** | Unlicensed ☐ | No. of Occupants **01** | Public Property Damaged |
|---|---|---|---|---|---|---|---|---|---|

| Name exactly as printed on registration **Ali Rashad** | Sex | Date of Birth Month Day Year | Name exactly as printed on registration **Yannick G Lecourieux** | Sex **M** | Date of Birth Month **08** Day **0** Year **55** |
|---|---|---|---|---|---|
| Address (Include Number & Street) **42 Bond St** | Apt. No. | Haz. Mat Code | Released ☐ | Address (Include Number & Street) **60 Glen Blvd** | Apt. No. | Haz. Mat Code | Released ☐ |
| City or Town **Waterbury** State **CT** Zip Code **06706** | | | | City or Town **Glen Rock** State **NJ** Zip Code **07452** | | | |

| Plate Number **5468 SGT** | State of Reg. **CT** | Vehicle Year & Make **2002 Honda** | Vehicle Type **4DSD** | Ins. Code | Plate Number **NSD41H** | State of Reg. **NJ** | Vehicle Year & Make **1997 JEEP** | Vehicle Type **SUV** | Ins. Code **962** |
|---|---|---|---|---|---|---|---|---|---|
| Ticket/Arrest Number(s) | | | | | Ticket/Arrest Number(s) | | | | |
| Violation Section(s) | | | | | Violation Section(s) | | | | |

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact **3 8 1**
Box 2 - Most Damage
Enter up to three more Damage Codes **8 9 4**
Vehicle Towed: By To **N/A**

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact **2 1**
Box 2 - Most Damage
Enter up to three more Damage Codes **3 2 3**
Vehicle Towed: By To **N/A**

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

1. Rear End
2. Left Turn
3. Right Angle
4. Right Turn
5. Head On
6. Sideswipe (same direction)
7. Sideswipe (opposite direction)

**ACCIDENT DIAGRAM**

**#1**

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☑ Unknown/Unable to Determine  ☐ Yes  ☐ No

| Reference Marker **070** | Coordinates (if available) Latitude/Northing **X4 M1** Longitude/Easting **2010** | Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☑ NEW YORK ☐ QUEENS ☐ RICHMOND |
|---|---|---|

Road on which accident occurred **S/B on E 132st** (Route Number or Street Name)
at 1) intersecting street **S/B on E132st + Harlem River Dr.** (Route Number or Street Name)
or 2) _____ Feet ☐ N ☐ S ☐ E ☐ W of _____ (Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes: Veh #1 states he stopped as he exited the Hwy upon approaching a yield sign. Veh #2 states he also pressed on the breaks but still due to the wheather the road is wet and slide into bumping Veh #1. Veh #1 passenger claims injuries to back Inssion @scene & MIT. Aided car prepared

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | | 1 | 28 | M | | | 6 | | | | ALI, RASHAD | |
| B | 1 | 3 | 4 | | 1 | 22 | F | 6 | 12 | 6 | 5107 | RMA | | ALI, MINERVA | |
| C | 1 | 4 | 5 | | 1 | 4 | M | | | 6 | | | | ALI, DANYAL | |
| D | 1 | 5 | 5 | | 1 | 3 | M | | | 6 | | | | ALI DANYAH | |
| E | 1 | 6 | 5 | | 1 | 3 | F | | | 6 | | | | ALI TANYAH | |
| F | 2 | 1 | 4 | | 1 | 51 | M | | | 6 | | | | Yannick, G Lecourieux | |

| Officer's Rank and Signature **PO** | Tax ID No. **936535** | NCIC No. **03030** | Precinct **025** | Post/Sector **E** | Reviewing Officer | Date/Time Reviewed **10/30/6** |
|---|---|---|---|---|---|---|
| Print Name in Full **DUTAN** | | | | | | |

