SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------- ----------------------------------------x

RASHAD ALI, MINERVA ALI, MINERVA ALI, as
Guardian over DANYAL ALI, MINERVA ALI, as
Guardian over DANYAH ALI, infant, and MINERVA
ALI, as Guardian over TANYAH ALI, infant,

Index No.: 23156/06

**SUPPLEMENTAL VERIFIED
BILL OF PARTICULARS**

                                    *Plaintiffs,*

        -against-

LECOURIUX G. YANNICK,

                                    *Defendant.*
-------------------------------------------------------------------x

A T T O R N E Y S:

        PLEASE TAKE NOTICE that the plaintiffs, by their attorneys, SACKS AND SACKS,

LLP, hereby supplements our Verified Bill of Particulars, based upon information and belief as

follows:

        3.      Plaintiff, RASHAD ALI sustained the following injuries, all of which are

permanent in nature and kind:

        BACK:

-       Herniated disc at L5-S1;

-       Bulging disc at L4-L5;

-       L5-S1 radiculopathy;

        NECK:

-       Cervical radiculopathy at C7-C8;

-       Sensory CTS-bilaterally;

-       Bulging disc at C3-C4;

-       Central spur at C7-T1;

        HEAD:

-       Closed head trauma;

-       Possible concussion;

-       Possible post-concussion syndrome;

-      Post-traumatic headaches;

-      Jaw pain;

-      TMJ dysfunction;

-      Hypomobility of Temporoamandibular chondyle;

All of plaintiff's injuries have already required extensive orthopedic care, neurological care, physical therapy and will in the future, require further medical care and treatment including physical therapy, orthopedic care and the need for future surgical intervention.

All of the above injuries were attendant with extreme pain and suffering and have affected plaintiff's bodily systems and the skin, nerves, bones, tissues, tendons, muscles, blood vessels and other tissues.   All of the above injuries and ill effects there from are permanent in nature except those of a superficial nature.   Plaintiff reserves the right to supplement his bill of particulars at a later date when more medical information on plaintiff becomes available.

5.      At the time of the accident, plaintiff was employed as Journeyman Union Doorman by Hudson View Realty and was earning $583.00 per week in gross pay.  This number does not include plaintiff's union benefits package.   Plaintiffs Rashad Ali and Minerva Ali was confined to bed and home except for necessary visits to healthcare providers for approximately two weeks as a result of the injuries sustained in the accident.

Dated:  New York, New York
        April 10, 2007

                                                  Yours, etc.,
                                                  **SACKS AND SACKS, LLP**

                                                  **DAVID H. MAYER, ESQ.**
                                                  Attorneys for Plaintiffs
                                                  150 Broadway – 4th Floor
                                                  New York, N.Y. 10038
                                                  (212) 964-5570

TO:

SOL Z. SOKEL, ESQ.
KELLY, RODE & KELLY, LLP
Attorneys for Defendant
300 Old Country Road, Suite 305
Mineola, New York 11501
(516) 739-0400

<u>ATTORNEY'S VERIFICATION</u>

I, DAVID H. MAYER, am an attorney duly admitted to practice in the courts of New York State, and say that: I am the attorney of record, or of counsel with the attorney(s) of record, for the plaintiff(s), I have read the annexed **SUPPLEMENTAL VERIFIED BILL OF PARTICULARS** know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.   My belief, as to those matters therein not stated upon knowledge, is based upon the following:   facts, investigations and pertinent data contained in deponent's file.

The reason I make this affirmation instead of plaintiff is because plaintiff(s) reside in a County other than where deponent maintains his office.

Dated: NEW YORK, NEW YORK
         April 10, 2007

                                        _____
                                        DAVID H. MAYER, ESQ.

GUARDIAN over DANYAH ALI, infant, and
MINERVA ALI, as Guardian over TANYAH ALI,
infant,

<em>Plaintiffs,</em>

<em>-against-</em>

LECOURIUX G. YANNICK,

<em>Defendant.</em>

-----------------------------------------------------------------------x

## SUPPLEMENTAL VERIFIED
## BILL OF PARTICULARS

*Sacks and Sacks LLP*

150 BROADWAY
NEW YORK, NEW YORK 10038
(212) 964-5570

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------------------x

RASHAD ALI, MINERVA ALI, MINERVA ALI, as
Guardian over DANYAL ALI, MINERVA ALI, as
Guardian over DANYAH ALI, infant, and MINERVA
ALI, as Guardian over TANYAH ALI, infant,

Index No.: 23156/06

**SECOND SUPPLEMENTAL
VERIFIED BILL OF
PARTICULARS**

Plaintiffs,

-against-

LECOURIUX G. YANNICK,

Defendant.

------------------------------------------------------------------x

A T T O R N E Y S:

PLEASE TAKE NOTICE that the plaintiffs, by their attorneys, SACKS AND SACKS,

LLP, hereby supplements our Verified Bill of Particulars, based upon information and belief as

follows:

3.    Plaintiff, MINERVA ALI sustained the following injuries, in addition to the

aforementioned injuries previously plead:

NECK:

-    Straightening of the normal curvature of the cervical spine;

-    Cercumventrial disc bulging at C5-C6;

-    Right cervical radiculopathy at root level with resulting numbness in the upper

extremities;

-    Paraspinal muscle spasms in cervical and lumbar spine;

BACK:

-    Positive spurling signs;

-    Bulging disc at L4-L5;

Plaintiff is currently awaiting approval for injections to the cervical and lumbar

spine.

*Possible surgical intervention may be required in the future.

Plaintiff's Danyal Ali, Danyah Ali and Tanyah Ali withdraw all claims for bodily

injuries in this ...ction.

All of plaintiff's injuries have already required extensive orthopedic care, neurological care, physical therapy and will in the future, require further medical care and treatment including physical therapy, orthopedic care and the need for future surgical intervention.

All of the above injuries were attendant with extreme pain and suffering and have affected plaintiff's bodily systems and the skin, nerves, bones, tissues, tendons, muscles, blood vessels and other tissues.   All of the above injuries and ill effects there from are permanent in nature except those of a superficial nature.   Plaintiff reserves the right to supplement his bill of particulars at a later date when more medical information on plaintiff becomes available.

5.     At the time of the accident, plaintiff Rashad Ali was employed as Journeyman Union Doorman by Hudson View Realty and was earning $583.00 per week in gross pay.   This number does not include plaintiff's union benefits package.   Plaintiffs Rashad Ali and Minerva Ali was confined to bed and home for approximately two weeks, at intermittent dates, since the date of the accident, as a result of the injuries sustained in the accident.   Plaintiff is not complaining that Danyal Ali, Danyah Ali and Tanyah Ali was forced to have any confinement to bed and home as a result of any injuries sustained in the accident.

Dated: New York, New York
       June 4, 2007

                                              Yours, etc.,

                                              SACKS AND SACKS, LLP


                                              DAVID H. MAYER, ESQ.
                                              Attorneys for Plaintiffs
                                              150 Broadway – 4th Floor
                                              New York, N.Y. 10038
                                              (212) 964-5570

TO:

SOL Z. SOKEL, ESQ.
KELLY, RODE & KELLY, LLP
Attorneys for Defendant
300 Old Country Road, Suite 305
Mineola, New York 11501
(516) 739-0400

<u>ATTORNEY'S VERIFICATION</u>

I, DAVID H. MAYER, am an attorney duly admitted to practice in the courts of New York State, and say that: I am the attorney of record, or of counsel with the attorney(s) of record, for the plaintiff(s), I have read the annexed **SECOND SUPPLEMENTAL VERIFIED BILL OF PARTICULARS** know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following: facts, investigations and pertinent data contained in deponent's file.

The reason I make this affirmation instead of plaintiff is because plaintiff(s) reside in a County other than where deponent maintains his office.

Dated: NEW YORK, NEW YORK
       June 4, 2007

_____
DAVID H. MAYER, ESQ.

GUARDIAN over DANYAH ALI, infant, and
MINERVA ALI, as Guardian over TANYAH ALI,
infant,

*Plaintiffs,*

-against-

LECOURIUX G. YANNICK,

*Defendant.*

-----------------------------------------------------------------------x

## SECOND SUPPLEMENTAL VERIFIED
## BILL OF PARTICULARS

*Sacks and Sacks LLP*

150 BROADWAY

NEW YORK, NEW YORK 10038

(212) 964-5570

SCANNED

STATE OF NEW YORK)
COUNTY OF NASSAU ) ss.:

SOL Z. SOKEL, being duly sworn deposes and says;

I am a duly admitted and practicing Attorney-at-Law; that I am one of the attorneys for the defendant, LECOURIUX G. YANNICK, herein and that I have read the foregoing ANSWER and know the contents thereof and that the same is true to my own knowledge, except as to those statements therein alleged to be upon information and belief and as to those statements, I believe it to be true.

The source of my knowledge is the contents of a file maintained in my office, which contains various reports of investigations, statements, interviews, copies of official documents, etc.

The reason this verification is not made by the defendant, LECOURIUX G. YANNICK, is due to the fact that said defendant does not reside in the same county wherein I maintain my professional office; to wit:  County of NASSAU.

SOL Z. SOKEL

Sworn to before me this
16th day of FEBRUARY, 2007

NOTARY PUBLIC

BARBARA NADEL
Notary Public, State of New York
No.01NA6106726
Qualified in Nassau County
Commission Expires March 15, 2008

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NASSAU     )

         FRAN BERMAN, being duly sworn, deposes and says:

         I am not a party to this action, am over 18 years of age and reside in Plainview, New York.

         On the 16th day of FEBRUARY, 2007, I served the within ANSWER AND DEMAND FOR BILL OF PARTICULARS by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed each of the following persons at the last known addresses set forth each name:

TO:  SACKS AND SACKS, LLP
     Attorneys for Plaintiffs
     Office & P.O. Address
     150 Broadway - 4th Floor
     New York, New York 10038

_____
FRAN BERMAN

Sworn to before me on this
16th day of FEBRUARY, 2007

_____
Notary Public

ROSANNE M. WILLIAMS
NOTARY PUBLIC, State of New York
No. 50-1800280
Qualified in Nassau County
Commission Expires 173/0

Index No.                    Year 20

    23156              06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

RASHAD ALI, MINERVA ALI, MINERVA ALI, as
Guardian over DANYAL ALI, MINERVA ALI, as
Guardian over DANYAH ALI, infant, and MINERVA
ALI, as Guardian over TANYAH ALI, infant,

                                Plaintiff,

        -against-

LECOURIUX G. YANNICK,

                     Defendants.

ANSWER AND DEMAND FOR BILL OF PARTICULARS

**KELLY, RODE & KELLY, LLP**

*Attorneys for*

330 OLD COUNTRY ROAD
SUITE 305
Defendant  MINEOLA, NEW YORK 11501
TELEPHONE NO. (516) 739-0400
FACSIMILE NO. (516) 739-0434

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ................................     Signature.................................................................

                             Print Signer's Name.......................................................

*Service of a copy of the within*                       *is hereby admitted.*

Dated:

                            ...................................................................
                            *Attorney(s) for*

*PLEASE TAKE NOTICE*

Check Applicable Box

☐   that the within is a (certified) true copy of a
NOTICE OF  entered in the office of the clerk of the within named Court on          20
ENTRY

☐   that an Order of which the within is a true copy will be presented for settlement to the
NOTICE OF  Hon.                         one of the judges of the within named Court,
SETTLEMENT  at
          on              20     , at          M.

Dated:

                                          **KELLY, RODE & KELLY, LLP**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

------------------------------- ---------------------------------------x

RASHAD ALI, MINERVA ALI, MINERVA ALI, as
Guardian over DANYAL ALI, MINERVA ALI, as
Guardian over DANYAH ALI, infant, and MINERVA
ALI, as Guardian over TANYAH ALI, infant,

                             *Plaintiffs,*

       *-against-*

LECOURIUX G. YANNICK,

                            *Defendant.*

-----------------------------------------------------------------------x

Index No.: 23156/06

**NOTICE TO ADMIT**

**ATTORNEYS:**

    **PLEASE TAKE NOTICE**, that you are hereby requested, pursuant to CPLR 3123, to give the undersigned, within twenty (20) days after the service thereof, a written admission of the following:

    1.    That at all times herein mentioned, on October 28, 2006 defendant, **LECOURIUX G. YANNICK** was the owner of a motor vehicle with New Jersey License Plate Number NSD41H.

    2.    That at all times herein mentioned, on October 28, 2006 defendant, **LECOURIUX G. YANNICK** was the lessee of a vehicle bearing License Plate Number NSD41H of New York State.

    3.    That at all times herein mentioned, defendant, **LECOURIX G. YANNICK** operated a 1997 Jeep vehicle on 132nd Street and Harlem River Drive on October 28, 2006 at or about 1:45 p.m.

    4.    That on October 28, 2006 at the aforementioned location, the motor vehicle operated by at all times herein mentioned, defendant, **LECOURIUX G. YANNICK** came into contact when the motor vehicle operated by RASHAD ALI.

Dated: New York, New York
       March 21, 2007

Yours, etc.,

SACKS AND SACKS, LLP

DAVID H. MAYER, ESQ.
Attorneys for Plaintiff
150 Broadway – 4th Floor
New York, N.Y. 10038
(212) 964-5570

TO:

SOL Z. SOKEL, ESQ.
KELLY, RODE & KELLY, LLP
Attorneys for Defendant
300 Old Country Road, Suite 305
Mineola, New York 11501
(516) 739-0400

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                           )
COUNTY OF NEW YORK         )ss.:

SYREETA BENITEZ, being duly sworn, deposes and says that she is not a party to this

action, is over the age of 18 years, and resides in KINGS, NEW YORK, and that on March 21, 2007

she served the within NOTICE TO ADMIT by depositing same in a properly addressed wrapper

into the custody of the United State Postal Service, within the State of New York, addressed to

the last known address of the addressee(s) as indicated below:

TO:

SOL Z. SOKEL, ESQ.
KELLY, RODE & KELLY, LLP
Attorneys for Defendant
300 Old Country Road, Suite 305
Mineola, New York 11501
(516) 739-0400

Syreeta Benitez

Sworn to before me this
21st day of March, 2007

_____
Notary Public

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------x
RASHAD ALI, MINERVA ALI, MINERVA ALI, as          Index #23156/06
Guardian over DANYAL ALI, MINERVA ALI, as
Guardian over DANYAH ALI, infant, and MINERVA
ALI, as Guardian over TANYAH ALI, infant,         RESPONSE TO
                                                  NOTICE TO
                    Plaintiffs,                   ADMIT

          -against-

LECOURIUX G. YANNICK,

                    Defendant.
------------------------------------------------x
S I R S :

          PLEASE TAKE NOTICE, the defendant(s), LECOURIUX G.

YANNICK, by his attorneys, KELLY, RODE & KELLY, LLP, herein set(s)

forth, as and for his Response to Notice to Admit the following,

upon information and belief:

          1.    Denies any knowledge or information sufficient to

form a belief as to the truth of the allegations.

          2.    Denies, upon information and belief.

          3.    Admit

          4.    Denies any knowledge or information sufficient to

form a belief as to the truth of the allegations.

          PLEASE TAKE FURTHER NOTICE, that the defendant(s)

LECOURIUX G. YANNICK, by his attorneys, KELLY, RODE & KELLY, LLP,

reserves his right to amend and/or supplement this Response at any

time up to and including the time of the trial of the action,

should any additional or different information become available.

Dated: Mineola, New York
      April 5, 2007

                            KELLY, RODE & KELLY, LLP

BY: _____
            SOL Z. SOKEL
            Attorneys for Defendant
            Office & P.O. Address
            330 Old Country Road
            Suite 305
            Mineola, New York 11501
            (516) 739-0400
            Our File No.: SZS 56050-301

TO:   SACKS AND SACKS, LLP
       Attorneys for Plaintiffs
       Office & P.O. Address
       150 Broadway - 4th Floor
       New York, New York 10038
       (212) 964-5570



**EXHIBIT #2**







JS 44C/SDNY
REV. 12/2005

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| RASHAD ALI, MINERVA ALI, MINERVA ALI as Guardian over DANYAL ALI, MINERVA ALI as Guardian over DANYAH ALI, infant and MINERVA ALI, as Guardian over TANYAH ALI, infant | LECOURIUX G. YANNICK |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| SACKS & SACKS, LLP<br>150 Broadway, 4th Floor<br>New York, New York 10038<br>(212) 964-5570 | KELLY, RODE & KELLY, LLP<br>330 Old Country Road, Suite 305<br>Mineola, New York 11501<br>(516) 739-0400 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. §1391(a)

NEW YORK RESIDENT BRINGS ACTION FOR SERIOUS INJURIES AGAINST NEW JERSEY RESIDENT.

Has this or a similar case been previously filed in SDNY at any time? No [X]   Yes? [ ]   Judge Previously Assigned

If yes, was this case   Vol.[ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]   If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*                    NATURE OF SUIT

### TORTS

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[X] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**

[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 MIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/COMMODITIES/EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ _____   OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND:  ☐ YES  ☐ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____   DOCKET NUMBER _____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related.

*(SEE REVERSE)*

(PLACE AN x IN ONE BOX ONLY)                    **ORIGIN**

☐ 1 Original         ☒ 2a. Removed from   ☐ 3 Remanded from   ☐ 4 Reinstated or   ☐ 5 Transferred from   ☐ 6 Multidistrict   ☐ 7 Appeal to District
     Proceeding            State Court          Appellate Court       Reopened          (Specify District)      Litigation         Judge from
                     ☐ 2b. Removed from State Court                                                                                 Magistrate Judge
                          **AND** at least one party is a pro se litigant                                                           Judgment

(PLACE AN x IN ONE BOX ONLY)              **BASIS OF JURISDICTION**            ***IF DIVERSITY, INDICATE***
                                                                               ***CITIZENSHIP BELOW.***
☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION   ☒ 4 DIVERSITY   ***(28 USC 1332, 1441)***
                                            (U.S. NOT A PARTY)

            **CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

        (Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] 1  [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3  [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5  [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2  [X] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4  [ ] 4 | FOREIGN NATION | [ ] 6  [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

1255 Ward Avenue
Bronx, New York 10472

County of Bronx

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

60 Glen Boulevard
Glenrock, New Jersey 07452

County of Bergen

DEFENDANT(S) ADDRESS UNKNOWN
    REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE
RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☒ FOLEY SQUARE
              (DO NOT check either box if this a PRISONER PETITION.)

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| 6/15/07 | SOL Z. SOKEL | [ ] NO |
| RECEIPT # | *(signature)* | [✓] YES (DATE ADMITTED  Mo. _5_  Yr. _'00_ ) |
|  |  | Attorney Bar Code # |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

KELLY, RODE & KELLY
Sol Z. Sokel, Esq.
330 Old Country Road, Suite 305
Mineola, New York 11501
(516) 739-0400
Attorneys for Defendant Lecouriux G. Yannick



RASHAD ALI, MINERVA ALI, MINERVA ALI, as ) Civil Action No.
Guardian over DANYAL ALI, MINERVA ALI, as )
Guardian over DANYAH ALI, infant, and MINERVA )
ALI, as Guardian over TANYAH ALI, infant, )
)          **NOTICE OF REMOVAL**
Plaintiffs, )
)
vs. )
)
LECOURIUX G. YANNICK, )
)
Defendant. )          (28 U.S.C. § 1446)

TO THE:     UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF NEW YORK

1.     LECOURIUX G. YANNICK, is a defendant in the civil action brought on

November 13, 2006 in the Supreme Court of the State of New York, County of Bronx.

Pursuant to provision of Section 1391(a), 1441 and 1446 of Title 28 of the United

States Code, Lecouriux G. Yannick removes this action to the United States District

Court for the Southern District of New York, which is the judicial district in which the

action is pending.

2.     The grounds for removal of this action are diversity of citizenship.  The

plaintiff resides in Bronx County, New York.  The defendant resides in Bergen County,

New Jersey.  Therefore, removal of this action is proper under Section 1391(a), 1441

and 1446 of Title 28 of the United States Code because this is a Civil Action in State

Court over which the Federal District courts would have had original jurisdiction had the action been commenced in Federal Court.

3.    This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because Plaintiff's Response to Defendant's Demand Pursuant to CPLR §3017 were served on or about June 8, 2007.  This Notice of Removal is filed within 30 days of receipt of said response, which is attached hereto, and is, therefore, timely under 28 U.S.C. § 1446(b).

4.    All state-court papers served on the defendant at the time of removal, consistent of the summons and complaint are attached.

Dated this 15th  day of June, 2007.

Yours, etc.,

KELLY, RODE & KELLY, LLP

By:    _____

SOL Z. SOKEL (6794)
Attorneys for Lecouriux G. Yannick
330 Old Country Road, Suite 305
Mineola, New York  11501
(516) 739-0400