49

```
 1                    R. ALi
 2   A.      I don't remember.
 3   Q.      Was it a tall type of ambulance or was
 4   it more like a station wagon or something
 5   else?
 6   A.      I don't remember.  I didn't pay any
 7   mind to that.
 8   Q.      Did you actually, yourself, go inside
 9   the ambulance?
10   A.      Yes.
11   Q.      How did you get in the ambulance, did
12   you walk in there, were you transported in
13   there or something else?
14   A.      They helped me to climb up the step in
15   there.
16   Q.      Were you ever placed on a stretcher at
17   the scene?
18   A.      No.
19   Q.      Were any members of your family ever
20   placed on the stretcher at the scene?
21   A.      No.
22   Q.      Did they put a neck brace on any
23   member of your family, including yourself, at
24   the scene?
25   A.      No.
```

50

1                           R. ALi

2    Q.      When they assisted you to get into the

3    back of the ambulance what, if anything, did

4    they do for your neck?

5    A.      I don't understand the question.

6    Q.      Well, let me ask you this.  Were you

7    or any member of your family taken by

8    ambulance to a hospital?

9    A.      No.

10   Q.      What, if anything, did the ambulance

11   personnel do for you personally while you

12   were at the scene, besides ask you questions

13   about how you were feeling?

14   A.      I don't understand.

15   Q.      After they assisted you in getting

16   into the ambulance --

17   A.      Yes.

18   Q.      -- what happened next?

19   A.      They just checked my neck, my blood

20   pressure and my back.

21   Q.      How did they check your neck, what did

22   they do?

23   A.      (Indicating).

24   Q.      Did they put their hands on you?

25   A.      Yes.

51

```
 1                        R. ALi
 2    Q.      Did they ask you how you felt when
 3    they did touch certain parts?
 4    A.      Yes.
 5    Q.      Did they check your blood pressure
 6    with some type of instrument?
 7    A.      I think, yes.
 8    Q.      Do you recall them doing anything else
 9    for you personally?
10    A.      No.
11    Q.      Did they do, basically, the same thing
12    for your wife?
13    A.      I don't know.
14    Q.      Was your entire family, at one time,
15    inside the ambulance?
16    A.      No.
17    Q.      Did the ambulance personnel also
18    examine your children?
19    A.      Yes.
20    Q.      They did examine your wife?
21    A.      Yes.
22    Q.      How long did the ambulance remain at
23    the accident scene?
24    A.      I don't remember.
25    Q.      More than a half an hour, more than an
```

52

1                          R. ALi

2    hour?

3    A.       I don't remember.

4    Q.       Did the ambulance personnel ask you if

5    you wanted to go to the hospital?

6    A.       Yes.

7    Q.       What did you say?

8    A.       I told them no, I'm going to go in by

9    myself.  They said if they are going to take

10   us, they are going to take us in different

11   ambulance and we don't want to get displaced

12   in different hospitals, my wife and my kids,

13   so we're going to go in all together.

14   Q.       The ambulance personnel told you that

15   if you wanted to go to the hospital that the

16   different members of your family would have

17   to go in different ambulances and they may go

18   to different hospitals?

19   A.       Yes.

20   Q.       Were the police still at the scene

21   while the ambulance personnel was tending to

22   you?

23   A.       Yes.

24   Q.       How did you leave the scene, did you

25   drive your vehicle away from the scene?

53

```
 1                          R. ALi

 2     A.      Yes.

 3     Q.      You drove it away with your entire

 4     family back in the car?

 5     A.      Yes.

 6     Q.      Sir, when you left the scene, had the

 7     ambulance already left the scene?  Did the

 8     ambulance leave the scene before you?

 9     A.      I don't remember.

10     Q.      When you left the scene were the

11     police still there?

12     A.      Yes.

13     Q.      To your knowledge, was anybody

14     arrested in connection with this accident?

15     A.      No.

16     Q.      Did you smell alcohol on the driver of

17     the other vehicle?

18     A.      No.

19     Q.      Did you see anything about the driver

20     of the other vehicle that would lead you to

21     suspect that alcohol or drugs was related to

22     the accident or anything like that?

23     A.      No.

24     Q.      Sir, in the twenty-four hour period

25     immediately before this accident, had you
```

54

1                           R. ALi

2    consumed anything of an alcoholic nature?

3    A.      I don't understand what you mean.

4              MR. MORRIS:   Could you read that

5              back, please?

6              (Whereupon the record was read

7              back by the reporter.)

8    Q.      Let me rephrase that.  In the

9    twenty-four hour period immediately before

10   this accident, had you consumed any alcohol?

11   A.      If I drink?

12   Q.      I am not asking if you drink.  In that

13   twenty-four hour period, that one day

14   immediately before this accident, had you

15   consumed any alcohol?

16   A.      No.

17   Q.      In the forty-eight hour period, two

18   days immediately before this accident, had

19   you taken any drugs or medicine of any kind?

20   A.      No.

21   Q.      At the time of this accident, were you

22   under a doctor's care which required you to

23   take medicine?

24   A.      No.  I don't drink and I don't smoke.

25   Q.      When you drove your vehicle away from

55

```
 1                        R. ALi
 2    the scene of the accident where did you go?
 3    A.      I went home.
 4    Q.      You took your entire family home?
 5    A.      Yes.
 6    Q.      What did you do next?
 7    A.      I dropped off the perishable groceries
 8    and went to the hospital.
 9    Q.      When you got home you put the
10    perishables in the refrigerator, freezer or
11    wherever they needed to go and you took your
12    entire family and you went to a hospital?
13    A.      Yes.
14    Q.      What hospital was that?
15    A.      New York Presbyterian.
16    Q.      Did you know anybody that worked at
17    New York Presbyterian Hospital at that time?
18    A.      No.
19    Q.      Is there any reason why you chose that
20    hospital as opposed to some other hospital?
21    A.      The service is better, I think.
22    Q.      How far was New York Presbyterian
23    Hospital from your home?
24    A.      I don't know.
25    Q.      That is in upper Manhattan?
```

56

```
 1                          R. ALi
 2    A.      Yes.
 3    Q.      Did you take your entire family into
 4    the emergency room?
 5    A.      Yes.
 6    Q.      Was your entire family examined in the
 7    emergency room?
 8    A.      Yes.
 9    Q.      What complaints of pain, if any, did
10    you make to the emergency personnel about how
11    you were feeling?
12    A.      My back and my neck.
13    Q.      What did you tell them about your back
14    and neck?
15    A.      A lot of pain.
16    Q.      What did they do for you?
17    A.      They examined me.
18    Q.      When they examined you, did they put
19    their hands on you?
20    A.      Yes.
21    Q.      Did they ask you what parts of your
22    body hurt you?
23    A.      Yes.
24    Q.      What else, if anything, did they do
25    for you?
```

57

1                              R. ALi

2    A.      Just checkup, make sure everything --

3    you know.

4    Q.      Did they take a history from you?

5    A.      I don't understand.

6    Q.      By that I mean, did they ask you were

7    you involved in an accident?  Did they take a

8    history of what happened?

9    A.      Yes, yes.

10   Q.      Did they ask you about whether you had

11   any accidents before or anything like that?

12   A.      No.

13   Q.      Did they give you any medicine?

14   A.      At the hospital, no.

15   Q.      Did they give you any prescriptions

16   for medicine?

17   A.      Yes.

18   Q.      What prescription did they give you?

19   A.      I don't remember.

20   Q.      Was it a prescription that you had to

21   take to a pharmacy to get filled?

22   A.      Yes.

23   Q.      Do you remember where you got it

24   filled?

25   A.      No, I don't remember.

58

```
 1                        R. ALi
 2     Q.      Did you get it filled?
 3     A.      Yes.
 4     Q.      Do you remember for how long a supply
 5     it was for, a day, a week, a month or
 6     something else?
 7     A.      I don't remember.
 8     Q.      Do you know what type of medicine it
 9     was, was this painkillers, antibiotics?   Do
10     you recall what type --
11     A.      No.
12     Q.      Did you wind up taken that medicine?
13     A.      Yes.
14     Q.      For how long did you take it?
15     A.      I don't remember.
16     Q.      Best approximation?
17     A.      I don't remember.
18     Q.      Was it less than a month?
19     A.      Yes.
20     Q.      How long did you and your family
21     remain in the emergency room of New York
22     Presbyterian Hospital, best approximation?
23     A.      I remember like three, four hours,
24     four, five hours.
25     Q.      Did the hospital staff also examine
```

59

```
 1                         R. ALi
 2    your wife and your children?
 3    A.      Yes.
 4    Q.      After your entire family was examined,
 5    did you then drive your entire family back
 6    home?
 7    A.      Yes.
 8    Q.      Sir, the next day when you woke up,
 9    how did you feel?
10    A.      I have a lot of pain.
11    Q.      Where, sir?
12    A.      My entire body, my back, my neck, pain
13    going down in my legs.
14    Q.      Neck and back?
15            MR. MAYER:  And pain going down
16            his legs.
17    A.      I had tingling in my hands.
18    Q.      Had you ever experienced pain or
19    sensations like that before?
20    A.      I don't understand what you mean.
21    Q.      Well, a new question.  Before this
22    accident, had you ever experienced that type
23    of pain in your neck or back or pain going
24    down your legs or tingling?  Had you ever had
25    that kind of experience in pain before?
```

60

```
 1                    R. ALi
 2            MR. MAYER:  Just note my
 3        objection to form.  That level of pain
 4        or any pain?
 5            MR. MORRIS:  Let me break it
 6        down.
 7   Q.    That level of pain --
 8   A.    No.
 9   Q.    -- did you ever experience that before
10   the accident?
11   A.    No.
12            MR. MAYER:  That level of pain?
13            MR. MORRIS:  Yes
14   Q.    Sir, what is the highest level of
15   formal education you have received?
16   A.    I went to the eleventh grade.
17   Q.    Did you finish the eleventh grade?
18   A.    No.
19   Q.    Was that in Guyana?
20   A.    Over here in the Bronx.
21   Q.    Where did you go to eleventh grade in
22   the United States?
23   A.    I went to Monroe in the Bronx.
24   Q.    What is called Monroe High School?
25   A.    Yes.
```

61

1                              R. ALi

2    Q.     Sir, were you employed at the time of

3    this accident?

4    A.     Yes.

5    Q.     As what, sir?

6    A.     As a doorman.

7    Q.     Who did you work for at that time?

8    A.     301 East 62 Owners Corp..

9    Q.     Owners Corp.?

10   A.     Yes.

11   Q.     That's a co-op?

12   A.     Yes.

13   Q.     That address, 301 East 62nd Street,

14   that is a building?

15   A.     Yes.

16   Q.     Is that a building at 301 East 62nd

17   Street in Manhattan?

18   A.     Yes.

19   Q.     Sir, were you employed at any time as

20   a doorman?

21   A.     Yes.

22   Q.     Full-time, what days of the week?

23   A.     What days?  Friday, Saturday, Sunday,

24   Monday, Tuesday.

25   Q.     So, you would work five days and your

62

```
 1                      R. ALi
 2   days off were Wednesday and Thursday?
 3   A.      Yes.
 4   Q.      What were your usual work hours?
 5   A.      2:30 to 10:30 p.m..
 6   Q.      2:30 p.m. to 10:30 p.m.?
 7   A.      Yes.
 8   Q.      When did you first get that work, sir?
 9   A.      About six years ago.
10   Q.      Do you remember what month and what
11   year you started there?
12   A.      No.
13   Q.      Six years ago you started there?
14   A.      Yes.
15   Q.      Six years ago from 2008; am I correct?
16   A.      Yes.
17   Q.      Were you a member of a union?
18   A.      Yes.
19   Q.      What was the name of the union, sir?
20   A.      32BJ.
21   Q.      32?
22   A.      BJ.
23   Q.      Have you been a member of the union
24   the entire time you worked for them?
25   A.      Yes.
```

63

                              R. ALi

1

2     Q.     Do you presently work for them?

3     A.     Yes.

4     Q.     You work for them full-time?

5     A.     Yes.

6     Q.     You are still working at the same

7     location?

8     A.     Yes.

9     Q.     Sir, the building you work in, how

10    many stories is that building?

11    A.     Thirteen.

12    Q.     Is this a building that is serviced by

13    elevators?

14    A.     Yes.

15    Q.     At the time of this accident, as a

16    doorman what were your job duties?

17    A.     I don't understand.

18    Q.     We're all familiar with the term

19    doorman.  What were your job duties, if you

20    could be more specific about what you did as

21    a doorman?

22              MR. MAYER:  Of course, we know

23          you were a doorman around the time of

24          the accident.  He wants to know what

25          kind of things you would be doing.

64

1                          R. ALi

2    A.      Helping out tenants with packages,

3    opening the door.

4    Q.      Was there a lobby in this building?

5    A.      Yes.

6    Q.      Was there a desk there?

7    A.      Yes.

8    Q.      Was that your job station?

9    A.      Yes.

10   Q.      Did the desk have a chair?

11   A.      Yes.

12   Q.      Were you permitted to sit down as part

13   of your job duties?

14   A.      Yes.

15              MR. MAYER:  Is it a chair or a

16           stool?

17              THE WITNESS:  It's a stool.

18   Q.      This building, is this a residential

19   building, office or something else?

20   A.      Residential.

21   Q.      Were you required to assist in the

22   tenants carrying their packages or was that

23   something you did voluntarily or something

24   else?

25   A.      Voluntarily.

65

```
 1                          R. ALi

 2      Q.      Do you know how many units were in

 3      your building, approximately?

 4      A.      We have some apartments combined.  I'm

 5      not too sure.

 6      Q.      More than a hundred units?

 7      A.      Yes.

 8      Q.      As part of your job, are you given a

 9      walkie-talkie?

10      A.      Yes.

11      Q.      Besides your post in the lobby at that

12      desk, are you expected to make rounds of the

13      premises?  Do you know what I mean?

14      A.      No.

15      Q.      Do you know what a key clock is, the

16      station on a key clock?  Are you familiar

17      with anything like that?

18      A.      No.

19              MR. MAYER:  Are you asking if he

20              acts as a porter?

21              MR. MORRIS:  No.  Off the

22              record.

23              (Discussion held off the

24              record.)

25      Q.      As part of your job duties, were you
```

66

```
 1                    R. ALi
 2   required to check various locations around
 3   the building to see that exit doors were
 4   secured or anything like that?
 5   A.      No, just the entrance door.
 6   Q.      That was your post?
 7   A.      Yes.
 8   Q.      Basically, you would make sure that
 9   anybody who didn't belong there would not
10   come in, correct?
11   A.      Yes.
12   Q.      Sir, what was your pay at the time of
13   this accident, were you paid by the hour or
14   something else?
15   A.      Hour.
16   Q.      What was your hourly wage?
17   A.      About $40.
18   Q.      About $40 an hour?
19   A.      Yes.
20   Q.      Is that including benefits?
21   A.      Yes, it did.  They have to take out
22   for me.
23   Q.      Sir, did you work overtime at the time
24   of your accident?
25   A.      No.
```

67

```
 1                    R. ALi
 2   Q.    Was overtime available to you?
 3   A.    Yes.
 4              MR. MAYER:  Did you get paid
 5         pursuant to a union scale for local
 6         32BJ?  Did you get paid what all the
 7         other doormen get paid in the union?
 8              THE WITNESS:   Yes.
 9   Q.    Did you not working overtime have
10   anything to do with this accident?
11   A.    What?
12              MR. MORRIS:  Strike that
13         question.
14   Q.    Since the accident, have you worked
15   overtime?
16   A.    No.
17   Q.    The fact that you haven't worked
18   overtime since the accident, does that have
19   anything to do with the accident?
20   A.    No.
21   Q.    Was your workday considered to be
22   eight hours or something else?
23   A.    Eight hours.
24   Q.    So, your workweek was forty hours?
25   A.    Yes.
```

68

```
 1                           R. ALi

 2    Q.      What was your gross paycheck at the

 3    time of this accident?

 4    A.      $490 -- $475.

 5    Q.      Is that take home or is that gross?

 6    A.      That was take home.  No, not -- 5 --

 7    Q.      Take your time.

 8    A.      It's about $575.

 9    Q.      You would take home about $575?

10    A.      Yes.

11    Q.      How frequently, every week?

12    A.      Every week.

13    Q.      You had deductions from your gross,

14    gross is the big figure that is the total

15    figure?

16    A.      Yes.

17    Q.      What you take home was the smaller

18    figure, correct?

19    A.      Yes.

20    Q.      What did you have deductions for?  Did

21    you have deductions for health insurance?

22    A.      Yes.

23    Q.      Did you have deductions from for your

24    check towards a pension or 401?

25    A.      Yes.
```

69

```
 1                      R. ALi
 2   Q.      Did you have your entire family on a
 3   health plan through this employment?
 4   A.      No.
 5   Q.      Any other deductions, that you are
 6   aware of, besides taxes?  How about union
 7   dues, how much were your union dues?
 8   A.      Union dues about $60 plus.
 9   Q.      About $60?
10   A.      Yes, every month.
11   Q.      Per month?
12   A.      Yes.
13   Q.      Were you paid weekly, biweekly or
14   something else?
15   A.      Weekly.  They take it out of my
16   paycheck.  No, no, I'm sorry.  It is not
17   weekly.  They take it every month.
18   Q.      You did tell me $60 a month as opposed
19   to $60 a week.
20   A.      Yes.
21   Q.      Sir, had you worked the day of your
22   accident?
23   A.      No.
24   Q.      You would normally work a Saturday; is
25   that correct?
```

70

1                           R. ALi

2    A.      Yes.

3    Q.      You took this as a vacation day or

4    something like that?

5    A.      No.

6    Q.      Were you scheduled to work that day?

7    A.      Yes.

8    Q.      Did you call them at work and tell

9    them about the accident?

10   A.      I called in sick.

11           MR. MAYER:  You used a sick day?

12           THE WITNESS:  Yes, a sick day.

13   Q.      Did your union contract give you a

14   certain amount of sick days per year?

15   A.      Yes.

16   Q.      How many?

17   A.      They gave us ten.

18   Q.      If you did not use up your sick days

19   within that year, were you allowed to

20   accumulate them?

21   A.      No.

22   Q.      You had to use them up?

23   A.      They either pay you at the end of the

24   year.

25   Q.      So, if you didn't use up your sick

71

1                          R. ALi
2      days within that year, they would pay you the
3      value of your sick time?
4      A.      Yes.
5      Q.      Did you go to work the day of your
6      accident?
7      A.      No.
8      Q.      Had you worked the day before the
9      accident?
10     A.      Yes.
11     Q.      When is the very next time after the
12     accident you returned to work?
13     A.      I believe it was the next day after
14     the accident.
15     Q.      You went to work that Sunday?
16     A.      Yes.
17     Q.      Did you work full-time?
18     A.      Yes.
19     Q.      Did there come a time when you took
20     time off from work because of the accident?
21     A.      Yes.
22     Q.      When did that start?
23     A.      Not too long after the accident.
24     Q.      Approximately, how long after the
25     accident?  I know you took the day off

1                         R. ALi

2    because of the accident, but after that --

3    A.      I don't remember.

4    Q.      Was it within a week or to two?

5    A.      Probably within a week.  I don't

6    remember.

7    Q.      Once you started taking time off from

8    work, besides that first day of the accident,

9    did you take time off continuously or was it

10   days here, days there?

11   A.      Actually, sorry.  I went back to work

12   for a little while, but then, you know, I had

13   to take time off a couple weeks.  Went back

14   for a couple weeks and I have to --

15   Q.      How much time, all together, did you

16   lose from work because of this accident?

17   A.      I don't know.  Not too sure.

18              MR. MAYER:  Could you

19           approximate, a week, a month, a couple

20           months?

21   A.      A couple months.

22   Q.      When you say a couple months, how much

23   would you say, best approximation?

24   A.      Two or three months.

25   Q.      Was this a continuous straight period