Q. Who left the accident scene first, your family or him?

A. My family.

Q. Sir, did you have any medical examination, treatment or care for your head in connection with this accident?

A. No.

Q. Did you ever see a dentist in connection with this accident?

A. No. I get a lot pain in my jaw, but I never went to the dentist.

Q. Did you have someone examine your jaw. Not a dentist, but somebody else that examined your jaw?

A. A doctor at Castle Hill Rehab.

Q. He looked at your jaw?

A. Yes.

Q. What did they recommend for you?

A. I don't remember what he said.

Q. Did they have you wear any kind of device on your mouth or anything like that?

A. No.

Q. Did you ever have any problems with your jaw before this accident?

A. I'm not too sure.

Q. Did you have a regular dentist at the time of this accident?

A. No.

Q. That pain you had in your jaw, did that go away after a certain period of time?

A. Yes.

Q. About how long after the accident did the jaw pain go away?

A. A couple of months.

MR. MORRIS: I have no further questions for you, sir. Thank you.

(Time noted: 12:48 p.m.)

---------------------------

RASHAD ALI

Subscribed and sworn to before me this day of 2008.

----------------------------------

Notary Public

INFORMATION/DOCUMENTS REQUESTED

| PAGE | DESCRIPTION |
| --- | --- |
| 102 | The name and address of the doctor who gave Mr. Ali the injections two his lower back at the end of January 2008. Authorizations for this doctor's records. |
| 103 | Provide any information on out of pocket expenses. |
| 107 | The name of the pharmacy. |

C E R T I F I C A T E

I, TRENISE JACKSON, hereby certify that the Examination Before Trial of RASHAD ALI was held before me on the 8th day of February, 2008; that said witness was duly sworn before the commencement of his testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the Examination Before Trial of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 26 of February 2008.

Trenise Jackson

---------------------------------

TRENISE JACKSON

# ERRATA SHEET

| PAGE/LINE | CORRECTION |
|---|---|

A

**able** 26:16 39:20 40:21 111:7
**about** 4:22 7:12 8:4 9:13,22 13:18 18:2,18,25 20:18 24:19 29:5 33:22 37:7,13 38:15 40:11,20 44:10 45:6,8 46:8,10 48:4,9,10,15 50:13 53:19 56:10,13 57:10 62:9 63:20 66:17,18 68:8,9 69:6,8,9 70:9 77:18 81:12 82:3,5 87:14 89:25 90:2,3 94:16 96:6 99:15 104:15 105:24 106:11 110:5 111:20 114:24 115:8,21,22 117:23 121:9
**abrupt** 23:13
**accident** 4:22 9:12,14,16,24 10:9 11:4 11:9 12:10 13:15,19 15:5 17:22 19:15,17 20:2 21:15 22:16 24:11 25:3 26:2,17,19 27:14,17 29:7,13,16 29:19,23 30:6,11 32:18 33:5 34:13 35:14,16,19 36:7 38:3 39:25 41:22 42:7,10 43:11,22 44:16 51:23 53:14 53:22,25 54:10,14,18,21 55:2 57:7 59:22 60:10 61:3 63:15,24 66:13,24 67:10,14,18,19 68:3 69:22 70:9 71:6 71:9,12,14,20,23,25 72:2,8,16 73:6 73:8,12 75:5,12,16 76:19 77:17,18 78:6,7,19,23 79:4,20,23 80:2,12,16 81:11,18,21,25 82:7,17,21 83:2,6,16 83:19,21,23 84:12,13,14 85:11,14 85:16,20,22 86:3,19,22 87:4,15,17 87:19,22 88:7,15,17,20 89:10 90:15 90:16 91:11,14,22 92:4,20 93:21 94:10 95:19,20 98:9 102:21 103:18 104:3,6,10,13,15,18,20,24 105:3,14 106:14,20,21 109:7,23 110:9,20,24 111:4,6 112:5,7,15,16,22 113:22,24 114:2,8,10,11,18,22 115:13 116:20 117:3,11,15 118:3,14,17,19,21,24 119:14,15,24 120:2,7,10,25 121:4,9
**accidents** 57:11 89:4 103:22 108:16 108:19,24 110:3
**accumulate** 70:20
**across** 14:11
**acts** 65:20
**actual** 24:21 90:18
**actually** 16:9,13 30:9,14 39:23 43:2,6 44:18 48:12 49:8 72:11 92:25 94:23 98:19 113:19
**acupuncture** 98:8,10
**additional** 75:16 92:7 96:19 98:5
**address** 4:12 61:13 101:23 107:22 122:4
**adjustable** 34:3
**adjusted** 26:15
**administer** 3:13
**adverse** 108:11
**affect** 100:5
**affected** 111:11
**afford** 94:19
**after** 14:13 17:23 30:11 32:17 35:14 35:17 38:3 39:7,14,25 40:2,2,19 43:11 50:15 59:4 71:11,13,23,24 72:2 74:25 75:14,18 78:13 81:8,21 84:14 85:6 86:6 88:7,14,15 89:2 93:18 94:10,12,13 100:6 106:21 109:23 110:2 113:24 114:10,17 115:12 116:19 117:3,10,15 118:24 119:2,14,23 121:7,9
**afternoon** 9:22
**again** 5:11 85:7 88:9 100:21 119:23
**against** 1:6
**age** 9:9 30:22
**aged** 30:23
**ages** 8:22
**ago** 8:4 62:9,13,15 105:24 109:21
**AGREED** 3:3,7,11
**ahead** 27:23
**alcohol** 53:16,21 54:10,15
**alcoholic** 54:2
**ali** 1:3,3,3,4,4,4,11 2:16 4:11,15 5:1,19 6:1 7:1,20 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1,20 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1,17 122:5 123:5
**allotment** 73:5
**allowed** 70:19
**almost** 84:2 116:9,10,11
**alone** 42:6 79:19
**along** 17:17
**already** 16:14 21:22 28:19 53:7
**always** 5:2 91:19
**ambidextrous** 91:17
**ambulance** 43:14 44:8,22,25 46:22,25 47:8,14,15,17 48:2,5,12,19,21,23 49:3,9,11 50:3,8,10,16 51:15,17,22 52:4,11,14,21 53:7,8
**ambulances** 52:17
**American** 103:20
**amount** 70:14 74:15 80:21
**Andrew** 94:8,9
**another** 5:4 19:16 76:12 85:22 88:17 88:20 97:23 99:4 104:6 108:23
**answer** 5:10 15:16 42:12 84:4 88:23
**answered** 81:10
**antibiotics** 58:9
**anybody** 53:13 55:16 66:9 76:15
**anymore** 115:25
**anyone** 42:9 113:8 117:20
**anything** 18:18 24:12 29:18,22 34:18 37:5,16,22 38:2 44:6 48:10,15 50:3 50:10 51:8 53:19,22 54:2 56:24 57:11 65:17 66:4 67:10,19 86:24 96:23 98:14 108:12 111:3,9 120:22
**anytime** 12:16 88:2
**anyway** 30:2
**apartments** 65:4
**Apparently** 104:16
**appear** 48:24
**appears** 123:11
**appointments** 113:17
**approach** 35:16 47:2 118:10
**approached** 47:3,4
**approximate** 24:17 25:9 30:22 72:19
**approximately** 6:10,11 8:5,7 9:20 22:4 31:2,18 65:3 71:24 74:8 78:16 81:25 84:21 114:11
**approximation** 58:16,22 72:23 108:7 115:2
**area** 14:5,6 20:19 40:15,16 76:13
**around** 26:5 40:21 63:23 66:2 115:10
**arrested** 53:14
**arrive** 43:12,14 47:15
**arrived** 43:17,19 44:22 46:13,22,25
**aside** 106:10 114:5 117:9
**asked** 36:17 37:10 38:10 42:19,20 43:4 45:10,12 48:3 88:24
**asking** 32:5 37:17 45:10 54:12 65:19 89:2
**asphalt** 25:4
**assist** 64:21 109:11
**assisted** 50:2,15
**Atlantic** 104:16
**attached** 27:3
**attend** 46:23
**attorney** 4:18 87:14 102:25 103:2
**attorneys** 2:4,10 3:4 4:21 79:8,10,12
**authorization** 101:25
**Authorizations** 122:6
**authorized** 3:13
**Automatic** 10:15
**automobile** 21:9 81:13,17 103:18 108:24 116:21
**available** 67:2 94:20
**Avenue** 4:13 6:22 7:2,7 76:5 113:2
**Aviva** 95:14
**aware** 33:4 34:15,24 69:6
**away** 52:25 53:3 54:25 81:21 121:7,10
**A-V-I-V-A** 95:14
**a.m** 1:14

B

**back** 5:2 11:22 20:15,15,16 21:4,10,11 29:25 31:7,9,13 33:12,14,15,17,18 33:18,22 34:11,11,22 35:3,3 39:9,10 39:12 45:5,8,16,24 46:3,5 47:12,21 47:23 48:4 50:3,20 53:4 54:5,7

56:12,13 59:5,12,14,23 72:11,13 75:3,6 77:9,21 78:2 79:24 82:3,9 83:7,9 85:19 86:14 87:18,21 88:5,9 88:11,13,21,25 89:5 91:12 92:3,9,23 96:8 97:12,14,20 99:25 100:3,3,14 101:21 105:7 108:18,20,22 109:3,6 109:15,20,23 110:2,25 113:12 114:21 115:18,19,21,22,23 117:4,10 117:12,24 118:9 122:5
**BARRISTER** 1:21
**basically** 16:22 51:11 66:8
**basis** 111:15
**basketball** 111:7,13
**bathroom** 114:5
**bear** 116:6
**became** 80:13
**bed** 113:24 114:4,10,16
**before** 1:10,14 3:15 4:3 5:10 6:24 12:18 15:4 17:22 18:5,22,23 19:5,11 19:25 21:15,18,24 22:16,23 24:8 26:4,17,19 27:20 28:9 29:16,19,22 30:13 37:25 42:12 53:8,25 54:9,14 54:18 57:11 59:19,21,25 60:9 71:8 73:8 76:9 77:21 78:2,3,5 80:12 85:19 87:19 100:14 103:23 108:18 109:5 110:20 111:6,14 112:14,15,22 120:25 121:19 123:4,5,7,13
**beginning** 114:7
**behalf** 4:20 79:5
**behind** 16:12 23:11 24:9 26:6 27:21 28:10 41:6,11 44:3
**being** 5:8,12 32:13 46:11 74:7 95:16 104:2
**believe** 19:24 71:13
**belong** 66:9
**belt** 27:8,10,11 29:9,13
**bench** 26:24
**benefits** 66:20
**besides** 5:19 33:5 35:2 37:17 44:15 45:23 50:12 65:11 69:6 72:8 77:15 82:24 86:24 90:4 102:15 108:16 109:12 110:25 113:11 117:20,23
**best** 6:15,18 8:2 15:3 42:5 58:16,22 72:23 93:11 108:6 115:2
**better** 55:21 81:7
**between** 3:4 34:8 37:20
**big** 68:14 74:20
**bills** 103:5
**birth** 5:21
**biweekly** 69:13
**BJ** 62:22
**black** 25:4,7 40:16
**bleeding** 35:8
**blocking** 40:7
**blood** 50:19 51:5 123:15
**body** 21:15,16 33:9 34:15,25 35:9,12 45:19,23 56:22 59:12 79:22 91:9,14 96:5 97:10 98:13,16 99:24 110:24
**book** 94:25
**born** 5:25
**boroughs** 79:2
**both** 26:12 96:12,13 97:13 116:18
**bought** 10:20
**brace** 49:22 109:15,20,23 110:2,5,6 110:12
**brake** 32:3
**brakes** 22:23 23:22 24:12
**break** 5:13,14 60:5
**Bridge** 14:12,14
**brief** 39:7
**bring** 22:15 96:21 97:2
**bringing** 23:21 96:23
**Broadway** 1:13,22 2:4
**Bronx** 4:13 6:22 7:9 8:14 60:20,23 76:6 79:3 80:9 82:14,15 84:17 86:9 91:7 107:11
**brought** 4:20 22:6,10 28:19 79:14,14
**Bruckner** 76:5
**bruises** 35:11
**bucket** 26:23
**building** 61:14,16 63:9,10,12 64:4,18 64:19 65:3 66:3
**bumper** 20:14,18,21,24,25
**bumps** 35:11
**bunch** 98:15
**buy** 10:22

## C

**C** 2:2 123:2,2
**cab** 103:24
**call** 25:5 42:19,21 43:3,8 70:8
**called** 42:18 60:24 70:10
**calls** 42:3
**came** 30:10 35:22 36:12 37:25 39:14 39:15 40:2 42:17 93:7 100:8
**car** 11:19,25 12:4 13:3,5 16:12 20:24 21:2,11 23:3,4,17 24:10,16,21 25:9 25:13,14,16 28:13,15,22 29:3,3 30:15 31:11,13,14,16,20,21,24,25 32:16 33:2,10 34:17 36:2 37:8,14 38:24,25 39:2,10,17,23 40:5,9,15,20 40:25 41:3,5,6,9,11 44:3 46:16,17 46:19,20 47:5 53:4 83:22 85:18 86:10,14,15 87:18 104:8 116:24 117:4,7,10,12,16
**care** 54:22 75:5,17 83:19 85:9 86:18 87:3 93:14,20 102:14,20 103:6,8 104:13,23 105:11 120:6
**cares** 113:6
**carrier** 81:14,17
**carrying** 64:22
**cars** 19:8 40:20
**case** 81:2,5 86:16
**Castle** 75:25 76:2,5,22 89:9 90:19 92:25 93:15,19 94:13 102:15 105:5 106:25 108:2 110:19 120:16
**Casulty** 104:16
**cause** 31:14,16
**cell** 35:18 41:21 42:2,9,23
**center** 21:11
**certain** 51:3 70:14 75:21 108:14 121:7
**certification** 3:5
**certify** 123:3
**chain** 107:13
**chains** 107:10
**chair** 64:10,15
**chance** 42:17
**changed** 112:4,7
**cheaper** 95:3
**check** 50:21 51:5 66:2 68:24 74:21 107:23 113:21
**checked** 50:19
**checks** 73:24 74:21
**checkup** 48:20 57:2 86:23
**Cherokee** 19:22 26:20 30:18
**children** 8:18 11:19 29:25 37:12 38:9 38:15,19,22 45:9 46:20 48:6,13,16 51:18 59:2 113:6 117:21
**children's** 46:11
**chores** 112:23
**chose** 55:19 85:3,4
**City** 48:25 78:25
**Civic** 10:12 20:10 21:16 24:9 26:8 31:5,5 32:6 33:9,24 84:13
**claim** 105:13
**clarification** 34:10
**cleaning** 116:17
**clear** 5:3 115:12
**climb** 49:14
**clock** 65:15,16
**close** 76:13
**closed** 80:8
**cloudy** 12:11
**club** 14:4 110:21
**cold** 75:7
**collar** 110:6,15,15
**collision** 24:21 104:7
**color** 10:13 19:23
**combined** 65:4
**come** 6:3 9:11 17:14 18:14 32:20 35:25 38:24 42:14 66:10 71:19 76:11 78:5 94:16
**comes** 18:11
**coming** 12:23 16:23 40:22 88:16 102:10
**commencement** 123:7
**community** 14:2
**company** 73:23 74:8,12,19 103:19 104:4,5,17
**compensate** 74:13
**compensation** 73:21 80:22
**complain** 96:6
**complaints** 56:9 77:16
**complete** 22:7 28:20,23
**completed** 13:20
**completely** 22:8 34:7 36:10 73:17 75:8
**concrete** 25:5
**condition** 109:7
**conditions** 12:9

**confined** 113:23 114:3,9,16,17
**connected** 123:15
**connection** 53:14 75:11 80:2,5 82:21 82:25 83:15 85:10 86:19,22 91:10 91:14 92:19 98:9,15 102:20 104:23 105:2,13 106:14,20 110:8 112:19 118:2,16 120:7,10
**consciousness** 35:6
**conservative** 98:3 118:10
**consider** 23:12
**considered** 67:21
**console** 27:4
**Constant** 105:21
**consult** 87:14
**consumed** 54:2,10,15
**contact** 6:13 32:12 33:9 34:11,16,25 35:3 119:17,21
**continue** 85:7
**continuous** 72:25
**continuously** 72:9
**contract** 70:13
**conversation** 36:16 37:23 39:7 40:6 45:3
**conversations** 44:15 119:12
**conversing** 29:15
**cooking** 116:15
**Corp** 61:8,9
**correct** 13:10 22:10 44:23 62:15 66:10 68:18 69:25 93:9 101:13 109:3
**CORRECTION** 124:2
**cost** 84:20
**counsel** 94:7 102:2 123:11,19
**counselling** 112:18,19
**counter** 106:3,6,7
**Country** 2:10
**county** 79:14
**couple** 22:2,3 72:13,14,19,21,22 74:23 75:18 83:20 87:25 89:18,19 90:17 95:6 96:2,3 100:12 109:21 110:13 115:3,4 119:2 121:11
**course** 63:22 90:5,24 113:14
**court** 1:1 3:15 5:3,7,11 8:17
**co-op** 61:11
**crying** 37:24 38:11,13,14,19,22
**curve** 17:3
**curved** 19:5
**cut** 93:13 94:12
**CV** 1:6

D

**D** 4:2
**damage** 21:12,16 39:17 83:4,12
**Danyah** 8:25 9:6
**danyal** 1:4 8:23
**date** 5:21 7:21,22 78:7 86:3 92:11 102:8 104:18 113:19
**dates** 92:10
**DAVID** 2:6
**day** 9:16 11:8 12:16 13:15 54:13 58:5 59:8 69:21 70:3,6,11,12 71:5,8,13 71:25 72:8 75:15 92:14,15,16 121:20 123:5
**days** 54:18 61:22,23,25 62:2 70:14,18 71:2 72:10,10 73:2,9 75:18 100:12 119:2
**dead** 31:24,24
**December** 7:25 103:18
**decline** 19:10 25:20
**deductions** 68:13,20,21,23 69:5
**defendant** 1:8,11 2:10 4:19 79:17
**dentist** 120:9,12,14 121:3
**Department** 48:25 118:15,20 119:9
**deposition** 3:12 81:5
**describe** 10:11 13:22 18:7 19:21 20:7 21:8 23:10,19 30:17 45:3 48:23
**described** 85:17 87:17
**describing** 44:16 45:14
**DESCRIPTION** 122:3
**desk** 64:6,10 65:12
**device** 120:22
**diabetes** 77:13
**diagnosed** 77:12
**dialed** 43:5
**different** 18:6 30:25 52:10,12,16,17 52:18 79:12 83:14 91:23,25 92:10 92:18 93:24 107:14,15
**difficult** 39:18
**diminish** 90:24
**direction** 14:21,25 17:4
**directions** 15:13
**directly** 28:15,23 29:3 32:11,16,23 123:17
**disability** 73:16,19
**disc** 82:22
**discomfort** 104:9
**discuss** 82:16 92:2 93:4 97:4
**discussion** 17:10 37:12 65:23 95:11 101:16 103:15 118:6
**discussions** 37:7
**displaced** 52:11
**distance** 29:2
**distracting** 30:2
**DISTRICT** 1:1,2
**DMV** 118:20
**Docket** 1:5
**doctor** 76:18,24 77:3,16 82:20 89:12 89:14,17 90:4 91:3,4 92:2 93:4,24 94:20 99:2 100:23 101:20,24 102:16 105:8,9 106:23,25 108:2,3 113:12 114:6 117:25 118:4 120:16 122:5
**doctors** 80:4 82:18 83:15 85:12 89:8 92:6 118:11
**doctor's** 54:22 101:25 122:7
**doing** 7:15 38:16 41:17 51:8 63:25 81:5
**done** 5:9 14:2 22:9
**door** 36:13 39:5,15,18,21 64:3 66:5
**doorman** 61:6,20 63:16,19,21,23 80:13,14
**doorman's** 80:11
**doormen** 67:7
**doors** 66:3
**down** 5:7,8,11 36:8 59:13,15,24 60:6 64:12 77:9 80:8 96:9,11,13 115:23
**Dr** 94:2,3,5,9,14,16,24 95:4,7,22,25 96:6,15,22 97:4,7 98:18,20 100:18 100:22 102:15 105:7 113:11,13,17 118:8,11
**drink** 54:11,12,24
**drive** 10:4 14:16,22 15:4,6 16:4,8 17:2 18:21 19:4,11 40:22 52:25 59:5 116:20 117:18
**driver** 12:7 30:5,9,17 35:15,21 37:14 37:17 39:3 41:9,20 42:6,19,20 44:4 53:16,19 86:10 119:13,18
**driver's** 26:12,23 27:7 30:10,14 33:24 35:23 36:4 39:4,15,18,20 84:6,8 85:17
**driving** 36:6 78:21 83:24 117:10,12 117:14
**dropped** 55:7
**drove** 53:3 54:25
**drugs** 53:21 54:19
**dry** 12:13
**dues** 69:7,7,8
**duly** 4:3 123:6
**during** 90:24
**duties** 63:16,19 64:13 65:25
**DX** 10:18
**D-A-N-Y-A-H** 9:2
**D-A-N-Y-A-L** 8:23

E

**E** 2:2,2 123:2,2
**each** 45:12
**earlier** 80:16 81:18,21,25 82:7,17,21 82:25 83:16,19,21 85:16 87:4,15 91:24
**East** 61:8,13,16
**education** 60:15
**effect** 3:14
**eight** 7:13 29:5 67:22,23
**either** 70:23 97:12 115:24
**Elder** 7:2,7
**elevators** 63:13
**eleventh** 60:16,17,21
**emergency** 56:4,7,10 58:21 74:25 75:15 86:21,24 87:6 105:3
**employ** 123:19
**employed** 61:2,19
**employer's** 103:8
**employment** 69:3 103:6
**EMS** 48:25,25
**end** 17:6,24 24:20 70:23 93:11 101:21 122:6
**ended** 83:22 93:8,18 94:14
**English** 6:6
**entire** 51:14 53:3 55:4,12 56:3,6 59:4 59:5,12 62:24 69:2
**entrance** 66:5

**equipment** 111:25
**ERRATA_SHEET** 124:1
**ESQ** 2:6,12
**even** 74:3 100:15
**ever** 5:18 6:12 19:25 25:22,25 32:20 32:25 49:16,19 59:18,22,24 60:9 74:24 75:3,10 76:8 77:12,20 82:16 82:20 88:8,16,20 92:2 93:4 97:4,7 98:8,14,18 108:17 109:15,22 110:5 118:11,14 119:12,17,20,23 120:9,24
**every** 68:11,12 69:10,17 74:23 101:11
**everybody** 7:16
**everyday** 116:11
**everything** 5:8,12 57:2
**examination** 1:10 4:8 75:4,17 93:20 102:13 104:12,23 105:11 120:6 123:4,13
**examinations** 102:20
**examine** 44:19 51:18,20 58:25 120:13
**examined** 4:5 56:6,17,18 59:4 76:22 89:8 120:15
**examining** 77:15 90:4
**except** 3:8
**Excuse** 7:13
**exercise** 111:25 116:12
**exercises** 93:16
**exit** 9:25 10:3,5,5 15:8,9,10,11,12,18 15:19 16:16,17,23 17:2,3,6,12,14 18:3,3,4,8,9,16,22,23,25 19:11 23:5 23:8 25:8,12,16,19,23 40:21 66:3
**exited** 15:24 16:4 44:2
**expected** 65:12
**expenses** 102:24 122:8
**experience** 11:7 59:25 60:9 108:17
**experienced** 59:18,22
**explained** 48:2
**eyesight** 6:16
**E-L-D-E-R** 7:3

F

**F** 123:2
**facility** 75:21,24 76:8,12,12,16 80:9 82:13 85:3 91:23 92:14,24,25 93:19 95:13,16 105:5
**facing** 12:3 16:23
**fact** 67:17
**fall** 74:4
**familiar** 20:24,25 63:18 65:16
**family** 37:13 44:12,19 48:18 49:19,23 50:7 51:14 52:16 53:4 55:4,12 56:3 56:6 58:20 59:4,5 69:2 76:18 116:15 120:3,4
**far** 13:18 31:18 40:9 55:22 99:12 115:8
**father** 10:24 11:2
**FDR** 9:25 10:3,4,5 14:15,16,20,22 15:4,6 16:4,8 17:2,12 18:21 19:4,4 19:10 40:22 88:16
**February** 1:14 123:6
**feel** 59:9 81:7 87:21 100:5,13,15 115:16
**feeling** 44:11,12 46:8 47:9 48:9,10 50:13 56:11 77:4
**feet** 25:10 29:5 40:11,14,20 77:10
**felt** 45:15 51:2
**female** 89:14
**Fifty's** 31:3
**figure** 68:14,15,18
**filing** 3:5
**filled** 57:21,24 58:2 107:6 119:8
**films** 96:23
**financial** 73:20
**find** 74:15 94:16
**fine** 7:15
**fingers** 77:11
**finish** 60:17
**Fire** 48:25
**first** 4:3,13 6:22 28:18 30:4,7,8 36:18 36:21 43:17 62:8 72:8 76:21 77:6 85:10 94:5,9 96:6 97:24 101:12 106:16,21 108:18 109:2,22 120:2
**five** 8:8 25:13,14,15 58:24 61:25 79:2 89:24 90:2,3 96:4 112:12
**flat** 19:12
**floor** 4:13 6:22
**followed** 23:7
**follows** 4:6
**follow-up** 102:5
**foot** 32:2
**force** 3:14
**form** 3:8 15:15 22:13 60:3
**formal** 60:15
**Fort** 14:5
**forty** 67:24
**forty-eight** 54:17
**Forty-five** 43:13
**forward** 12:5 28:11 31:16 32:7
**four** 8:23 9:10 24:19 58:23,24 82:5 96:4 112:12
**four-door** 10:12
**freezer** 55:10
**frequency** 112:8
**frequently** 68:11 105:19 111:13 116:3 116:7
**Friday** 61:23
**from** 10:5,23,25 12:23 14:8 21:11 24:10,15,15 29:3 35:8 42:3 43:8 44:3 52:25 54:25 55:23 57:4 62:15 68:13,23 71:20 72:7,16 74:14 75:5 75:11 78:5 80:15 81:2,20,24 82:17 83:25,25 84:2 86:14 87:22,22 88:2 92:3 93:15 102:2 104:10,13 105:13 106:25 114:5 117:9 118:3
**front** 11:17 23:3,17 24:3 27:22 28:2,9 28:11,12,13,15,23 29:2,4,9 32:2,11 32:13,16,23 33:11 41:4 83:5
**full-time** 61:22 63:4 71:17
**further** 3:7,11 121:12
**future** 99:15 113:17

G

**G** 1:7
**gave** 70:17 74:19 97:25 100:23 101:20 102:16 106:23 108:8 110:18 122:5
**GBD** 1:6
**general** 109:7 116:17
**generally** 12:13 83:23 86:13
**Genovese** 107:14
**gentleman** 40:24
**George** 14:12,14
**gesture** 5:6
**gets** 18:6
**getting** 14:13 23:4 50:15 74:12 101:7
**give** 57:13,15,18 70:13 98:19
**given** 65:8 80:22 99:21 100:2 106:17
**giving** 113:12
**glasses** 6:12
**go** 14:8,13 15:12,20 17:5 23:16 24:5 39:10 40:21 47:24 48:13 49:8 52:5,8 52:13,15,17,17 55:2,11 60:21 71:5 73:16 75:10 76:11 79:25 80:4 81:21 86:16,21 90:21 92:7 93:25 95:4 98:5 99:6 114:4 117:10,12 121:7,10
**goes** 14:18
**going** 4:21 13:7,8 18:13,17 52:8,9,10 52:13 59:13,15,23 77:9 80:21 92:13 96:9,11,13 105:8 114:5,6,12
**gone** 99:11
**good** 4:15,16 6:16,19
**gotten** 15:4
**grade** 60:16,17,21
**gradual** 23:12
**grassy** 40:16
**gray** 19:24
**groceries** 13:3 55:7
**grocery** 13:2
**gross** 68:2,5,13,14
**GUARDIAN** 1:4,4
**Guyana** 6:2 60:19
**guys** 8:7
**gym** 110:21

H

**H** 2:6 4:2
**half** 13:20 51:25 74:5,8,16,18
**halfway** 13:24
**hand** 5:6 90:9 123:21
**hands** 50:24 56:19 59:17 77:11
**happen** 17:22
**happened** 39:8 43:23 44:16 50:18 57:8 80:12 83:23 86:13 93:23
**happening** 26:6
**hard** 20:8,9 84:9
**having** 4:3 45:23 100:6 103:17 108:13 116:24
**head** 5:6 26:5 120:6
**heading** 14:25
**headrest** 33:25 34:3,6
**health** 68:21 69:3 93:14 103:6,8,12 110:21

**hear** 24:9,14,23 44:4,6 48:8
**heard** 24:18 27:20 28:9,18
**hearing** 6:18,19
**Heating** 90:8
**height** 6:8,9
**held** 1:12 17:10 65:23 95:11 101:16 103:15 118:6 123:5
**helped** 49:14
**Helping** 64:2
**her** 9:4 29:9,12,12 47:24,24 89:11 108:6
**hereunto** 123:20
**herniated** 82:22
**High** 60:24
**highest** 34:8 60:14
**highway** 18:15,25
**Hill** 75:25 76:2,5,22 89:9 90:19 92:25 93:15,19 94:13 102:15 105:5 106:25 108:2 110:19 120:16
**him** 30:7,14 36:18,20 39:8 42:2 43:2,4 43:4,6 45:15 77:4,6,17,23,25 95:2 96:23,24 97:2 100:20,25 113:20 119:23 120:3
**himself** 30:9
**history** 57:4,8 77:17
**hit** 16:12,13 21:6 22:23 24:16 32:14 33:15 44:3 83:25 84:6 86:14 87:19
**hitting** 31:12,13 85:17 87:18
**home** 13:8,9,12,18,24 55:3,4,9,23 59:6 68:5,6,9,17 74:6 93:16 112:2 113:4 114:17 115:14
**Honda** 10:12 20:10 21:16 84:13,25
**honk** 24:25
**honking** 24:23 40:3
**hooked** 27:17
**horn** 24:25
**horns** 24:23
**hospital** 50:8 52:5,15 55:8,12,14,17 55:20,20,23 57:14 58:22,25 74:25 75:10 79:25 105:4 106:17
**hospitals** 52:12,18
**hot** 90:9
**hour** 51:25 52:2 53:24 54:9,13,17 66:13,15,18
**hourly** 66:16
**hours** 58:23,24 62:4 67:22,23,24
**house** 115:7 116:17
**household** 112:23
**hundred** 65:6
**hurt** 56:22 77:21 85:19 109:2

I

**immediately** 6:24 18:22 21:18 27:20 53:25 54:9,14,18 100:8
**impact** 20:4,5,6,11 21:5,13,18,25 24:8 26:4 31:4,20 32:6,9 33:8 34:21 84:9 84:9,10
**INC** 1:21
**incline** 19:10 25:20
**including** 49:23 66:20 118:11
**inconvenience** 115:9
**inconvenient** 115:6
**indicate** 107:21
**Indicating** 50:23 115:19
**indirectly** 123:17
**INFANT** 1:4,4
**Infinity** 104:4
**information** 102:25 122:8
**INFORMATION/DOCUMENTS** 122:2
**injection** 98:7 99:12,17,21,22 100:2,6 100:16,24 101:21 102:16 105:7
**injections** 98:19,22 99:6 100:25 101:4 101:9 102:9 113:13 122:5
**injure** 79:22 110:23
**injured** 78:2 88:4 104:20
**injuries** 75:5,11 105:13 114:5 115:14 117:13 118:3
**inside** 26:8 43:9 48:20,21 49:8 51:15
**instrument** 51:6
**insurance** 68:21 73:23 74:7,12,19 81:13,17 85:5 93:13 103:6,12,19 104:4,5,17
**intend** 22:22
**intentionally** 22:7,9,10,15,19
**interested** 123:17
**interior** 33:10,11 34:17 35:2
**intersection** 83:22
**involved** 9:12 19:17 20:11 24:10 30:5 35:15 57:7 83:5 103:19 104:2,6 109:12 119:13
**involving** 19:16
**issue** 73:24

J

**JACKSON** 123:3,24
**January** 99:19 101:22 122:6
**jaw** 120:11,13,15,17,25 121:6,10
**Jeep** 19:22 26:20 30:18 33:6 39:12 40:24 41:10,21 42:6,20 43:9 44:4 83:5,12 119:13
**Jersey** 12:24,25 14:3,6,9
**job** 63:16,19 64:8,13 65:8,25 74:14 80:11 109:9
**john** 2:12 4:17
**journey** 13:18
**June** 104:15,18
**just** 5:14 7:15 8:2 15:14,18 17:4,5 19:19 21:6,6 22:12 34:10,20,21 38:4 38:10,13,14,20 42:12 50:19 57:2 60:2 66:5 73:17 75:6 78:15 84:4 87:6 89:12 92:10 99:9 100:7 102:5 102:23 104:8 107:17 110:14 116:9
**Justice** 8:16

K

**keep** 7:14,16 84:5
**kelly** 2:9,9 4:18,18
**key** 65:15,16
**kids** 38:5 52:12
**kind** 54:19 59:25 63:25 80:25 110:15 118:18 120:21
**know** 4:25 5:14 14:6 16:19 17:19 18:18 20:21,23 22:18 26:25 31:19 34:20 38:7 41:20,24 42:17,24 51:13 55:16,24 57:3 58:8 63:22,24 65:2,13 65:15 71:25 72:12,17 73:15,15 79:13 83:14 84:16,17,20 95:7 98:9 100:18 103:11 115:6,10 116:6,9 119:20
**knowledge** 6:15,19 27:16 42:5 53:13 93:12 103:4
**known** 5:18

L

**L** 3:2 4:2
**lady** 91:4
**lane** 15:25 16:2
**lanes** 15:25
**language** 6:6
**lap** 27:11
**last** 81:24 82:4 99:18 105:22 106:13
**later** 43:13
**lawsuit** 4:20 9:13 79:4,13 86:16
**lawyer** 95:2
**lead** 53:20 79:4
**learn** 32:20,25
**leave** 52:24 53:8 115:13
**LECOURIUX** 1:7
**Lee** 14:5
**left** 32:19 39:9 40:12,14,20 53:6,7,10 73:7 77:10 96:9,13 101:19,23 107:18 116:5,8 119:14,24 120:2
**left-handed** 91:16
**leg** 96:9,11 116:8
**legs** 59:13,16,24 77:9 96:12 115:25 116:4
**lengths** 25:9,13,14,17
**lenses** 6:13
**less** 13:21,23,24 25:13 58:18 74:5,9,16 74:18 89:24 106:18 117:14
**let** 4:25 5:13 50:6 54:8 60:5 100:18
**level** 60:3,7,12,14
**leveled** 19:13 25:19,21
**license** 32:25
**life** 111:10
**lifting** 109:10,13
**light** 16:5 18:9 100:7
**like** 12:10 16:17,20 18:11,17 21:7 24:12 27:3 33:20 34:19,21 35:17 39:14 48:24 49:4 53:22 57:11 58:23 59:19 65:17 66:4 70:4 75:3,6 80:24 81:5 96:17,23 98:14 100:14 104:5 107:13,13 108:12 109:7 112:12,12 112:17 114:12 120:22
**line** 40:3
**listening** 77:15
**little** 72:12 98:13
**live** 6:24 7:11 13:9 117:20
**lived** 6:21 7:12 76:14

**LLP** 1:13 2:3
**lobby** 64:4 65:11
**local** 67:5 107:6
**located** 76:4
**location** 14:19 15:21 25:23 26:2 63:7
**locations** 66:2
**long** 6:21 7:11 8:4,6 21:24 24:17 25:9 35:14 39:3 40:3 43:11 51:22 58:4,14 58:20 71:23,24 81:24 82:3 83:18 87:24 90:14 94:10 100:11 107:24 108:4 110:11 114:9,24 117:7,15 118:24 121:9
**look** 26:5 38:16 48:13
**looked** 48:24 83:11 120:17
**looking** 26:20 27:19,23 28:2,10 94:18
**looks** 16:20 119:10
**lose** 35:6 72:16 73:11,14,18 80:15 88:2
**losing** 74:14
**loss** 74:4
**lost** 73:21,25 74:20
**lot** 19:7 23:15 56:15 59:10 77:8 114:13 120:11
**lots** 98:13
**lower** 36:13 99:25 100:3,3 101:21 113:12 115:23 117:24 122:5
**lowered** 36:15
**lowest** 34:7
**LX** 10:17

M

**made** 23:11 34:11 39:17
**make** 5:4 7:15 32:12 33:9 42:21 56:10 57:2 65:12 66:8
**making** 34:16,25 35:3 42:2 43:2,4,8 115:11 119:8
**male** 30:20
**man** 94:3,4
**Manhattan** 10:6 14:9 55:25 61:17 95:22 99:3,4
**many** 8:20 63:10 65:2 70:16 83:14 89:16,20 90:21 95:4,24 101:6 115:4
**March** 104:3
**marriage** 7:21,22 123:16
**married** 7:17 8:7,9,12
**massage** 90:8
**matter** 80:18 123:18
**matters** 4:23
**may** 3:12 52:17
**maybe** 115:11
**MAYER** 2:6 7:14 8:2,6 12:20 14:24 15:14,24 17:9 22:12,22 27:2 38:20 59:15 60:2,12 63:22 64:15 65:19 67:4 70:11 72:18 74:11 76:24 78:15 80:25 81:4,9 83:7 84:4 88:23 89:2 94:7 98:12 99:11,14 102:4 112:11 116:10
**mean** 14:24 20:21,23 22:4,18 23:15 30:24 33:11 37:9 54:3 57:6 59:20 65:13 73:22 80:24 89:22 92:24 99:10 102:11 118:4
**Meaning** 13:20 32:12 34:6
**mechanical** 11:7
**medical** 75:4,17 83:19 85:9 86:18 87:3 93:20 94:21 96:21 102:13,19 103:5 104:12,22 105:10 120:5
**medication** 105:23 106:8 107:25
**medicine** 54:19,23 57:13,16 58:8,12 105:25 106:12,19 107:4 108:5,10,13
**medicines** 108:14
**medium** 20:8 23:12 84:10,11
**member** 48:18 49:23 50:7 62:17,23 110:21
**members** 37:8,13 44:11,20 49:19 52:16
**mention** 45:18,22
**mentioned** 103:23 106:16 108:17,24 108:25 109:10 117:23 118:8
**merge** 17:15
**merger** 17:23
**merges** 18:5
**Merola** 94:2,3,8,10,14,17,24 95:5,7,22 95:25 96:7,15,22 97:4,7 98:18,20 100:18,22 102:15 105:7 113:11,13 113:17 118:8,11
**Merola's** 94:5
**Middle** 30:23
**mind** 49:7
**Mineola** 2:11
**MINERA** 1:3
**minerva** 1:3,4 2:16 7:20 11:14,15
**minute** 29:16,19,22
**minutes** 35:17 38:3 39:14 43:13
**mirror** 26:9
**mirrors** 26:11,15,21
**moment** 35:13 45:20
**Monday** 61:24
**money** 74:11,20 81:2 84:23 102:19
**Monroe** 60:23,24
**month** 58:5,18 62:10 69:10,11,17,18 72:19 82:2 94:11,12,13 106:18,21
**months** 72:20,21,22,24 82:2,5 83:20 90:17 109:21 110:13 112:17 115:3,4 121:11
**more** 13:21 20:4 25:13,15,16 47:14 49:4 51:25,25 63:20 65:6 74:9 92:14 92:16 96:14 98:3 99:7,8,21 100:25 105:9 118:10
**morning** 4:15,16 12:16
**morris** 2:12 4:9,17 31:7 33:12 41:7 46:2 47:20 54:4 60:5,13 65:21 67:12 88:10,24 95:10 101:15,18 102:7 103:14 107:17 118:5 121:12
**motor** 9:12 10:8 78:19 118:16,20 119:9
**Motrin** 106:2,3
**mouth** 120:22
**move** 31:5,14,16 40:4,9,25 41:3,9 115:10
**moved** 40:15,19
**moving** 21:20
**MRI** 91:21 92:13 93:3 95:13,16 96:23
**MRIs** 82:6,9,17,24 87:12 91:3,6,10,13 91:24 92:3,7,9 96:18 97:5 105:6
**much** 19:12,13 31:21 69:7 72:15,22 73:14 84:20 100:13
**myself** 52:9 123:9,10

N

**N** 2:2 3:2
**name** 4:10,17 5:19 7:19 17:19 32:20 62:19 75:23 79:16 84:17,19 89:11 94:5,24 95:14 98:24,25 101:19 103:20 104:4 107:3,21 122:4,9
**names** 8:22 79:7 89:7
**native** 6:6
**nature** 54:2
**neck** 33:15,17 34:11 35:3 45:5,7,16,24 47:12 48:4 49:22 50:4,19,21 56:12 56:14 59:12,14,23 77:8,21 78:2 79:24 81:20,24 82:9 85:19 87:21 88:5,8,18,25 89:5 91:12 92:3,9,23 96:8 97:12 105:17,20 108:17 109:2 109:5 110:5,6,6,11,16,25 113:9 115:16,19
**need** 5:13 106:4,11,12
**needed** 55:11
**needle** 98:7
**needles** 98:13,16
**nervous** 38:6 47:13
**never** 120:12
**new** 1:2,13,13,15,23 2:5,5,11 4:4,14 8:12 10:20 12:24,25 14:8 48:24 55:15,17,22 58:21 59:21 74:24 78:25 105:4 118:15,19
**next** 17:24 29:6 39:8 50:18 55:6 59:8 71:11,13 75:14 93:23 102:8,11,12
**nine** 7:12
**nod** 5:5
**normally** 69:24
**Notary** 1:15 4:4 121:23
**note** 15:14 22:12 38:20 41:16 60:2
**noted** 102:3 103:3 107:19 121:14
**notice** 24:4
**number** 5:23 22:4 43:5 90:24
**numbness** 77:9 96:10
**N.Y** 1:23

O

**O** 3:2
**oath** 3:13
**objection** 15:15 22:13 38:21 60:3
**objections** 3:8
**observe** 28:12 29:12 47:17 83:4
**observing** 28:5
**Obviously** 101:24
**occasion** 99:7,7,9
**occupants** 33:5,6
**occur** 9:24 13:16 78:23
**occurred** 13:19 15:5 20:2 21:19,25

25:4
**October** 9:18 73:8 81:12 84:12 85:20 88:7 89:3,9 91:10,22 92:4 93:21 95:19 105:2,12 109:23 110:24 111:5 113:23 114:3 118:3
**off** 14:13 15:4,7,8,12,19 16:8,11,23 17:2,9,10,13,14 18:14 23:5,8 40:22 55:7 62:2 65:21,23 71:20,25 72:7,9 72:13 88:16 93:13 94:12 95:10,11 101:15,16 103:14,15 118:5,6
**office** 4:18 64:19 99:2,4
**officer** 3:13
**offices** 1:12
**okay** 5:17 23:21 36:17,22 37:11,11,12 37:18 38:5,10 39:21 45:4
**Old** 2:10
**once** 5:10 72:7 99:11 111:21
**one** 14:18 15:11,18,20,25 16:2 19:16 19:18,19 20:4,5,6 27:4 29:16,19,22 32:23 45:12 47:14,14,16 51:14 54:13 74:20 78:25 81:12 86:13 88:15 89:12 92:11,14,15,16 96:11 96:13 98:5 99:6,7,8,8,9,12,21,22,23 103:22,23 107:9,11 108:25 109:2,17 112:17 118:22
**ones** 96:19 106:10
**only** 19:18 85:18
**onto** 16:9
**open** 5:15 36:13 39:18,20
**opening** 64:3
**operating** 10:8
**opposed** 26:24 55:20 69:18 76:12
**option** 97:24 109:14
**options** 97:25
**Order** 1:12
**other** 5:18 15:20 18:5,24 19:17,19 20:4 23:7,11 28:8 34:16,25 35:15,21 37:8,10,13,14,17,19 39:3 41:9 44:14 45:18,22 53:17,20 55:20 67:7 69:5 75:10 84:7 85:18 86:15 87:3 88:4 89:4 91:13 93:20 97:25 102:13 105:10 110:3,23 113:14 117:25 118:12
**out** 10:5 18:3,8,9 28:2,11 30:10 38:24 39:14,15,24 40:2,10,25 41:3 44:2 64:2 66:21 69:15 73:16 74:13,15 84:23 94:16,24 96:18 102:18,23 110:13 114:4 117:7 119:8,8 122:8
**outcome** 123:18
**outside** 43:10 46:16,18,19 47:6 111:16 113:4
**over** 1:4,4 18:9 35:22,25 36:12 37:25 39:23 41:13 47:24 48:13 60:20 101:10 106:3,6,7
**overtime** 66:23 67:2,9,15,18
**own** 18:7 102:18 112:25
**owner** 11:5
**Owners** 61:8,9

P

**P** 2:2,2 3:2
**packages** 64:2,22 109:11
**pad** 90:8
**PAGE** 122:3
**PAGE/LINE** 124:2
**paid** 66:13 67:4,6,7 69:13 102:18 103:5
**pain** 45:5,7,15,19,23 47:12 48:4 56:9 56:15 59:10,12,15,18,23,23,25 60:3 60:4,7,12 77:8,9 78:3,5 79:24 81:20 81:24 82:3,4 87:21 96:9 97:17,18 100:3 104:9 105:17,19,23 106:12,19 108:18 109:6 114:13 115:17 116:3,7 116:9 120:11 121:6,10
**painful** 78:4
**painkillers** 58:9
**pains** 115:24
**Pardon** 28:7 45:25
**part** 20:10 21:4,8,9 34:12,15,16,25 64:12 65:8,25 90:11 91:13 97:10 99:24 100:3 115:22
**particular** 13:13 94:11
**parties** 3:4 123:16
**parts** 34:24 35:8,12 45:18,22 51:3 56:21 79:22 91:9 96:5 110:23
**party** 123:10
**passengers** 11:11,13
**passenger's** 11:16,17 26:12 27:3
**pay** 49:6 66:12 70:23 71:2 73:11,18 74:6 84:23
**paycheck** 68:2 69:16
**Peace** 8:16
**pension** 68:24
**people** 40:3
**per** 69:11 70:14 108:5
**perform** 112:23
**period** 53:24 54:9,13,17 72:25 101:10 108:4 114:15 115:12 116:19,23 117:9,11 121:7
**perishable** 55:7
**perishables** 55:10
**permitted** 64:12
**permitting** 111:18
**perpendicular** 18:15,19
**person** 94:23
**personal** 116:12
**personally** 50:11 51:9 97:2
**personnel** 44:25 46:25 47:8,17 48:3,5 48:12 50:11 51:17 52:4,14,21 56:10
**pharmacy** 57:21 106:9 107:7,9,15,16 107:21 122:9
**phone** 35:18 41:21 42:2,10,24 43:6,8
**photographs** 25:23,25
**physical** 90:10,11,18 93:8,18
**physically** 44:19
**picked** 119:5
**place** 36:16 40:6 84:18,18 86:8 92:14 93:3 98:24 99:16
**placed** 49:16,20
**Plaintiff** 1:11
**Plaintiffs** 1:5 2:4
**plaintiff's** 102:2
**plan** 69:3 94:21
**plate** 33:2
**play** 111:7,13
**please** 4:10,25 5:9 10:11 18:7 19:21 30:17 31:6 40:4 45:3 46:2 48:23 54:5 88:11
**plus** 69:8 82:2
**pocket** 84:24 102:19,24 122:8
**point** 14:8 16:9 17:13 18:4 19:15 21:4 23:24 28:22 37:4,19 40:19 42:14 98:18 117:3
**police** 42:14 43:12,19 44:5,7,10,15,18 45:22 46:7,10,13 52:20 53:11 119:4 119:6,7
**porter** 65:20
**portion** 33:10,19
**position** 34:5,7,8
**post** 65:11 66:6
**precinct** 119:5
**premises** 65:13
**prepare** 118:14,22,25 119:3
**Presbyterian** 55:15,17,22 58:22 74:25 105:4
**prescription** 57:18,20 105:23 106:5 106:11,12,16,19,24 107:24
**prescriptions** 57:15
**present** 2:15 105:16 109:17 111:3 113:16
**presently** 13:10 63:2 105:18
**pressure** 50:20 51:5
**pretty** 19:12,13 31:21 100:13
**probably** 72:5 78:18 89:25 94:12 96:4 97:14
**problem** 31:23 108:14 112:20
**problems** 11:8 120:24
**Progressive** 81:15
**properly** 26:16 27:16
**provide** 102:24 103:2 122:8
**provider** 103:9
**providers** 93:14
**Public** 1:15 4:4 121:23
**pull** 39:23
**pulled** 41:13
**pursuant** 1:12 67:5
**pushed** 32:7,10 34:21 86:14
**put** 18:13 49:22 50:24 55:9 56:18 90:8
**Putting** 106:10
**p.m** 62:5,6,6 121:14

Q

**question** 3:9 4:24 5:4,10,15 31:10 34:24 46:3,24 50:5 59:21 67:13 74:10 81:10 84:5 87:2 108:20,23
**questions** 4:22 5:2 43:20 46:7,10 47:25 48:3 50:12 121:13

R

**R** 2:2 4:2 5:1 6:1 7:1 8:1 9:1 10:1 11:1

12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 123:2
**rained** 12:15,21,22
**ramp** 16:17,24 17:2,3,6,14 18:4,16,22 18:23 19:2,11 23:5,8 25:8,12,16,19
**ran** 83:24
**rashad** 1:3,11 4:11 5:19 121:17 123:4
**reactions** 108:11
**read** 5:2 31:7,8 33:12,13 46:2,4 47:20 47:22 54:4,6 83:7,8 88:9,11,12 108:20,21 114:20
**rear** 20:12,13,13,16,18 24:8,21 29:3 31:5,20 32:6,9 33:8 83:22 84:2,3
**rear-view** 26:9
**reason** 22:25 55:19
**reasonable** 94:19
**reasons** 109:6
**recall** 12:15,20 28:5 29:21 35:11 37:16 51:8 58:10
**receive** 73:20 86:18 93:19 104:22
**received** 60:15 75:16 83:18 85:10 105:12 112:19
**receiving** 90:10
**recollection** 15:3
**recommend** 90:5,7 92:6 93:15 97:7 113:13 118:12 120:19
**recommendation** 97:16 107:25 108:5 108:6 117:24
**recommended** 76:15 95:2 108:3 113:8 117:25 118:9
**record** 4:10 17:9,11 31:8 33:13 46:4 47:22 54:6 65:22,24 83:8 88:12 95:10,12 101:15,17 103:14,16 108:21 114:20 118:5,7 123:13
**records** 96:22 102:2 107:20 122:7
**refer** 94:23
**referred** 76:15
**referring** 113:11
**refrigerator** 55:10
**registered** 11:5
**regular** 23:14,15,18 26:25 106:9 121:3
**rehab** 75:20,25 76:2,22 90:19 94:13 102:15 110:19 120:16
**Rehabilitation** 89:9 107:2
**reimbursed** 74:7
**reinjured** 88:25
**related** 4:23 53:21
**relationship** 112:8
**relief** 100:7,8
**religious** 8:15
**remain** 32:17 38:25 39:4 46:20 51:22 58:21
**Remained** 39:2
**remember** 7:23 10:17,19,23 11:3 14:7 15:18 17:8 19:7,9 25:12 32:8,8,22 34:5,9 37:19 39:6 40:18 42:4 43:18 44:9,13,14,17,21 46:6,9,12,15 47:7 48:17 49:2,6 51:24 52:3 53:9 57:19 57:23,25 58:4,7,15,17,23 62:10 72:3 72:6 73:10 75:23 76:23 77:19 78:8 78:11,24 79:7,16 80:7 81:16 82:11 82:23 83:3,10,11,13,17,18 84:18 86:4,5 89:7,11,21,23 91:8,15 92:8 92:12,13 93:17 94:6 95:13,15,16 97:6,11 98:11,25 102:22 103:7,17 104:2,17 106:15 107:3,12 109:25 110:4 112:6 113:15,21 117:17 119:8 120:20
**rent** 112:25 113:3
**repair** 84:20
**repaired** 84:14,16 85:6 116:25 117:4 117:4,16
**repairs** 84:24
**repeat** 31:6
**rephrase** 54:8
**report** 118:15,18,19,21 119:6,7,9
**reporter** 5:3,7,11 31:9 33:14 46:5 47:23 54:7 83:9 88:13 108:22 114:21
**REPORTING** 1:21
**represented** 123:11
**represents** 4:19
**request** 101:24 102:3 103:3 107:19
**REQUESTED** 122:2
**requests** 102:4
**require** 109:9
**required** 54:22 64:21 66:2
**reserved** 3:9
**residential** 64:18,20
**resolved** 80:19
**respective** 3:4
**respond** 36:23 38:12
**response** 97:15
**responses** 5:5
**result** 21:12 31:4,11 32:5,9,13 33:8 34:12 82:7 91:21 113:22 114:2,22
**results** 82:16 92:3 93:5 97:5
**return** 74:24
**returned** 71:12
**review** 96:24
**re-injure** 88:8
**re-injured** 88:17,21
**re-involved** 89:4
**right** 15:23 17:24 18:11 19:2,11 28:9 32:2 36:3 40:12 91:18 105:18 117:10
**right-handed** 91:16,19
**Rite-Aid** 107:13
**road** 2:10 18:10 25:3 95:17
**roadway** 17:17,20
**rode** 2:9 4:18
**room** 56:4,7 58:21 75:2,15 86:21,25 87:6 105:3
**rounds** 65:12
**routine** 116:13
**run** 16:5 111:8
**running** 111:20,22,24

S

S 2:2 3:2,2 4:2
**sacks** 1:12,13 2:3,3 79:10,11
**safety** 27:8,10 29:9,12
**same** 3:6,14 12:6 51:11 63:6 79:10 85:11 90:19 92:11 93:3 98:16 100:13
**Sam's** 14:4
**Saturday** 13:17 61:23 69:24
**saw** 30:4,7,9 43:4,6 94:14
**saying** 29:21 34:10,23 37:18
**scale** 67:5
**scales** 30:25
**scene** 32:17 41:18 42:3,15 43:12,15 44:22 46:13,23 47:2,15 48:19 49:17 49:20,24 50:12 51:23 52:20,24,25 53:6,7,8,10 55:2 119:14,24 120:2
**scheduled** 70:6 100:20,24 102:9 113:19
**School** 60:24
**screech** 23:22 24:18
**screeching** 24:11,12,20 27:20 28:10 28:18
**sealing** 3:5
**seat** 11:17,23 12:4 26:23,24,24,25 27:2,3,7 29:9,25 30:14 33:16,18,19 33:20,21,22,23,24 34:12 35:4,23
**seated** 12:4,6,7 29:6
**seats** 11:25 27:5,6 38:24,25 39:2
**second** 11:23 85:14
**seconds** 22:2,3 24:18,19
**secured** 66:4
**Security** 5:23
**see** 19:25 26:20 28:8 30:14 38:16 42:2 43:2,5 48:5 53:19 66:3 76:24 77:3 83:12 89:17 94:9 95:22 100:20,24 113:17,20 119:23 120:9
**seeing** 38:4
**seen** 25:22 95:25
**send** 91:3 93:2 96:15,18
**sensations** 59:19
**sent** 97:17,18 98:21 105:6
**separate** 27:4,6
**separated** 29:2
**separately** 45:11,12

**September** 5:22
**series** 74:21 101:4,7 108:24
**service** 1:21 8:15 55:21 117:7
**serviced** 63:12
**set** 123:20
**settled** 80:18
**settlement** 80:22
**sexual** 111:10 112:8
**shaking** 37:24 38:6,13,14,17 47:13
**shop** 13:2
**shopping** 14:3
**short** 74:4
**shoulder** 27:11
**sick** 70:10,11,12,14,18,25 71:3 73:4,9
**side** 11:16 17:17 18:10 26:12,13 30:10 34:18 40:5 83:25 84:2,2,6,7,8 85:18 104:8
**sides** 14:20
**sidewalks** 12:12
**side-view** 26:11
**sign** 16:6,6,7,12,19,20,22,25 17:25 18:2,10 44:3 83:25
**signed** 3:12,14
**silenced** 38:18
**Silver** 10:14
**similar** 119:10
**simply** 15:10
**since** 67:14,18 89:3 102:14 105:12 106:20 112:4,16
**single** 24:8 31:4
**sir** 5:25 6:8,12,21 7:5,17 9:11 10:6,13 10:16,20 12:9 13:4,10 15:3 17:12 20:23 25:22 26:4,8 27:7,19 53:6,24 59:8,11 60:14 61:2,5,19 62:8,19 63:9 66:12,23 69:21 76:4,21 77:12 81:11 83:4,14,21 84:12 85:9,16 88:4 91:16 93:7,11 94:9 95:13 98:8 102:8 102:18 103:17 105:2,16,25 108:23 109:15 110:20 112:22,25 113:22 115:5,16 116:12 117:18 118:8,14 120:5 121:13
**sisters** 9:7
**sit** 64:12
**sitting** 11:15 33:20 115:10
**six** 6:23 8:8 62:9,13,15 78:17,18
**skid** 23:24
**skidded** 24:5
**slightly** 87:23 116:5
**slow** 23:16,16
**smaller** 68:17
**smell** 53:16
**smoke** 54:24
**smooth** 24:5,7
**Social** 5:23
**soft** 20:7 23:20,22 84:9 110:15
**solid** 20:9
**some** 4:22,22 14:8 16:9 19:15 42:14 45:15 51:6 55:20 65:4 73:20 96:9,9 98:6,18 102:23 106:18 109:7 110:15 117:3
**somebody** 42:18 73:24 85:4 120:14
**someone** 94:18 120:13
**someplace** 98:21
**something** 10:18 13:21,21 14:18 16:6 18:6 19:6 20:8 23:13 25:5,10 36:14 40:12,17 42:18 49:4,13 58:6 64:19 64:23,23 66:14 67:22 69:14 70:4 73:17 74:9,21 84:10 92:18 94:25 97:22 100:9 107:14 111:23
**somewhere** 8:13 34:8 82:14 91:7 93:2
**sorry** 41:7 42:13 69:16 72:11 96:11 100:23
**sort** 98:6
**sought** 112:18
**sound** 104:5
**sounds** 24:9
**South** 14:23 15:2
**SOUTHERN** 1:2
**space** 101:18,23 107:18
**speaking** 45:21
**specialist** 97:17,18
**specialty** 95:7
**specific** 63:20
**speed** 18:21 19:2
**split** 15:12 116:18
**spoke** 36:18
**spouse's** 7:19
**staff** 58:25
**standing** 47:5
**start** 5:10 7:24 71:22
**started** 62:11,13 72:7
**state** 1:15 4:4,10 118:15,20
**statement** 119:4
**states** 1:1 6:4 8:10 60:22 78:9 85:25
**station** 49:4 64:8 65:16
**stay** 90:23
**stayed** 34:21
**steering** 34:17
**stenographically** 123:9
**step** 49:14
**stick** 98:12
**still** 15:5 16:16 18:24 35:22 38:18 41:4,11,17 46:16 52:20 53:11 63:6 74:3 105:16 114:17 115:6 116:5,6
**STIPULATED** 3:3,7,11
**stool** 64:16,17
**stop** 16:6,20,22 21:22,24 22:7,11,16 22:21,25 23:10,12,12,13,14,18,19 23:20,22,25 24:5,6,7 28:20,24 83:25
**stopped** 16:11 21:19,21 22:8,23,24 23:17 24:4 28:13 31:24,25 34:20 44:2
**stories** 63:10
**straight** 12:5 17:4,5 19:5 21:6,6 27:22 27:23 72:25 73:3
**strap** 27:11
**street** 9:25 10:2 15:9,11 16:5,10,14,14 17:3,7,13 18:6,8,15 61:13,17 111:22 111:24
**streets** 12:12
**strength** 106:4
**stretch** 19:4
**stretcher** 49:16,20
**strike** 41:7 67:12
**style** 26:23
**Subscribed** 121:19
**sudden** 38:5
**suggested** 97:20
**Sunday** 61:23 71:15
**supply** 58:4
**supposed** 101:6
**sure** 5:4 7:15 37:4,18 45:5 57:2 65:5 66:8 72:17 102:7 121:2
**surface** 25:3
**surgery** 97:7,20 113:9 117:25 118:2,9 118:12
**suspect** 53:21
**switch** 108:10,13
**sworn** 3:12,15 4:3 121:19 123:7

**T**

**T** 3:2,2 123:2,2
**take** 5:7,11,13,14 14:15 25:25 36:16 41:16 52:9,10 54:23 56:3 57:4,7,21 58:14 66:21 68:5,6,7,9,17 69:15,17 72:9,13 74:6 77:16 86:8 93:3 99:16 100:9 106:2 107:24 110:13 114:13 119:4
**taken** 1:11 25:23 50:7 54:19 58:12 82:6,9,11,13,25 87:9 91:10,13,21,23 91:24 92:9,10,19,22,25 105:22 106:13,19 123:8
**takes** 113:6
**taking** 5:8 72:7 108:5,11
**talk** 44:25
**talking** 9:22 18:2 20:18 33:21 44:5 45:6,8 47:18 81:12 115:8,21,22
**tall** 49:3
**tanyah** 1:4 8:25 9:4,6
**taxes** 69:6
**taxi** 83:24 84:6 85:17 87:19
**tell** 43:25 47:11 56:13 69:18 70:8 77:4 77:6,17,23 82:20 101:3
**ten** 22:5 25:16 29:5 39:14 40:11,14,20 70:17
**tenants** 64:2,22 109:11
**tending** 48:6 52:21
**term** 20:25 63:18
**terms** 24:18
**testified** 4:5
**testimony** 123:8,8
**testing** 96:16
**Thank** 121:13
**their** 8:22 9:9 38:24,25 39:2 50:24 56:19 64:22 109:11
**themselves** 44:18
**therapy** 90:10,12,18 93:8,18 98:6
**thing** 38:6 51:11
**things** 23:15 63:25
**think** 51:7 55:21 73:19,19 77:19 89:13

91:2 92:16,21 97:14 101:11 104:7
**Thirteen** 63:11
**three** 8:21 11:19,23,25 24:19 35:17 38:3 58:23 72:24 78:16 82:5 89:22 90:22,23 91:2 96:3 101:8,9,12 114:12 117:21
**through** 69:3 103:5
**Thursday** 62:2
**time** 3:9 5:13 9:11,20 10:9 11:4 12:10 13:13 26:4,19 27:13,17 28:6,12 29:7 29:13 30:4,7,8,13 35:19 36:6 37:22 38:9 41:21 42:6,10,23 45:21 47:5 51:14 54:21 55:17 61:2,7,19 62:24 63:15,23 66:12,23 68:3,7 71:3,11,19 71:20 72:7,9,13,15 73:2,4,25 74:20 75:14,19 76:19,21 79:20 80:15 81:11,17 85:19 86:11 87:10 88:4 93:7 96:22 98:16 99:22 101:10 105:16,22 106:13,18 108:4,8 109:5 109:18,22 111:3 113:16 114:13,15 115:12 116:19,23 117:9,11 121:4,7 121:14
**times** 89:16,18,19 90:21,23 95:4,6,24 96:2,4 112:13,17
**tingling** 59:17,24 77:10
**tire** 24:15
**tires** 23:22 24:11 27:21
**today** 81:6
**together** 18:11,14 52:13 72:15 89:16 95:5,24 101:9
**told** 44:2 45:15 48:3 52:8,14 77:25
**top** 25:4,7 40:16
**total** 68:14
**touch** 51:3 104:8
**towards** 68:24
**traffic** 16:5 17:15 18:5,5,11 39:24 40:7,10
**transcribed** 123:10
**transcript** 101:19 107:18 123:12
**Transit** 103:20
**transmission** 10:15
**transported** 49:12
**treadmill** 111:23
**treated** 89:8
**treatment** 75:4,17 90:5,11,25 93:20 98:3 102:14,20 104:13,23 105:5,11 113:14 120:6
**treatments** 93:8 101:13
**TRENISE** 123:3,24
**trial** 1:10 3:10 123:4,13
**tried** 119:20
**trip** 13:20
**true** 123:12
**trunk** 13:6
**try** 5:4 18:13 97:23 108:23 116:6,18 119:17
**trying** 74:15
**Tuesday** 61:24
**turn** 26:5
**turning** 100:14
**Twenty-five** 19:3
**twenty-four** 53:24 54:9,13
**twin** 9:4
**twins** 8:25 9:6
**two** 14:19,20 15:12,25 35:17 37:20 38:3 40:7 54:17 72:4,24 78:16 82:2 89:22 96:3 101:11 103:22 105:8 112:17,17 114:12 122:5
**type** 27:10 32:22 49:3 51:6 58:8,10 59:22 106:4 113:8 118:2
**T-A-N-Y-A-H** 9:4

U

**U** 3:2
**under** 54:22 77:10 94:21
**understand** 4:25 15:22 22:17 31:10 34:23 46:24 47:19 50:5,14 54:3 57:5 59:20 63:17 74:10 87:2 113:25 114:19 115:11 117:2
**union** 62:17,19,23 67:5,7 69:6,7,8 70:13 103:11
**united** 1:1 6:3 8:9 60:22 78:9 85:24
**units** 65:2,6
**unrelated** 75:8 109:6
**until** 5:9
**upper** 55:25
**use** 5:6 21:5 26:16 42:23 70:18,22,25 73:4 85:7,11 116:24
**used** 10:21 70:11 73:9 76:8 106:17 112:12
**using** 43:6 108:9
**usual** 62:4
**usually** 74:16

V

**vacation** 70:3
**vacuuming** 112:24
**value** 71:3
**various** 66:2
**vehicle** 9:12 10:8,11,20 11:5,8,21 19:16,17,18,19,21,25 21:9,19 22:6 22:16 23:2,7,11,21 24:3,15 28:19 30:5 32:7,10,10,11,13,22 33:6 35:2 35:15,21,23 36:12 38:2 39:4 41:10 42:9 52:25 53:17,20 54:25 78:19 79:19 84:7 85:7
**vehicles** 40:7 118:16,20 119:9
**verbalize** 5:5
**verbally** 36:25 38:12
**very** 71:11 114:7 119:10
**visit** 75:2,15 77:7 86:25 87:7 96:6 99:16 105:4
**visits** 99:15 105:6,9
**visually** 48:5
**voice** 7:14,16 84:5
**voluntarily** 64:23,25

W

**wage** 66:16
**wages** 73:21
**wagon** 49:4
**wait** 5:9 42:12
**waiting** 31:25 41:17
**waived** 3:6
**walk** 49:12
**walkie-talkie** 65:9
**Walmart** 14:4
**want** 52:11 97:23 109:10
**wanted** 44:8 52:5,15 118:10
**wants** 63:24 78:15
**Ward** 4:13 6:22 113:2
**Washington** 14:12,14
**wax** 90:9
**way** 12:3,6 14:18 15:20,20 26:16 39:24,24 40:10,25 41:3,4,10
**ways** 14:19
**wear** 109:20 110:2,6,11 120:21
**wearing** 27:13 29:12 109:17
**weather** 12:9 111:18
**Wednesday** 62:2
**week** 13:15 58:5 61:22 68:11,12 69:19 72:4,5,19 90:21,23 99:18 102:10,11 102:12 105:24 111:21 112:13 117:8
**weekend** 111:15
**weekly** 69:13,15,17
**weeks** 72:13,14 74:23 87:25 101:11 114:13
**weight** 6:8,9 112:4
**well** 27:11 39:7 46:11 50:6 59:21 73:23 114:2,7
**went** 13:2 39:9,12 55:3,8,12 60:16,23 71:15 72:11,13 75:3,6,20,21 76:21 80:7 83:15 93:24 99:8 119:5 120:12
**were** 5:25 9:12 10:8 11:13,19,21,23,25 12:3,4,6,9,12,23 13:5,7,19 15:5 16:13,23 19:10 26:16 27:4,13,19,23 28:2 29:15,25 31:25 35:8,22 36:6,10 36:18,21 37:10,11 38:5,16,17,18,19 38:22 39:20 40:3,6,20,21 41:14,17 44:11,12 45:4,10,21 46:14,16,19 47:4,5,9 49:12,16,19 50:6,12,13 52:20 53:10 54:21 56:11 57:6 61:2 61:19 62:2,4,17 63:16,19,23 64:12 64:21 65:2,25 66:3,13 69:7,13 70:6 70:19 74:7,11,13,14 76:22 77:4 78:21 79:10,19 80:11 82:11,13 86:10 88:16 89:3 90:10 91:22,24 92:10,22,24 99:21 100:2 104:6,20 106:17 108:4,11,13 109:12 110:20 113:23 114:3,9,16
**weren't** 114:16
**we'll** 25:5
**we're** 52:13 63:18 81:5
**wheel** 34:18
**WHEREOF** 123:20
**while** 5:15 12:3 41:17 45:21 46:19 50:11 52:21 72:12 81:22 100:9,10 114:25
**white** 30:19,20
**whole** 98:15
**wife** 11:14 29:6,15,18,21 37:11,22

38:4,9,12 45:9,9 46:7,20 47:18 48:6 48:8 51:12,20 52:12 59:2 112:9,25 113:4 116:16 117:18,21
**Williamsbridge** 95:17
**wind** 58:12
**window** 34:18 35:25 36:4,13,15 39:4
**windows** 36:7,10
**windshield** 28:3,11 34:18
**witness** 8:8 12:22 15:2 16:2 22:24 27:6 64:17 67:8 70:12 77:2 81:3,7 99:13 123:6,14,20
**witnesses** 33:4
**woke** 59:8
**woman** 94:3
**words** 18:7,14,24 21:5 28:8 36:18,21 37:10,19 38:8,13
**wore** 109:22
**work** 61:7,25 62:4,8 63:2,4,9 66:23 69:24 70:6,8 71:5,12,15,17,20 72:8 72:11,16 74:13,20 80:15 88:2 94:21 113:4,5
**workday** 67:21
**worked** 55:16 62:24 67:14,17 69:21 71:8
**working** 63:6 67:9
**workweek** 67:24
**worn** 6:12 109:15
**writing** 102:6

X

**x** 1:3,9
**xxxxx** 2:17 3:16
**x-rays** 82:24 87:9 92:16,18,19,22 93:5 96:19

Y

**yannick** 1:7 4:19
**Yeah** 97:19 100:17 104:7
**year** 6:3 7:24 8:4 10:22,25 62:11 70:14,19,24 71:2 73:5,9 78:11 94:11
**years** 6:23 7:12,13 8:8 62:9,13,15 78:16,16,17,18
**yield** 16:6,7,12,19,25 17:24 18:2,10
**york** 1:2,13,13,15,23 2:5,5,11 4:5,14 8:12 48:24 55:15,17,22 58:21 74:24 78:25 105:4 118:15,19

$

**$40** 66:17,18
**$475** 68:4
**$490** 68:4
**$575** 68:8,9
**$60** 69:8,9,18,19

0

**06** 9:19
**07** 1:6
**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** 5:24

1

**10/28/06** 9:17
**10:27** 1:14
**10:30** 62:5,6
**10038** 2:5
**102** 122:4
**10271** 1:23
**103** 122:8
**10472** 4:14
**107** 122:9
**11501** 2:11
**12:30** 9:21
**12:48** 121:14
**120** 1:22
**1213** 7:6,7
**1255** 4:13 6:22 113:2
**132nd** 9:25 10:2 15:9,11 16:4,9,14 17:3,7,13 18:6,15
**150** 1:13 2:4
**190** 6:11
**1978** 5:22
**1990s** 78:13 86:6,7 87:22 108:25
**1994** 6:5

2

**2:30** 62:5,6
**2000** 78:14 86:6
**2001** 103:18
**2002** 10:12 104:3
**2003** 104:16,18
**2006** 81:13 84:13 85:20 88:8 89:3,10 91:11,22 92:4 93:21 95:20 105:3,12 109:24 110:24 111:5 113:23 114:3 118:3
**2008** 1:14 62:15 99:19 101:22 121:20 122:6 123:6,21
**21** 104:15
**212-732-8066** 1:24
**28** 81:12 84:13 85:20 88:7 89:3,10 91:11,22 92:4 93:21 95:20 105:3,12 109:23 110:24 111:5 113:23 114:3 118:3
**28th** 9:18 73:8

3

**3** 5:22
**301** 61:8,13,16
**32** 62:21
**32BJ** 62:20 67:6 103:10
**330** 2:10

4

**401** 68:24

5

**5** 68:6 103:18 104:3
**5'11** 6:9

6

**6th** 7:25
**6010** 1:6
**62** 61:8
**62nd** 61:13,16

8

**8** 1:14
**8th** 123:5