**EXHIBIT #4**

525 56050-301

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED

FEB 28 2008

KELLY RODE & KELLY, LLP

------------------------------------

RASHAD ALI, MINERVA ALI, MINERA ALI AS

GUARDIAN OVER DANYAL ALI, INFANT MINERVA ALI,

AS GUARDIAN OVER TANYAH ALI, INFANT,

Plaintiffs,                    Docket No.

                                                    07 CV 6010

        -against-                              (GBD)

LECOURIUX G. YANNICK,

                    Defendant.

---------------------------------------------x

        EXAMINATION BEFORE TRIAL of the

Plaintiff, MINERVA ALI, taken by the Defendant,

pursuant to Order, held at the offices of Sacks

& Sacks, LLP, 150 Broadway, New York, New York,

on February 8, 2008, at 1:13 p.m., before a

Notary Public of the State of New York.

*************************************************

BARRISTER REPORTING SERVICE, INC.

120 Broadway

New York, N.Y. 10271

212-732-8066

2

```
 1
 2    A P P E A R A N C E S :
 3
          SACKS & SACKS, LLP
 4              Attorneys for Plaintiffs
               150 Broadway
 5             New York, New York 10038
 6    BY:    DAVID H. MAYER, ESQ.
 7
 8
 9

          KELLY, RODE & KELLY
10             Attorneys for Defendant
               330 Old Country Road
11             Mineola, New York 11501
12    BY:    JOHN MORRIS, ESQ.
13
14
15
16                      xxxxx
17
18
19
20
21
22
23
24
25
```

3

```
 1
 2                    S T I P U L A T I O N S
 3           IT IS HEREBY STIPULATED AND AGREED by and
 4      between the attorneys for the respective parties
 5      herein, that filing, sealing and certification, be
 6      and the same are, hereby waived.
 7           IT IS FURTHER STIPULATED AND AGREED that
 8      all objections except as to the form of the
 9      question, shall be reserved to the time of the
10      trial.
11           IT IS FURTHER STIPULATED AND AGREED that
12      the within deposition may be signed and sworn to
13      by an officer authorized to administer an oath,
14      with the same force and effect as if signed and
15      sworn to before the Court.
16                            xxxxx
17
18
19
20
21
22
23
24
25
```

4

```
 1
 2     M I N E R V A      A L I,
 3              having been first duly sworn before a
 4              Notary Public of the State of New
 5              York, was examined and testified as
 6              follows:
 7
 8     EXAMINATION BY
 9     MR. MORRIS:
10     Q.     Please state your name for the record.
11     A.     Minerva Ali.
12     Q.     What is your address?
13     A.     1255 Ward Avenue, first floor, Bronx,
14     New York 10472.
15     Q.     Good afternoon, Mrs. Ali.  My name is
16     John Morris.  I'm an attorney.  I represent
17     the defendant, Mr. Yannick, in this lawsuit
18     that has been brought on your behalf by your
19     attorneys.  I am going to ask you some
20     questions about an automobile accident that
21     you were involved in and some related
22     matters.
23              If there is any question you don't
24     understand, it could always be read back by
25     the court reporter.  If is not clear, we
```

5

                             M. Ali
1
2    could try another question.  Please,
3    verbalize all your responses, because if you
4    shake your head or make a hand gesture, that
5    cannot be taken down by the court reporter.
6    We need the court reporter to take down
7    everything that's being said and the
8    questions and the answers.  Also, please,
9    wait until I'm done with my question before
10   you start to answer so that the court
11   reporter can take down all the words that are
12   being said.  Okay, ma'am?
13   A.      Yes.
14   Q.      Ma'am, what is your date of birth?
15   A.      April 2, 1983.
16   Q.      Have you ever been known by other
17   names besides Minerva Ali?
18   A.      Yes, Machuca, M-A-C-H-U-C-A.
19   Q.      Was that your maiden name?
20   A.      That's -- Ali is my married last name.
21   That's my own last name.
22   Q.      What is your height?
23   A.      5'5''.
24   Q.      Approximate weight?
25   A.      170.

6

```
 1                    M. Ali
 2   Q.    Where were you born, ma'am?
 3   A.    San Juan, Puerto Rico.
 4   Q.    When did you come to the mainland,
 5   United States?
 6   A.    2001.
 7   Q.    Are you married?
 8   A.    Yes.
 9   Q.    Your husband's name is?
10   A.    Rashad Ali.
11   Q.    The date of your marriage is?
12   A.    By religion, December 6th.
13   Q.    Of what year?
14   A.    2001.
15   Q.    I guess in front of the court is
16   another date?
17   A.    Yes.  That is -- was -- I don't know
18   the date.  The year, 2003.
19   Q.    Ma'am, I see you're wearing glasses
20   right now.  That is for nearsightedness?
21   A.    Yeah.
22   Q.    When you're wearing your glasses, do
23   you then have good vision?
24   A.    No.
25   Q.    I mean, if you're wearing your
```

7

1                    M. Ali

2    glasses, can you see fine?

3    A.      Yes, I can see.

4    Q.      Any problems with your hearing?

5    A.      No.

6    Q.      Ma'am, you have three children; is

7    that correct?

8    A.      Yes.

9    Q.      That is Danyal, Danyah and Tanyah?

10   A.      Yes.

11   Q.      How long have you lived at 1255 Ward

12   Avenue in the Bronx on the first floor?

13   A.      Since I married.

14   Q.      When you say since you married, do you

15   mean the 2001 or 2003 date?

16   A.      No, the 2001.

17   Q.      Ma'am, do you remember being involved

18   in a motor vehicle accident which is the

19   subject of this lawsuit?

20   A.      Yes.

21   Q.      What's the date of that accident?

22   A.      10/28/06.

23   Q.      At the time of the accident, was your

24   husband driving?

25   A.      Yes.

8

```
 1                        M. Ali
 2    Q.      Were you a front seat passenger?
 3    A.      Yes.
 4    Q.      It was in your husband's silver 2002
 5    Honda Civic?
 6    A.      Yes.
 7    Q.      Your three children were in the back
 8    seat at the time?
 9    A.      Yes.
10    Q.      They were properly in their car seats?
11    A.      Yes.
12    Q.      Did that front passenger's seat of
13    your husband's car have a safety belt at the
14    time of the accident?
15    A.      Yes.
16    Q.      Were you wearing a safety belt?
17    A.      Yes.
18    Q.      To the best of your knowledge, did the
19    safety belt work at the time of the accident?
20    A.      Yes.
21    Q.      Where were you coming from at the time
22    of the accident?
23    A.      Shopping in New Jersey.
24    Q.      Was your husband driving home at the
25    time of the accident?
```

9

```
 1                        M. Ali
 2   A.      Yes.
 3   Q.      What were the weather conditions like
 4   at the time of the accident?
 5   A.      Cloudy.
 6   Q.      Were the roadways, basically, dry?
 7                 MR. MAYER:  Note my objection to
 8           form.  You could answer.
 9   Q.      Was the roadway dry at the location of
10   the accident?
11   A.      At the time the accident happened?
12   Q.      Yes.
13   A.      It was dry.
14   Q.      Had your husband been driving on the
15   FDR Drive before the accident?
16   A.      Yes.
17   Q.      He was going to drive you and the rest
18   of your family home?
19   A.      Yes.
20   Q.      Where did the accident happen?
21   A.      Exiting out from the FDR.
22   Q.      Exiting out from the FDR Drive?
23   A.      Yes.
24   Q.      Do you remember what exit it was at?
25   A.      No.
```

10

```
 1                         M. Ali

 2     Q.      Ma'am, have you ever been a licensed

 3   driver?

 4     A.      No.

 5     Q.      How were you first made aware that

 6   there was an accident?

 7     A.      When he hit us.

 8     Q.      Did you have any indication before the

 9   contact that an accident was about to occur?

10     A.      No.

11     Q.      By that I mean, did you hear any

12   screeching of tires, screeching of brakes,

13   any horns honking, anything like that?

14     A.      No, I don't know.

15     Q.      You are very soft spoken.  Just a

16   little louder.

17     A.      Sorry.

18     Q.      That's okay.  Was there one other

19   vehicle involved in this accident?

20     A.      The guy that hit us.

21     Q.      No other vehicle?

22     A.      No.

23     Q.      So, it's your vehicle and this other

24   guy and he was in a Jeep, if you remember?

25     A.      I think.
```

11

```
 1                    M. Ali
 2    Q.     What color was the other car?
 3    A.     I don't know.
 4    Q.     To the best of your knowledge, did
 5    this other vehicle hit your husband's car?
 6    A.     Yes.
 7    Q.     Immediately before this other vehicle
 8    made contact with your vehicle, was your
 9    vehicle stopped or was it moving at that
10    time?
11    A.     I don't remember.
12    Q.     What were you doing immediately before
13    the accident?
14    A.     Cry.
15    Q.     Immediately before the accident?
16    A.     Before?
17    Q.     Immediately before?
18    A.     I was looking everywhere.
19    Q.     Were your children pretty quiet before
20    the accident or causing some problems for you
21    or something else?
22    A.     No, they were quiet.
23    Q.     This other vehicle that was in this
24    accident, did it hit your husband's car from
25    behind?
```

12

1                          M. Ali

2    A.      Yes.

3    Q.      Do you know if it pushed your vehicle

4    forward?

5    A.      I don't know.

6    Q.      Was it one impact or more than one

7    impact?

8    A.      One.

9    Q.      As a result of this one impact, did

10   any parts of your body make contact with any

11   portion of the interior of the car?

12   A.      No.

13   Q.      Did your seat break as a result of the

14   accident?

15   A.      No.

16   Q.      Did your seat belt break as a result

17   of the accident?

18   A.      No.

19   Q.      Do you know what an air bag is in a

20   car?

21   A.      Yes.

22   Q.      Did any air bags open up inside your

23   husband's car as a result of this accident?

24   A.      No, no.

25   Q.      After the accident, did both your

13

```
 1                        M. Ali
 2   husband's and the vehicle behind you pull
 3   over to the left side of the road?
 4   A.      Yes.
 5   Q.      Did you hear the driver of the other
 6   vehicle say anything to your husband at
 7   anytime?
 8   A.      I hear he say something.  I don't know
 9   what.
10   Q.      Ma'am, your first language is Spanish?
11   A.      Yes.
12   Q.      Do you have any problem understanding
13   the English language so far in our questions
14   and answering?
15   A.      No.  Pronouncing.
16   Q.      I will go slower if you need.
17           MR. MORRIS:  I'm sorry, could I
18           have that answer read back?
19           (Whereupon the record was read
20           back by the reporter.)
21   Q.      Do you have any recollection of what
22   the driver of this other car said to your
23   husband at the scene?
24   A.      No.
25   Q.      Ma'am, is it that you don't remember
```

14

```
 1                    M. Ali
 2   or you didn't understand what he was saying
 3   or is it something else?
 4   A.     I don't remember if I don't remember
 5   or I don't understand.
 6   Q.     What is the first thing you said after
 7   the accident?
 8   A.     That I said?
 9   Q.     Yes.
10   A.     Oh, my God.
11   Q.     Did your husband then ask you how you
12   were feeling or if you were okay, in some
13   words like that?
14   A.     Yes.  After I just said, oh, my God.
15   Right in the same instance I started crying
16   and after he saw me crying then he asked me.
17   Q.     He asked you how were you feeling?
18   A.     Yes.
19   Q.     Were you feeling pain in any part of
20   your body immediately after the accident?
21   A.     Immediately.
22   Q.     While you were still --
23   A.     Five minutes after.
24   Q.     Within five minutes of the accident,
25   you were feeling pain in some part of your
```

15

```
1                         M. Ali
2    body?
3    A.      Yes.
4    Q.      Where?
5    A.      It started from up my neck down
6    through my whole hand, my arm.
7    Q.      So, are you indicating the back and
8    the side of your neck, one particular side?
9    Is it one side or the other?  Are you
10   indicating the left side?
11   A.      In the left side.
12   Q.      So, the left side of your neck, the
13   left side of the back of your neck?  You are
14   indicating it's going down to your shoulder?
15   A.      Back of my shoulder and my arm.
16   Q.      All this is the left side of your
17   body?
18   A.      Yes.
19   Q.      You indicated in the back of your left
20   shoulder.  What about the front of your
21   shoulder?
22   A.      The front on the left side?
23   Q.      Yes.  Did you feel anything there that
24   felt unusual?
25   A.      I cannot remember.
```

16

1                     M. Ali

2    Q.     Did you feel pain in any other part of

3    your body at that time?

4    A.     That time right away.

5    Q.     While you were still at the scene of

6    the accident?

7    A.     Yeah, it start like more in my column.

8    Q.     You are indicating the lower back,

9    basically?

10   A.     Yes, around the middle.

11   Q.     Did the police arrive on the scene?

12   A.     Yes.

13   Q.     Did you speak to the police?

14   A.     No.

15   Q.     Did they attempt to speak to you?

16   A.     No.

17   Q.     Did you hear them speaking to the

18   other driver?

19   A.     I don't remember.

20   Q.     Please, describe that other driver,

21   was it male?

22   A.     Yes.

23   Q.     What else can you say about the

24   person?

25   A.     Caucasian.

17

```
 1                         M. Ali

 2    Q.     Approximate age?

 3    A.     I don't know.  Something like you.

 4    Q.     Did the police ask you, at any time,

 5    how you were feeling?

 6                  MR. MAYER:  Note my objection to

 7           the form.  I think you asked that.

 8    A.     I don't think -- I don't recall it.

 9    Q.     Did an ambulance arrive on the scene?

10    A.     Yes.

11    Q.     Did anyone from the ambulance speak to

12    you?

13    A.     Yes.

14    Q.     What did they say to you and what did

15    you say to them?

16    A.     They first asked me if I was okay and

17    they asked me, before going into the

18    ambulance, they are going to have do an

19    evaluation.

20    Q.     When they asked you were you okay, did

21    you respond?

22    A.     Yes, I told them.

23    Q.     What did you tell them?

24    A.     That I have pain.

25    Q.     Did you tell them what part of your
```

18

```
 1                    M. Ali
 2   body?
 3   A.      Yes.
 4   Q.      So, did you use words and also
 5   indicate by hand gestures?
 6   A.      Yes.
 7   Q.      You told them you had pain in your
 8   neck and going down your left arm?
 9   A.      Yes.
10   Q.      Did you then go inside the ambulance?
11   A.      Yes.
12   Q.      What did they do for you in there?
13   A.      They check my blood pressure, they
14   asked me about, you know, where I was born
15   and the usual -- what the doctor's ask
16   previous.
17   Q.      Did they put you in a neck brace?
18   A.      No.
19   Q.      Did you get out of your husband's car
20   by yourself?
21   A.      The guys in the ambulance helped me.
22   Q.      Did they help you and walk you over to
23   the ambulance or did they put you on a
24   stretcher?
25   A.      They walked me over to the ambulance.
```

19

```
 1                      M. Ali
 2   Q.      What was being done, if anything, with
 3   your children at that time?
 4   A.      They evaluated them.
 5   Q.      Did your children also get in the
 6   ambulance?
 7   A.      No.
 8   Q.      Did the children remain in the car?
 9   A.      Yes.
10   Q.      Did any of the ambulance personnel
11   give you a diagnosis?
12   A.      No.
13   Q.      Did you have some discussion with them
14   about going to the hospital?
15   A.      Yes.
16   Q.      What was that discussion?
17   A.      They said I should go to the hospital.
18   Because of the situation with the kids, I
19   refused.  I said, I'm going to go, you
20   know --
21   Q.      You are going to go with your husband
22   later?
23   A.      Yes.
24   Q.      Did the ambulance personnel evaluate
25   your children?
```

20

```
 1                        M. Ali
 2    A.      Yes.
 3    Q.      At some point, did you and your
 4    husband get back in your husband's car?
 5    A.      Yes.
 6    Q.      Then he drove home?
 7    A.      Yes.
 8    Q.      He dropped off your groceries?
 9    A.      Just, like, milk.
10    Q.      The perishable ones?
11    A.      Yes.
12    Q.      Then, what happened next, what did he
13    do?
14    A.      Well, he called to the job saying he
15    couldn't go and we're going to the doctor.
16    Q.      What is the first place you went to,
17    you said the doctor?
18    A.      New York Presbyterian.
19    Q.      So, your first medical treatment after
20    the ambulance was --
21    A.      Yes.
22    Q.      -- at New York Presbyterian Hospital?
23    A.      Yes.
24    Q.      Did you know anybody who worked there
25    at the time?
```

21

```
 1                        M. Ali
 2      A.      No.
 3      Q.      Was it your choice to go to that
 4      hospital as opposed to your husband or was it
 5      a joint decision?
 6      A.      We both decided together.
 7      Q.      So, your husband then drove you and
 8      your three children to the hospital?
 9      A.      Yes.
10      Q.      How long did you have to wait in the
11      emergency room before any of you received any
12      examination or care?
13      A.      Before the doctor called us?
14      Q.      Yes, before they looked at you.  Not
15      just filling out paperwork.  Someone actually
16      examined you or treated you, how long was
17      that?
18      A.      I don't remember.
19      Q.      Was it a matter of hours?
20      A.      I don't know.
21      Q.      Ma'am, at the time of this accident,
22      were you employed outside the home?
23      A.      No.
24      Q.      Were you a homemaker at the time of
25      this accident?
```

22

1                          M. Ali

2    A.      Yes.

3    Q.      You took care of your three children

4    at this time?

5    A.      Yes.

6    Q.      Before this accident, did you cook all

7    the family members meals?

8    A.      Yes.

9    Q.      After your visit to the hospital, did

10   your husband then drive you and your children

11   back home?

12   A.      Yes.

13   Q.      Do you remember about what time of day

14   it was that you actually got back home after

15   the hospital visit?

16   A.      No.

17   Q.      Was it in the evening by that time?

18   A.      I don't remember.

19   Q.      What time did the accident occur?

20   A.      Half day, like half day 12:00 to 1:00.

21   Q.      Noon to 1:00, somewhere around that

22   time, somewhere around lunchtime?

23   A.      Yes.

24   Q.      When was the first time you received

25   any medical examination, treatment or care

23

```
 1                        M. Ali

 2   after the emergency room?

 3   A.      Like, a week after.

 4   Q.      Where did you go?

 5   A.      Castle Hill.

 6   Q.      That is the same facility that your

 7   husband went to?

 8   A.      Yes.

 9   Q.      Did you and your husband go together

10   on your first visit?

11   A.      Yes.

12   Q.      Was that also, if you know, his first

13   visit at that time?  Was it the first visit

14   for both of you?

15   A.      Yes.

16   Q.      Were you examined in the presence of

17   your husband?

18   A.      No.

19   Q.      Was he examined in your presence?

20   A.      No.

21   Q.      What complaints, if any, did you make

22   to them at Castle Hill about how you were

23   feeling?

24   A.      Pain in my neck, my left arm, like my

25   upper back, lower back, lower around my hips.
```

24

1                         M. Ali

2    Q.      Between the time of the emergency room

3    visit and your first visit to Castle Hill,

4    what happened to the level of pain you were

5    feeling; did it stay the same, get better,

6    get worse?

7    A.      Could you repeat the question?

8            MR. MORRIS:  Read back the

9            question.

10           (Whereupon the record was read

11           back by the reporter.)

12   A.      I'm lost, sorry.

13   Q.      That's okay.  In that approximate one

14   week between the time of your emergency room

15   visit and the first visit to Castle Hill, the

16   pain that you had in your body, was it

17   getting better, worse or staying the same?

18   A.      It was going worse.

19   Q.      Do you remember the name of any of

20   your doctors at Castle Hill?

21   A.      Yes.

22   Q.      What were the names?

23   A.      Manta.

24           MR. MORRIS:  Do you have the

25           spelling of that?

25

```
 1                    M. Ali

 2              MR. MAYER:  M-A-N-T-A.

 3    Q.    Man or woman?

 4    A.    Woman.

 5    Q.    Manta was the last name?

 6    A.    Yes.

 7    Q.    Do you know if that was the same

 8    doctor that examined your husband?

 9    A.    No.

10    Q.    Was it a different doctor?

11    A.    Yes.

12    Q.    Do you know the names of any of the

13    doctors at Castle Hill?

14    A.    What other doctors?

15    Q.    Were there other doctors who examined

16    you or treated you at Castle Hill?

17    A.    No.

18    Q.    On that first visit to Castle Hill,

19    did the doctor take a history from you?

20    A.    Yes.

21    Q.    Ask you about the accident?

22    A.    Yes.

23    Q.    Did she ask whether you already had an

24    injury to your neck, left arm or back before?

25    A.    I don't remember.
```

26

```
 1                          M. Ali
 2    Q.      Besides examining you, did Dr. Manta
 3    setup a course of treatment for you?
 4    A.      Yes.
 5    Q.      What is the course offer treatment she
 6    setup?
 7    A.      Massage, electric stimulations and hot
 8    towels.  This hot thing, I don't know what
 9    you call it.
10    Q.      Is it something different from the
11    massager or was that a massager?
12    A.      Yes, it is like a hot thing they put
13    in your back.
14    Q.      Something like a heating pad?
15    A.      Yes.
16    Q.      Some type of moist heat was applied to
17    your back?
18    A.      Yes.
19    Q.      For how long did you receive these
20    treatments?
21    A.      Couple months.
22    Q.      Couple months, what do you mean?
23    A.      Because I know it's months, but I
24    don't remember how long.
25    Q.      Your best approximation in terms of
```

27

M. Ali

1

2      the number.  Was it more than three months,

3      less than three months, about three months?

4      A.      I think more than months.

5      Q.      More than three months, less than five

6      months?

7      A.      I don't know.

8      Q.      Fair to say sometime between three and

9      six months?

10     A.      I really don't remember.

11     Q.      I'm just trying to establish the outer

12     limit?  Was it more than three months, was it

13     less than a year?

14     A.      Less than a year.

15     Q.      The treatment you received over that

16     time, did they pretty much consist of the

17     same treatments throughout?

18     A.      Yes.

19     Q.      With what frequency in a week would

20     you go?

21     A.      Four or five.

22     Q.      Did you go at the same time that your

23     husband went?

24     A.      Sometimes.

25     Q.      On those occasions when you went with

28

1                          M. Ali

2    your husband, did your husband drive you

3    there?

4    A.      We go with the train.

5    Q.      How far was Castle Hill from your

6    home?

7    A.      Not far.

8    Q.      Approximately?

9    A.      Like, three stops from the train.

10   Q.      Did you find that the different

11   treatments that you received, the massage,

12   the electric stimulations and the moist heat,

13   did that make you feel better?

14   A.      At the moment.

15   Q.      Besides giving you these treatments,

16   did Dr. Manta send you for any other kinds of

17   treatments or diagnostic testing?

18   A.      I'm sorry, can I hear that again?

19           MR. MORRIS:  Strike that

20           question.  I'm going to ask a new

21           question.

22   Q.      Besides Dr. Manta sending you for this

23   physical therapy, these massages and

24   electrical stimulation and heat, did Dr.

25   Manta send you for any other kind of

29

```
 1                    M. Ali
 2   treatment or examination or diagnosis?
 3   A.      I'm sorry, repeat it again.
 4                 (Whereupon the record was read
 5            back by the reporter.)
 6   A.      Examination.  She sent me for an x-ray
 7   and MRI.
 8   Q.      Now, the x-rays, were the x-rays taken
 9   at Castle Hill or elsewhere?
10   A.      Elsewhere.
11   Q.      She also sent you for MRIs?
12   A.      Yes.
13   Q.      Were the x-rays and MRIs taken at the
14   same place?
15   A.      Yes.
16   Q.      Were x-rays and MRIs taken on one
17   occasion or more than one occasion?
18   A.      More than one.
19   Q.      How many visits all together?
20   A.      I think three.
21   Q.      Three occasions?
22   A.      Yes.
23   Q.      What parts of your body were x-rayed
24   and MRId?
25   A.      My neck and my lower back.
```

30

```
 1                        M. Ali
 2     Q.      Do you remember the name of the MRI
 3     and x-ray facility?
 4     A.      No.
 5     Q.      Do you remember what street it was on?
 6     A.      I don't.
 7     Q.      Do you remember a facility by the name
 8     of Aviva, A-V-I-V-A, Medical Imagining at 205
 9     Williamsbridge Road in the Bronx?
10     A.      Yes.
11     Q.      Was that where it was, Williamsbridge
12     Road?
13     A.      Yes.
14     Q.      Ma'am, before this accident of October
15     28, 2006, had you ever had any x-rays taken
16     of your neck?
17     A.      X-ray before?
18     Q.      Yes.
19     A.      No.
20     Q.      Before the accident of October 28,
21     2006, had you ever had any x-rays taken of
22     your back?
23     A.      No.
24     Q.      Before the accident of October 28,
25     2006, had you ever had an MRI taken of your
```

31

```
 1                       M. Ali

 2    neck?

 3    A.       No.

 4    Q.       Before the accident of October 28,

 5    2006, had you ever had an MRI taken of your

 6    lower back?

 7    A.       No.

 8    Q.       Had you ever been to a chiropractor

 9    before the accident of October 28, 2006?

10    A.       No.

11    Q.       Before the accident of October 28,

12    2006, had you ever experienced neck pain?

13    A.       Before the accident?

14    Q.       Yes, before this accident.

15    A.       No.

16    Q.       Before this accident, had you ever

17    experienced lower back pain?

18    A.       No.

19    Q.       Had you received any medical

20    examination, treatment or care for your neck

21    or your back before this accident?

22    A.       No.

23    Q.       Did Dr. Manta send you for any other

24    examination, diagnosis, treatment or care?

25    A.       No.
```

32

1                         M. Ali

2    Q.      Did any doctor ever recommend to you

3    any kind of injections?

4    A.      After?

5    Q.      In other words, for the injuries you

6    suffered in this accident?

7    A.      Yes.

8    Q.      Did you have them?

9    A.      They gave me injections.

10   Q.      Where were these injections, where on

11   your body were these injections?

12   A.      Lower back.  It was at the same time.

13   Q.      The same time as your husband?

14   A.      Yes.

15   Q.      Did you also go to Dr. Merola?

16   A.      Yes.

17   Q.      Did you go to Dr. Merola at the same

18   time that your husband went?

19   A.      Yes.

20   Q.      You were getting your own course of

21   treatment from Dr. Merola, separate from him;

22   is that correct?

23   A.      Yes.

24   Q.      Did Dr. Merola send you for another

25   doctor to get injections to your lower back?

33

1                         M. Ali

2    A.      Yes.

3    Q.      What is the other doctor's name?

4    A.      I don't know.

5    Q.      Do you remember where that doctor's

6    office was located?

7    A.      Manhattan.

8    Q.      Dr. Merola's office is also in

9    Manhattan?

10   A.      Yes.

11   Q.      Do you know whether that other doctor

12   was in the same building as Dr. Merola or

13   somewhere else?

14   A.      Somewhere else.

15   Q.      Was it upper Manhattan or somewhere

16   else?

17   A.      I don't remember.

18   Q.      How many times did you go to this

19   other doctor?

20   A.      The first time for the evaluation and

21   the second time for the injections.

22   Q.      Are you on the same schedule as your

23   husband, where you're scheduled to get three?

24   A.      Different times, the same day.

25   Q.      Basically, you are going to get three

34

```
 1                    M. Ali
 2   and you've had one so far?
 3   A.      Yes.
 4   Q.      Did that first injection have any
 5   affect on the level of pain?
 6   A.      Yes.
 7   Q.      How would you describe that?
 8   A.      It feels more constant.  The pain is
 9   more constant.
10   Q.      Did the injections make you feel
11   better or worse or the same?
12   A.      Not make me feel worse, but I noticed
13   it was more often.
14              MR. MAYER:  You noticed what was
15           more often, the pain?
16              THE WITNESS:  The amount of
17           times.
18              MR. MAYER:  Amount of what?
19   Q.      Take your time.
20              THE WITNESS:  The amount, how
21           many times a day.
22              MR. MAYER:  How many times a day
23           what you feel?
24              THE WITNESS:  More often.
25              MR. MAYER:  Okay.
```

35

1                         M. Ali

2    Q.     This injection that you had to your

3    lower back, did you feel better after you had

4    it or worse or the same or something else, in

5    some other words you want to describe it?

6    A.     After the infection?

7    Q.     I mean the injection.  Do you think

8    the injection had an affect on you?

9    A.     I don't know.

10   Q.     This doctor that you went to that

11   evaluated you, what did he tell you the

12   injection was going to do for you?

13   A.     Helps with the pain, ease the pain or

14   it might take it away.

15   Q.     After you had that injection, did you

16   ever tell the doctor how it went, how you

17   felt?

18   A.     No.

19   Q.     Do you have a date scheduled for the

20   next two?

21   A.     Yes.

22   Q.     What are those dates?

23   A.     I don't know.

24   Q.     Is it something like a week from now?

25   A.     Yes.

36

                              M. Ali

1

2    Q.    Then, another two weeks after that?

3    A.    Yeah, yeah.

4    Q.    Did you ever fill out any

5    questionnaires with this doctor, written

6    questionnaires, where you had to sign or

7    anything like that?

8    A.    I don't remember.

9    Q.    Did anybody recommend any injections

10   to your neck?

11   A.    No.

12   Q.    Have you had any injections to your

13   neck?

14   A.    No.

15   Q.    Has any doctor recommended surgery for

16   your neck or your back since the accident of

17   October 28, 2006?

18   A.    No.

19   Q.    Have you had any surgeries since the

20   accident?

21   A.    No.

22   Q.    Ma'am, if you know, did you have

23   health insurance through your husband's

24   employment at the time of this accident?

25   A.    No.

37

```
 1                    M. Ali
 2    Q.     Did you have your own health
 3    insurance?
 4    A.     Yes.
 5    Q.     Who did you have health insurance
 6    with?
 7    A.     Medicaid and Affinity.
 8    Q.     Medicaid and --
 9    A.     Affinity.
10    Q.     What is Affinity?
11    A.     That is another health insurance.
12           MR. MORRIS:  A-F-F-I-N-I-T-Y.
13    Q.     Did you have any health insurance from
14    a prior employment?
15    A.     No.
16    Q.     Ma'am, did you ever injure your neck
17    or back before the accident of October 28,
18    2006?
19    A.     No.
20    Q.     After this accident of October 28,
21    2006, did you ever reinjure your neck or your
22    back?
23    A.     No.
24    Q.     Ma'am, is there any other medical
25    examination, treatment or care that you have
```

38

```
 1                    M. Ali

 2   received in connection with this accident,

 3   besides what you've testified to?

 4   A.      No.

 5   Q.      Just for clarification, we had an

 6   emergency room visit at New York Presbyterian

 7   on the day of the accident?

 8   A.      Yes.

 9   Q.      Followed by Castle Hill?

10   A.      Yes.

11   Q.      Then, Castle Hill sent you to Dr.

12   Merola?

13   A.      Castle Hill didn't send me.

14   Q.      Okay.  How did you come to use Dr.

15   Merola's services?

16   A.      My husband.

17   Q.      Then, how many visits, all together,

18   did you make to Dr. Merola?

19   A.      I don't know.

20   Q.      Do you think it was the same number of

21   visits that your husband made?

22   A.      Yes.

23   Q.      Do you know Dr. Merola's first name?

24   A.      No.

25   Q.      Is that a man or woman?
```

39

1                           M. Ali

2    A.      A man.

3    Q.      Before this accident, who took care of

4    the children before this accident?

5    A.      I.

6    Q.      By yourself, basically?

7    A.      Yes.

8    Q.      Did you need any help from any other

9    family members to help you raising your

10   children?

11   A.      Before the accident?

12   Q.      Yes.

13   A.      No, I didn't need any help.

14   Q.      So, you took care of your children and

15   you also attended to your home; is that

16   correct?

17   A.      Yes.

18   Q.      Since the accident of October 28,

19   2006, have you received any help from family,

20   friends relatives, with your household

21   chores, including taking care of your

22   children?

23   A.      Yes.

24   Q.      Who has helped you?

25   A.      My mother-in-law.

40

```
 1                    M. Ali
 2    Q.    What is your mother-in-law's name?
 3    A.    Sharmin Ali.
 4    Q.    Could you spell that first name?
 5    A.    S-H-A-R-M-I-N.
 6    Q.    How old is Sharmin about?
 7    A.    I don't know.
 8    Q.    Maybe in her 60s?
 9    A.    Around.
10    Q.    What about your husband's father, what
11    is his name?
12    A.    Hamzaad, H-A-M-Z-A-A-D.
13    Q.    Hamzaad Ali?
14    A.    Yes.
15    Q.    About how old is he?  The same age --
16    A.    About.
17    Q.    -- as your husband's mother?
18    A.    About.
19    Q.    Did anyone else help you, besides your
20    mother-in-law, after this accident around the
21    house and raising your children?
22    A.    No.
23    Q.    Did you have to compensate her
24    financially in anyway for this help?
25    A.    Yes.
```