41

```
 1                        M. Ali
 2    Q.    How much did you pay her?
 3    A.    My husband.
 4    Q.    Your husband paid her?
 5    A.    Yes.
 6    Q.    Do you know how much your husband paid
 7    her?
 8    A.    I don't remember how much he paid.
 9              MR. MORRIS:  If there is going
10              to be some claim by plaintiff for the
11              cost of Rashad's mother assisting in
12              caring for Rashad and Minerva's
13              children, I would just ask that we be
14              provided with that information in a
15              timely fashion.
16    REQUEST NOTED:
17    Q.    Anyone else, besides your
18    mother-in-law, helping you after this
19    accident?
20    A.    No.
21    Q.    Did any of your doctors discuss with
22    you the results of the x-rays?
23    A.    I don't remember.
24    Q.    What about with the MRIs, did any of
25    your doctors discuss the results of the MRIs?
```

42

```
 1                    M. Ali

 2    A.      Yes.

 3    Q.      What doctor or doctors?

 4    A.      Manta.

 5    Q.      What did Dr. Manta tell you about the

 6    MRIs?

 7    A.      I don't know.

 8    Q.      What were the circumstances under

 9    which your Castle Hill treatments ended?

10    A.      What?

11    Q.      Why did the treatment end?

12    A.      Because the insurance.

13    Q.      Would no longer pay?

14    A.      No.

15    Q.      On that last visit to Castle Hill, did

16    the providers there recommend any home care

17    exercises or other things you should do?

18    A.      Not exercises, she recommend to use

19    for the neck and for the back.

20    Q.      This is Dr. Manta?

21    A.      Yes.

22    Q.      You mean recommend something to wear?

23    A.      To wear.

24    Q.      Like, a brace?

25    A.      Yes, to wear.
```

43

```
 1                     M. Ali
 2    Q.     Have you ever worn a neck brace or
 3    back brace?
 4    A.     Yes.
 5    Q.     Have you ever worn a neck brace?
 6    A.     Before the accident?
 7    Q.     No.  After the accident, did you wear
 8    a neck brace?
 9    A.     Yes.
10    Q.     For how long did you wear a neck
11    brace?
12    A.     Three to four months.
13    Q.     Was this a soft type of collar?
14    A.     Yes.
15    Q.     How much of the day did you wear it?
16    A.     I start to wear it the whole day.
17    Q.     What about when you're sleeping?
18    A.     No, no.
19    Q.     What about a back brace?
20    A.     Yeah, I start to use it.
21    Q.     How long did you use the back brace
22    for?
23    A.     About the same time.
24    Q.     Do you still have that back brace?
25    A.     Yes.
```

44

```
 1                        M. Ali
 2    Q.      Do you still use it?
 3    A.      Yes.
 4    Q.      How frequently do you use it now?
 5    A.      Now, less often.  Like, probably, like
 6    once a week.
 7    Q.      Has your weight changed since the
 8    accident?
 9    A.      Yes.
10    Q.      How has it changed?
11    A.      Less, I lose weight.
12    Q.      You indicated, ma'am, you weighed
13    about 170 pounds?
14    A.      Now.
15    Q.      How much did you weigh at the time of
16    the accident?
17    A.      210, 215.
18    Q.      Were you bleeding from any part of
19    your body as a result of this accident?
20    A.      No.
21    Q.      Did you lose consciousness?
22    A.      No.
23    Q.      Any bumps or bruises on any parts of
24    your body?
25    A.      No.
```

45

1                          M. Ali

2    Q.     Is there anything that you can't do

3    today because of this accident that you could

4    do and did do before this accident?

5    A.     No.

6    Q.     When was the last time you took any

7    prescription medicine in connection with any

8    pain or injuries from this accident?

9    A.     Prescribed one?

10   Q.     Yes, the ones that the doctor has to

11   give you a prescription, as opposed to the

12   ones over the counter?

13   A.     Like, two months.

14   Q.     When you were at the hospital, the

15   emergency room visit, did they give you any

16   medicine at the hospital?

17   A.     Yes.

18   Q.     How long a supply did they give you?

19   A.     Three days.

20   Q.     Did they also give you a prescription

21   at the hospital?

22   A.     Oh, sorry, no -- oh, yes.  They gave

23   me medicine at the moment.

24   Q.     They gave you medicine at the moment?

25   A.     Motrin.

46

1                          M. Ali

2    Q.      That was for you to take while you

3    were the in the hospital, right there?

4    A.      Yes.

5    Q.      They also gave you prescription?

6    A.      Yes.

7    Q.      Did they actually give you medicine to

8    take home with you or did they give you a

9    prescription that you would get filled or

10   both?

11   A.      No, prescription.

12   Q.      The prescription was for a thirty day

13   supply of certain medicine?

14   A.      Yes.

15   Q.      Do you remember what the medicine was?

16   A.      Motrin, 800 milligrams.

17   Q.      That is a prescription strength?

18   A.      Yes.

19   Q.      This thirty day supply, did you use it

20   up?

21   A.      Yes.

22   Q.      Did you take any more prescription

23   medication after that time?

24   A.      Yes.

25   Q.      Who prescribed that?

1                        M. Ali

2    A.       Manta.

3    Q.       Manta prescribed a different medicine?

4    A.       Yes.

5    Q.       Do you remember the name?

6    A.       It was a muscle relaxer.  I don't

7    remember the name.

8    Q.       A muscle relaxant?

9    A.       Yes, and Tylenol with Codeine.

10   Q.       How long would you take the muscle

11   relaxers for?

12   A.       Everyday.

13   Q.       Everyday for how long?

14   A.       The same amount of time that I was

15   taking the therapy.

16   Q.       What about the Tylenol with Codeine?

17   A.       She give me those when I couldn't bear

18   it.

19   Q.       About how many times did you take

20   Tylenol with Codeine?

21   A.       Like, three to four times a week.

22   Q.       After the course of treatment ended at

23   Castle Hill, did you ever take any more

24   prescription pain medicine for these

25   injuries?

48

```
 1                          M. Ali
 2    A.      No.
 3    Q.      Ma'am, do you have a family doctor at
 4    the present time?
 5    A.      Right now?
 6    Q.      Yes.
 7    A.      Yes.
 8    Q.      What is your family doctor's name?
 9    A.      I don't know.
10    Q.      Where do you see your family doctor,
11    what facility?
12    A.      I don't know the address.
13    Q.      Is it somewhere in the Bronx?
14    A.      Yes.
15    Q.      With what frequency do you get routine
16    health care checkups unrelated to this
17    accident, just routine health care checkups?
18    A.      Six months.
19    Q.      Once every six months?
20    A.      Yes.  Or more, depends.
21    Q.      Your six month visits that you've had
22    since this accident, have you ever discussed
23    this accident with that doctor or doctors?
24    A.      Yes, I did.
25    Q.      Is it one doctor or more than one
```

49

```
 1                        M. Ali
 2   family doctor that you have seen since
 3   October 28, 2006?
 4   A.      No, I think she is the only one.  She
 5   wasn't my doctor at that time.
 6   Q.      When you discussed this accident with
 7   her, did she also examine you or not examine
 8   you?
 9   A.      No.
10   Q.      Has your family doctor ever issued a
11   prescription for you for pain in connection
12   with this injury?
13   A.      No.
14   Q.      Has your family doctor made any
15   recommendations to you when you discussed
16   this accident and pain with him?
17   A.      Repeat the question.
18                    (Whereupon the record was read
19              back by the reporter.)
20   Q.      Or with her?
21   A.      She asked me if another doctor was
22   seeing me for that and I said yes.
23   Q.      Ma'am, any other doctors that you have
24   seen in connection with the injuries you had
25   from this accident?
```

50

1                         M. Ali

2    A.      Yes.

3    Q.      Who else?

4    A.      I don't know his name.  He was a

5    psychologist.

6    Q.      Psychologist?

7    A.      Yes.

8    Q.      A psychologist or psychiatrist?

9    A.      I don't know.

10   Q.      What is the doctor's name?

11   A.      I don't remember.

12   Q.      Was that something you paid for

13   yourself or did the insurance pay for it?

14   A.      Yes.

15   Q.      Was it Castle Hill or somewhere else?

16   A.      Castle Hill.

17   Q.      Was that Castle Hill?

18   A.      Yes, Castle Hill.

19   Q.      The psychologist or psychiatrist, was

20   that person's office physically located in

21   that facility?

22   A.      Yes.

23   Q.      For what reason did you consult this

24   psychologist?

25   A.      Anxiety, depression.  That was about

51

1                           M. Ali

2       it.

3       Q.      Had you ever consulted with a

4       professional before for anxiety or

5       depression?

6       A.      No.

7       Q.      Did this doctor prescribe any medicine

8       for you?

9       A.      No.

10      Q.      How many times, all together, did you

11      see this psychologist for anxiety or

12      depression?

13      A.      Once.

14      Q.      Did the doctor make any

15      recommendations to you?

16      A.      Yes.

17      Q.      What did the doctor recommend?

18      A.      Whenever I feel like I need to talk to

19      someone, to call him.  He recommended me to

20      look for a regular doctor, like a

21      psychologist or psychiatrist, whatever, you

22      know.

23      Q.      Have you sought or looked for any

24      additional psychological treatment or care?

25      A.      No.

52

1                           M. Ali

2    Q.      Do you know if that insurance that you

3    have from Affinity covers psychological

4    visits?

5    A.      I don't know.

6    Q.      Did you ever look into that?

7    A.      I try, but through my insurance you

8    have to get a lot of referrals and I don't

9    have it.

10   Q.      Ma'am, did you ever see the driver of

11   the car that was involved in the accident,

12   the other driver?

13   A.      No.

14   Q.      Did you see him after the day of the

15   accident?

16   A.      No.

17   Q.      Did you ever attempt to contact him

18   after the accident?

19   A.      No.

20   Q.      Are you aware of him trying to contact

21   you?

22   A.      No.

23   Q.      Has any doctor told you that you have

24   a herniated disc in your neck or your back?

25   A.      I don't remember.

53

                                    M. Ali

1
2    Q.    Did you ever look at your husband's
3    vehicle after the accident to see if he had
4    any body damage?
5    A.    Yes.
6    Q.    You did see body damage to the rear?
7    A.    Yes.
8    Q.    What part of the rear had damage?
9    A.    The bumper, the trunk.
10   Q.    Ma'am, did you ever look at that other
11   vehicle that was involved in the accident,
12   after the accident, to see if it had any
13   damage?
14   A.    No, I didn't look.
15            MR. MORRIS:  Can we have these
16         marked?
17            (Whereupon two color laser
18         copies of photographs on one page were
19         marked Defendant's Exhibits A1 and A2,
20         for identification as of this date.)
21            (Whereupon two color laser
22         copies of photographs on one page were
23         marked Defendant's Exhibits B1 and B2,
24         for identification as of this date.)
25   Q.    Ma'am, I'm going to show you four

54

1                       M. Ali

2    photographs.  They are actually laser copies

3    of four photographs that we have marked as

4    Defendant's Exhibits A1 and A2, which is on

5    one page, and Defendant's Exhibits B1 and B2.

6    I'm going to place it in front of you and ask

7    you to look at them.

8              MR. MAYER:  Just for the record,

9              defense counsel has provided us with

10             these photographs for the first time

11             this afternoon.  We had made prior

12             requests for all photographs.  I had

13             an opportunity to show them to my

14             client.

15             MR. MORRIS:  We will make copies

16             of these for you and, as you've just

17             mentioned, I did give you privacy to

18             communicate with your client just

19             before we asked questions on these.

20   Q.    Have you had a chance to look at those

21   four photographs?

22   A.    Yes.

23   Q.    Specifically speaking about

24   photographs A1 and A2, is that your husband's

25   Civic?

55

                              M. Ali

1

2    A.      Yes.

3    Q.      That is what it looked like after this

4    accident?

5    A.      Yes.

6    Q.      Do those photographs show the damage

7    to the rear of the Civic?

8    A.      Yes.

9    Q.      Was there any damage to the rear of

10   your husband's Civic before this accident of

11   October 28, 2006?

12   A.      No.

13   Q.      As a result of this accident, was it

14   such that you had to tie down the trunk or

15   otherwise the trunk would go up?

16   A.      Yes.

17   Q.      Ma'am, looking at Defendant's Exhibits

18   A1 and A2, is that a fair and accurate

19   representation of the damage to your

20   husband's Honda Civic from this accident?

21           MR. MAYER:  Just note my

22           objection to form.  You could answer.

23   A.      Yeah.

24   Q.      Now, looking at the other two

25   photographs, Defendant's Exhibits B1 and B2,

1                            M. Ali

2    have you ever had a chance to look at those

3    photographs?

4    A.       Excuse me?

5    Q.       Have you had a chance to look at them?

6    A.       Yes.

7    Q.       Does that appear to be the interior of

8    your husband's Honda Civic?

9    A.       Yes.

10   Q.       This is what the interior of your

11   husband's Honda Civic looked like after the

12   accident?

13   A.       Yes.

14   Q.       Are you aware of any damage to the

15   interior of the Honda Civic from this

16   accident?

17   A.       Interior, in the front side?

18   Q.       Inside the passenger's and driver's

19   compartment.  Are you aware of any damage to

20   it from this accident?

21   A.       No.

22                    MR. MORRIS:  Can we have these

23            marked?

24                    (Whereupon two color laser

25            copies of photographs on one page were

57

1                              M. Ali

2              marked Defendant's Exhibits C1 and C2,

3              for identification as of this date.)

4    Q.      Ma'am, I'm now showing you two

5    photographs.  They're laser copies from my

6    file.  We marked them C1 and C2.

7    Particularly, the lower one, which is C2,

8    have you had a chance to look at that

9    photograph, C2 the lower photograph?

10   A.      Yes.

11   Q.      Does that look like the other vehicle

12   that was involved in this accident?

13   A.      Yes, it looks like it.

14   Q.      Do you remember the color being like a

15   silver or gray color?

16              MR. MAYER:  She said it looks

17              like it.  I don't know what else you

18              want her to say.

19   Q.      You don't remember it being another

20   color other than silver or gray?

21              MR. MAYER:  Note my objection.

22   A.      I don't remember.

23   Q.      Okay.  Do you have any out of pocket

24   expenses in connection with your medication

25   from this accident?

1                         M. Ali

2    A.       Besides over the counter medicine?

3    Q.       Correct, aside from that?

4    A.       Besides over the counter medicine?

5    Q.       Aside from that.  Also, you made

6    mention of compensating your mother-in-law,

7    or you and your husband compensating your

8    mother-in-law, and what you paid in over the

9    counter medicines.  Are there any other

10   expenses that you had to pay for?

11   A.       Not that I can recall anything.

12   Q.       Can you approximate, all together, how

13   much you spent for out of pocket medicine?

14   A.       I don't know.

15   Q.       Was it less than $500?

16   A.       I don't know how many times, you know.

17   Q.       Ma'am, for how long a period of time

18   did your mother-in-law help you with your

19   children and the household chores after this

20   accident?

21   A.       A couple of months.

22   Q.       How far away do your in-laws live?

23   A.       Upstairs.

24            MR. MORRIS:  I don't have any

25            further questions.

59

1                    M. Ali

2            MR. MAYER:  Just for the record,

3       we were scheduled to do the deposition

4       of the defendant as well, Mr.

5       Lecouriux G. Yannick.  I know defense

6       counsel had it scheduled, as well.  It

7       seems to have been some

8       miscommunication with the client.

9            He is not here.  Though defense

10      counsel made several attempts to his

11      office to reach the witness, it seems

12      like we have been unable to.  We are

13      going to agree on the record that the

14      defendant be produced on another date

15      which is mutually agreed between all

16      parties

17           MR. MORRIS:  My office will

18      produce him here because of scheduling

19      issues and certainly it is a

20      comfortable place to have a

21      deposition.

22           This morning and this afternoon

23      we did attempt to get in contact with

24      our clients.  This was confirmed

25      yesterday.  I'm not sure why he is not

60

```
 1                    M. Ali

 2        here at this time, but certainly

 3        defense counsel has attempted to

 4        contact him this morning and this

 5        afternoon by office staff.

 6             So, yes, we will certainly agree

 7        to produce him at a mutually

 8        convenient time at the office of

 9        plaintiff's counsel.  Thank you.

10             MR. MAYER:  Great.  Thank you.

11             (Time noted:  2:31 p.m.)

12

13

14

15             --------------------------

16             MINERVA ALI

17

18

19   Subscribed and sworn to before me

20   this    day of          2008.

21

22   ---------------------------------

23        Notary Public

24

25
```

61

```
 1
 2
                        EXHIBITS
 3
 4  DEFENDANT'S FOR
    IDENTIFICATION      DESCRIPTION           PAGE
 5
    A1 and A2           Two color laser        53
 6                      copies of photographs
                        on one page.
 7
    B1 and B2           Two color laser        53
 8                      copies of photographs
                        on one page.
 9
    C1 and C2           Two color laser        56
10                      copies of photographs
                        on one page.
11
12
13
14               INFORMATION/DOCUMENTS REQUESTED
15  PAGE                DESCRIPTION
16
    41                  Production of information on
17                      the cost of Rashad Ali's mother
                        assisting in the care of the
18                      children.
19
20
21
22
23
24
25
```

62

```
 1
 2                 C E R T I F I C A T E
 3         I, TRENISE JACKSON, hereby certify
 4   that the Examination Before Trial of MINERVA
 5   ALI was held before me on the 8th day of
 6   February, 2008; that said witness was duly
 7   sworn before the commencement of her
 8   testimony; that the testimony was taken
 9   stenographically by myself and then
10   transcribed by myself; that the party was
11   represented by counsel as appears herein;
12         That the within transcript is a true
13   record of the Examination Before Trial of
14   said witness;
15         That I am not connected by blood or
16   marriage with any of the parties; that I am
17   not interested directly or indirectly in the
18   outcome of this matter; that I am not in the
19   employ of any of the counsel.
20         IN WITNESS WHEREOF, I have hereunto set
21   my hand this 26 of                    2008.
22
23         _____Trenise__Jackson_____
24                    TRENISE JACKSON
25
```

63

ERRATA_SHEET

PAGE/LINE                    CORRECTION
_____   _____
_____                _____

_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____
_____                _____

64

## A

about 4:20 10:9 15:20 16:23 18:14
  19:14 22:13 23:22 25:21 27:3 40:6
  40:10,15,16,18 41:24 42:5 43:17,19
  43:23 44:13 47:16,19 50:25 54:23
accident 4:20 7:18,21,23 8:14,19,22
  8:25 9:4,10,11,15,20 10:6,9,19
  11:13,15,20,24 12:14,17,23,25 14:7
  14:20,24 16:6 21:21,25 22:6,19
  25:21 30:14,20,24 31:4,9,11,13,14
  31:16,21 32:6 36:16,20,24 37:17,20
  38:2,7 39:3,4,11,18 40:20 41:19
  43:6,7 44:8,16,19 45:3,4,8 48:17,22
  48:23 49:6,16,25 52:11,15,18 53:3
  53:11,12 55:4,10,13,20 56:12,16,20
  57:12,25 58:20
accurate 55:18
actually 21:15 22:14 46:7 54:2
additional 51:24
address 4:12 48:12
administer 3:13
affect 34:5 35:8
Affinity 37:7,9,10 52:3
after 12:25 14:6,14,16,20,23 20:19
  22:9,14 23:2,3 32:4 35:3,6,15 36:2
  37:20 40:20 41:18 43:7 46:23 47:22
  52:14,18 53:3,12 55:3 56:11 58:19
afternoon 4:15 54:11 59:22 60:5
again 28:18 29:3
against 1:6
age 17:2 40:15
agree 59:13 60:6
agreed 3:3,7,11 59:15
air 12:19,22
ali 1:3,3,3,4,4,4,11 4:11,15 5:1,17,20
  6:1,10 7:1 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1 24:1 25:1 26:1
  27:1 28:1 29:1 30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1 38:1 39:1 40:1,3
  40:13 41:1 42:1 43:1 44:1 45:1 46:1
  47:1 48:1 49:1 50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1 58:1 59:1 60:1
  60:16 62:5
Ali's 61:17
already 25:23
always 4:24
ambulance 17:9,11,18 18:10,21,23,25
  19:6,10,24 20:20
amount 34:16,18,20 47:14
another 5:2 6:16 32:24 36:2 37:11
  49:21 57:19 59:14
answer 5:10 9:8 13:18 55:22
answering 13:14
answers 5:8
anxiety 50:25 51:4,11
anybody 20:24 36:9
anyone 17:11 40:19 41:17
anything 10:13 13:6 15:23 19:2 36:7
  45:2 58:11

anytime 13:7
anyway 40:24
appear 56:7
appears 62:11
applied 26:16
approximate 5:24 17:2 24:13 58:12
Approximately 28:8
approximation 26:25
April 5:15
arm 15:6,15 18:8 23:24 25:24
around 16:22 22:21,22 23:25 40:9,20
arrive 16:11 17:9
aside 58:3,5
asked 14:16,17 17:7,16,17,20 18:14
  49:21 54:19
assisting 41:11 61:17
attempt 16:15 52:17 59:23
attempted 60:3
attempts 59:10
attended 39:15
attorney 4:16
attorneys 2:4,10 3:4 4:19
authorized 3:13
automobile 4:20
Avenue 4:13 7:12
Aviva 30:8
aware 10:5 52:20 56:14,19
away 16:4 35:14 58:22
A-F-F-I-N-I-T-Y 37:12
A-V-I-V-A 30:8
A1 53:19 54:4,24 55:18 61:5
A2 53:19 54:4,24 55:18 61:5

## B

back 4:24 8:7 13:18,20 15:7,13,15,19
  16:8 20:4 22:11,14 23:25,25 24:8,11
  25:24 26:13,17 29:5,25 30:22 31:6
  31:17,21 32:12,25 35:3 36:16 37:17
  37:22 42:19 43:3,19,21,24 49:19
  52:24
bag 12:19
bags 12:22
BARRISTER 1:21
basically 9:6 16:9 33:25 39:6
bear 47:17
before 1:10,14 3:15 4:3 5:9 9:15 10:8
  11:7,12,15,16,17,19 17:17 21:11,13
  21:14 22:6 25:24 30:14,17,20,24
  31:4,9,11,13,14,16,21 37:17 39:3,4
  39:11 43:6 45:4 51:4 54:19 55:10
  60:19 62:4,5,7,13
behalf 4:18
behind 11:25 13:2
being 5:7,12 7:17 19:2 57:14,19
belt 8:13,16,19 12:16
besides 5:17 26:2 28:15,22 38:3 40:19
  41:17 58:2,4
best 8:18 11:4 26:25
better 24:5,17 28:13 34:11 35:3
between 3:4 24:2,14 27:8 59:15

birth 5:14
bleeding 44:18
blood 18:13 62:15
body 12:10 14:20 15:2,17 16:3 18:2
  24:16 29:23 32:11 44:19,24 53:4,6
born 6:2 18:14
both 12:25 21:6 23:14 46:10
brace 18:17 42:24 43:2,3,5,8,11,19,21
  43:24
brakes 10:12
break 12:13,16
Broadway 1:13,22 2:4
Bronx 4:13 7:12 30:9 48:13
brought 4:18
bruises 44:23
building 33:12
bumper 53:9
bumps 44:23
B1 53:23 54:5 55:25 61:7
B2 53:23 54:5 55:25 61:7

## C

C 2:2 62:2,2
call 26:9 51:19
called 20:14 21:13
car 8:10,13 11:2,5,24 12:11,20,23
  13:22 18:19 19:8 20:4 52:11
care 21:12 22:3,25 31:20,24 37:25
  39:3,14,21 42:16 48:16,17 51:24
  61:17
caring 41:12
Castle 23:5,22 24:3,15,20 25:13,16,18
  28:5 29:9 38:9,11,13 42:9,15 47:23
  50:15,16,17,18
Caucasian 16:25
causing 11:20
certain 46:13
certainly 59:19 60:2,6
certification 3:5
certify 62:3
chance 54:20 56:2,5 57:8
changed 44:7,10
check 18:13
checkups 48:16,17
children 7:6 8:7 11:19 19:3,5,8,25
  21:8 22:3,10 39:4,10,14,22 40:21
  41:13 58:19 61:18
chiropractor 31:8
choice 21:3
chores 39:21 58:19
circumstances 42:8
Civic 8:5 54:25 55:7,10,20 56:8,11,15
claim 41:10
clarification 38:5
clear 4:25
client 54:14,18 59:8
clients 59:24
Cloudy 9:5
Codeine 47:9,16,20
collar 43:13

color 11:2 53:17,21 56:24 57:14,15,20
  61:5,7,9
column 16:7
come 6:4 38:14
comfortable 59:20
coming 8:21
commencement 62:7
communicate 54:18
compartment 56:19
compensate 40:23
compensating 58:6,7
complaints 23:21
conditions 9:3
confirmed 59:24
connected 62:15
connection 38:2 45:7 49:11,24 57:24
consciousness 44:21
consist 27:16
constant 34:8,9
consult 50:23
consulted 51:3
contact 10:9 11:8 12:10 52:17,20
  59:23 60:4
convenient 60:8
cook 22:6
copies 53:18,22 54:2,15 56:25 57:5
  61:6,8,10
correct 7:7 32:22 39:16 58:3
CORRECTION 63:2
cost 41:11 61:17
counsel 54:9 59:6,10 60:3,9 62:11,19
counter 45:12 58:2,4,9
Country 2:10
couple 26:21,22 58:21
course 26:3,5 32:20 47:22
court 1:1 3:15 4:25 5:5,6,10 6:15
covers 52:3
Cry 11:14
crying 14:15,16
CV 1:6
C1 57:2,6 61:9
C2 57:2,6,7,9 61:9

D

damage 53:4,6,8,13 55:6,9,19 56:14
  56:19
Danyah 7:9
danyal 1:4 7:9
date 5:14 6:11,16,18 7:15,21 35:19
  53:20,24 57:3 59:14
dates 35:22
DAVID 2:6
day 22:13,20,20 33:24 34:21,22 38:7
  43:15,16 46:12,19 52:14 60:20 62:5
days 45:19
December 6:12
decided 21:6
decision 21:5
defendant 1:8,11 2:10 4:17 59:4,14
defendant's 53:19,23 54:4,5 55:17,25

57:2 61:4
defense 54:9 59:5,9 60:3
depends 48:20
deposition 3:12 59:3,21
depression 50:25 51:5,12
describe 16:20 34:7 35:5
DESCRIPTION 61:4,15
diagnosis 19:11 29:2 31:24
diagnostic 28:17
different 25:10 26:10 28:10 33:24
  47:3
directly 62:17
disc 52:24
discuss 41:21,25
discussed 48:22 49:6,15
discussion 19:13,16
DISTRICT 1:1,2
Docket 1:5
doctor 20:15,17 21:13 25:8,10,19 32:2
  32:25 33:11,19 35:10,16 36:5,15
  42:3 45:10 48:3,10,23,25 49:2,5,10
  49:14,21 51:7,14,17,20 52:23
doctors 24:20 25:13,14,15 41:21,25
  42:3 48:23 49:23
doctor's 18:15 33:3,5 48:8 50:10
doing 11:12
done 5:9 19:2
down 5:5,6,11 15:5,14 18:8 55:14
Dr 26:2 28:16,22,24 31:23 32:15,17
  32:21,24 33:8,12 38:11,14,18,23
  42:5,20
drive 9:15,17,22 22:10 28:2
driver 10:3 13:5,22 16:18,20 52:10,12
driver's 56:18
driving 7:24 8:24 9:14
dropped 20:8
drove 20:6 21:7
dry 9:6,9,13
duly 4:3 62:6

E

E 2:2,2 4:2 62:2,2
ease 35:13
effect 3:14
electric 26:7 28:12
electrical 28:24
elsewhere 29:9,10
emergency 21:11 23:2 24:2,14 38:6
  45:15
employ 62:19
employed 21:22
employment 36:24 37:14
end 42:11
ended 42:9 47:22
English 13:13
ERRATA_SHEET 63:1
ESQ 2:6,12
establish 27:11
evaluate 19:24
evaluated 19:4 35:11

evaluation 17:19 33:20
evening 22:17
ever 5:16 10:2 30:15,21,25 31:5,8,12
  31:16 32:2 35:16 36:4 37:16,21 43:2
  43:5 47:23 48:22 49:10 51:3 52:6,10
  52:17 53:2,10 56:2
every 48:19
Everyday 47:12,13
everything 5:7
everywhere 11:18
examination 1:10 4:8 21:12 22:25
  29:2,6 31:20,24 37:25 62:4,13
examine 49:7,7
examined 4:5 21:16 23:16,19 25:8,15
examining 26:2
except 3:8
Excuse 56:4
exercises 42:17,18
exhibits 53:19,23 54:4,5 55:17,25 57:2
  61:2
exit 9:24
Exiting 9:21,22
expenses 57:24 58:10
experienced 31:12,17

F

F 62:2
facility 23:6 30:3,7 48:11 50:21
fair 27:8 55:18
family 9:18 22:7 39:9,19 48:3,8,10
  49:2,10,14
far 13:13 28:5,7 34:2 58:22
fashion 41:15
father 40:10
FDR 9:15,21,22
February 1:14 62:6
feel 15:23 16:2 28:13 34:10,12,23 35:3
  51:18
feeling 14:12,17,19,25 17:5 23:23 24:5
feels 34:8
felt 15:24 35:17
file 57:6
filing 3:5
fill 36:4
filled 46:9
filling 21:15
financially 40:24
find 28:10
fine 7:2
first 4:3,13 7:12 10:5 13:10 14:6 17:16
  20:16,19 22:24 23:10,12,14 24:3,15
  25:18 33:20 34:4 38:23 40:4 54:10
five 14:23,24 27:5,21
floor 4:13 7:12
Followed 38:9
follows 4:6
force 3:14
form 3:8 9:8 17:7 55:22
forward 12:4
four 27:21 43:12 47:21 53:25 54:3,21

frequency 27:19 48:15
frequently 44:4
friends 39:20
from 8:21 9:21,22 11:24 15:5 17:11
   25:19 26:10 28:5,9 32:21,21 35:24
   37:13 39:8,19 44:18 45:8 49:25 52:3
   55:20 56:15,20 57:5,25 58:3,5
front 6:15 8:2,12 15:20,22 54:6 56:17
further 3:7,11 58:25

**G**

G 1:7 59:5
gave 32:9 45:22,24 46:5
GBD 1:6
gesture 5:4
gestures 18:5
getting 24:17 32:20
give 19:11 45:11,15,18,20 46:7,8
   47:17 54:17
giving 28:15
glasses 6:19,22 7:2
go 13:16 18:10 19:17,19,21 20:15 21:3
   23:4,9 27:20,22 28:4 32:15,17 33:18
   55:15
God 14:10,14
going 4:19 9:17 15:14 17:17,18 18:8
   19:14,19,21 20:15 24:18 28:20
   33:25 35:12 41:9 53:25 54:6 59:13
good 4:15 6:23
gray 57:15,20
Great 60:10
groceries 20:8
GUARDIAN 1:4,4
guess 6:15
guy 10:20,24
guys 18:21

**H**

H 2:6
half 22:20,20
Hamzaad 40:12,13
hand 5:4 15:6 18:5 62:21
happen 9:20
happened 9:11 20:12 24:4
having 4:3
head 5:4
health 36:23 37:2,5,11,13 48:16,17
hear 10:11 13:5,8 16:17 28:18
hearing 7:4
heat 26:16 28:12,24
heating 26:14
height 5:22
held 1:12 62:5
help 18:22 39:8,9,13,19 40:19,24
   58:18
helped 18:21 39:24
helping 41:18
Helps 35:13
her 40:8,23 41:2,4,7 49:7,20 57:18
   62:7
hereunto

62:20
herniated 52:24
Hill 23:5,22 24:3,15,20 25:13,16,18
   28:5 29:9 38:9,11,13 42:9,15 47:23
   50:15,16,17,18
him 32:21 49:16 51:19 52:14,17,20
   59:18 60:4,7
hips 23:25
history 25:19
hit 10:7,20 11:5,24
home 8:24 9:18 20:6 21:22 22:11,14
   28:6 39:15 42:16 46:8
homemaker 21:24
Honda 8:5 55:20 56:8,11,15
honking 10:13
horns 10:13
hospital 19:14,17 20:22 21:4,8 22:9
   22:15 45:14,16,21 46:3
hot 26:7,8,12
hours 21:19
house 40:21
household 39:20 58:19
husband 7:24 8:24 9:14 13:6,23 14:11
   19:21 20:4 21:4,7 22:10 23:7,9,17
   25:8 27:23 28:2,2 32:13,18 33:23
   38:16,21 41:3,4,6 58:7
husband's 6:9 8:4,13 11:5,24 12:23
   13:2 18:19 20:4 36:23 40:10,17 53:2
   54:24 55:10,20 56:8,11
H-A-M-Z-A-A-D 40:12

**I**

identification 53:20,24 57:3 61:4
Imagining 30:8
immediately 11:7,12,15,17 14:20,21
impact 12:6,7,9
INC 1:21
including 39:21
indicate 18:5
indicated 15:19 44:12
indicating 15:7,10,14 16:8
indication 10:8
indirectly 62:17
INFANT 1:4,4
infection 35:6
information 41:14 61:16
INFORMATION/DOCUMENTS
   61:14
injection 34:4 35:2,7,8,12,15
injections 32:3,9,10,11,25 33:21 34:10
   36:9,12
injure 37:16
injuries 32:5 45:8 47:25 49:24
injury 25:24 49:12
inside 12:22 18:10 56:18
instance 14:15
insurance 36:23 37:3,5,11,13 42:12
   50:13 52:2,7
interested 62:17
interior 12:11 56:7,10,15,17

involved 4:21 7:17 10:19 52:11 53:11
   57:12
in-laws 58:22
issued 49:10
issues 59:19

**J**

JACKSON 62:3,24
Jeep 10:24
Jersey 8:23
job 20:14
john 2:12 4:16
joint 21:5
Juan 6:3
just 10:15 14:14 20:9 21:15 27:11
   38:5 41:13 48:17 54:8,16,18 55:21
   59:2

**K**

KELLY 2:9,9
kids 19:18
kind 28:25 32:3
kinds 28:16
know 6:17 10:14 11:3 12:3,5,19 13:8
   17:3 18:14 19:20 20:24 21:20 23:12
   25:7,12 26:8,23 27:7 33:4,11 35:9
   35:23 36:22 38:19,23 40:7 41:6 42:7
   48:9,12 50:4,9 51:22 52:2,5 57:17
   58:14,16,16 59:5
knowledge 8:18 11:4
known 5:16

**L**

L 3:2 4:2
language 13:10,13
laser 53:17,21 54:2 56:24 57:5 61:5,7
   61:9
last 5:20,21 25:5 42:15 45:6
later 19:22
lawsuit 4:17 7:19
lecouriux 1:7 59:5
left 13:3 15:10,11,12,13,16,19,22 18:8
   23:24 25:24
less 27:3,5,13,14 44:5,11 58:15
level 24:4 34:5
licensed 10:2
like 9:3 10:13 14:13 16:7 17:3 20:9
   22:20 23:3,24 26:12,14 28:9 35:24
   36:7 42:24 44:5,5 45:13 47:21 51:18
   51:20 55:3 56:11 57:11,13,14,17
   59:12
limit 27:12
little 10:16
live 58:22
lived 7:11
LLP 1:13 2:3
located 33:6 50:20
location 9:9
long 7:11 21:10,16 26:19,24 43:10,21
   45:18 47:10,13 58:17
longer 42:13

look 51:20 52:6 53:2,10,14 54:7,20
    56:2,5 57:8,11
looked 21:14 51:23 55:3 56:11
looking 11:18 55:17,24
looks 57:13,16
lose 44:11,21
lost 24:12
lot 52:8
louder 10:16
lower 16:8 23:25,25 29:25 31:6,17
    32:12,25 35:3 57:7,9
lunchtime 22:22

_____
                M
M 4:2 5:1 6:1 7:1 8:1 9:1 10:1 11:1
    12:1 13:1 14:1 15:1 16:1 17:1 18:1
    19:1 20:1 21:1 22:1 23:1 24:1 25:1
    26:1 27:1 28:1 29:1 30:1 31:1 32:1
    33:1 34:1 35:1 36:1 37:1 38:1 39:1
    40:1 41:1 42:1 43:1 44:1 45:1 46:1
    47:1 48:1 49:1 50:1 51:1 52:1 53:1
    54:1 55:1 56:1 57:1 58:1 59:1 60:1
Machuca 5:18
made 10:5 11:8 38:21 49:14 54:11
    58:5 59:10
maiden 5:19
mainland 6:4
make 5:4 12:10 23:21 28:13 34:10,12
    38:18 51:14 54:15
male 16:21
man 25:3 38:25 39:2
Manhattan 33:7,9,15
Manta 24:23 25:5 26:2 28:16,22,25
    31:23 42:4,5,20 47:2,3
many 29:19 33:18 34:21,22 38:17
    47:19 51:10 58:16
marked 53:16,19,23 54:3 56:23 57:2,6
marriage 6:11 62:16
married 5:20 6:7 7:13,14
massage 26:7 28:11
massager 26:11,11
massages 28:23
matter 21:19 62:18
matters 4:22
may 3:12
Maybe 40:8
MAYER 2:6 9:7 17:6 25:2 34:14,18
    34:22,25 54:8 55:21 57:16,21 59:2
    60:10
ma'am 5:12,14 6:2,19 7:6,17 10:2
    13:10,25 21:21 30:14 36:22 37:16
    37:24 44:12 48:3 49:23 52:10 53:10
    53:25 55:17 57:4 58:17
meals 22:7
mean 6:25 7:15 10:11 26:22 35:7
    42:22
Medicaid 37:7,8
medical 20:19 22:25 30:8 31:19 37:24
medication 46:23 57:24
medicine 45:7,16,23,24 46:7,13,15

47:3,24 51:7 58:2,4,13
medicines 58:9
members 22:7 39:9
mention 58:6
mentioned 54:17
Merola 32:15,17,21,24 33:12 38:12
    38:18
Merola's 33:8 38:15,23
middle 16:10
might 35:14
milk 20:9
milligrams 46:16
Mineola 2:11
MINERA 1:3
minerva 1:3,4,11 4:11 5:17 60:16 62:4
Minerva's 41:12
minutes 14:23,24
miscommunication 59:8
moist 26:16 28:12
moment 28:14 45:23,24
month 48:21
months 26:21,22,23 27:2,3,3,4,5,6,9
    27:12 43:12 45:13 48:18,19 58:21
more 12:6 16:7 27:2,4,5,12 29:17,18
    34:8,9,13,15,24 46:22 47:23 48:20
    48:25
morning 59:22 60:4
morris 2:12 4:9,16 13:17 24:8,24
    28:19 37:12 41:9 53:15 54:15 56:22
    58:24 59:17
mother 40:17 41:11 61:17
mother-in-law 39:25 40:20 41:18 58:6
    58:8,18
mother-in-law's 40:2
motor 7:18
Motrin 45:25 46:16
moving 11:9
MRI 29:7 30:2,25 31:5
MRId 29:24
MRIs 29:11,13,16 41:24,25 42:6
much 27:16 41:2,6,8 43:15 44:15
    58:13
muscle 47:6,8,10
mutually 59:15 60:7
myself 62:9,10
M-A-C-H-U-C-A 5:18
M-A-N-T-A 25:2

_____
                N
N 2:2 3:2 4:2
name 4:10,15 5:19,20,21 6:9 24:19
    25:5 30:2,7 33:3 38:23 40:2,4,11
    47:5,7 48:8 50:4,10
names 5:17 24:22 25:12
nearsightedness 6:20
neck 15:5,8,12,13 18:8,17 23:24 25:24
    29:25 30:16 31:2,12,20 36:10,13,16
    37:16,21 42:19 43:2,5,8,10 52:24
need 5:6 13:16 39:8,13 51:18
new 1:2,13,13,15,23 2:5,5,11 4:4,14

8:23 20:18,22 28:20 38:6
next 20:12 35:20
Noon 22:21
Notary 1:15 4:4 60:23
note 9:7 17:6 55:21 57:21
noted 41:16 60:11
noticed 34:12,14
number 27:2 38:20
N.Y 1:23

_____
                O
O 3:2
oath 3:13
objection 9:7 17:6 55:22 57:21
objections 3:8
occasion 29:17,17
occasions 27:25 29:21
occur 10:9 22:19
October 30:14,20,24 31:4,9,11 36:17
    37:17,20 39:18 49:3 55:11
off 20:8
offer 26:5
office 33:6,8 50:20 59:11,17 60:5,8
officer 3:13
offices 1:12
often 34:13,15,24 44:5
oh 14:10,14 45:22,22
okay 5:12 10:18 14:12 17:16,20 24:13
    34:25 38:14 57:23
old 2:10 40:6,15
once 44:6 48:19 51:13
one 10:18 12:6,6,8,9 15:8,9 24:13
    29:16,17,18 34:2 45:9 48:25,25 49:4
    53:18,22 54:5 56:25 57:7 61:6,8,10
ones 20:10 45:10,12
only 49:4
open 12:22
opportunity 54:13
opposed 21:4 45:11
Order 1:12
other 5:16 10:18,21,23 11:2,5,7,23
    13:5,22 15:9 16:2,18,20 25:14,15
    28:16,25 31:23 32:5 33:3,11,19 35:5
    37:24 39:8 42:17 49:23 52:12 53:10
    55:24 57:11,20 58:9
otherwise 55:15
out 9:21,22 18:19 21:15 36:4 57:23
    58:13
outcome 62:18
outer 27:11
outside 21:22
over 1:4,4 13:3 18:22,25 27:15 45:12
    58:2,4,8
own 5:21 32:20 37:2

_____
                P
P 2:2,2 3:2
pad 26:14
page 53:18,22 54:5 56:25 61:4,6,8,10
    61:15
PAGE/LINE

63:2
paid 41:4,6,8 50:12 58:8
pain 14:19,25 16:2 17:24 18:7 23:24
    24:4,16 31:12,17 34:5,8,15 35:13,13
    45:8 47:24 49:11,16
paperwork 21:15
part 14:19,25 16:2 17:25 44:18 53:8
particular 15:8
Particularly 57:7
parties 3:4 59:16 62:16
parts 12:10 29:23 44:23
party 62:10
passenger 8:2
passenger's 8:12 56:18
pay 41:2 42:13 50:13 58:10
period 58:17
perishable 20:10
person 16:24
personnel 19:10,24
person's 50:20
photograph 57:9,9
photographs 53:18,22 54:2,3,10,12,21
    54:24 55:6,25 56:3,25 57:5 61:6,8
    61:10
physical 28:23
physically 50:20
place 20:16 29:14 54:6 59:20
plaintiff 1:11 41:10
Plaintiffs 1:5 2:4
plaintiff's 60:9
please 4:10 5:2,8 16:20
pocket 57:23 58:13
point 20:3
police 16:11,13 17:4
portion 12:11
pounds 44:13
Presbyterian 20:18,22 38:6
prescribe 51:7
prescribed 45:9 46:25 47:3
prescription 45:7,11,20 46:5,9,11,12
    46:17,22 47:24 49:11
presence 23:16,19
present 48:4
pressure 18:13
pretty 11:19 27:16
previous 18:16
prior 37:14 54:11
privacy 54:17
probably 44:5
problem 13:12
problems 7:4 11:20
produce 59:18 60:7
produced 59:14
Production 61:16
professional 51:4
Pronouncing 13:15
properly 8:10
provided 41:14 54:9
providers 42:16
psychiatrist 50:8,19 51:21

psychological 51:24 52:3
psychologist 50:5,6,8,19,24 51:11,21
Public 1:15 4:4 60:23
Puerto 6:3
pull 13:2
pursuant 1:12
pushed 12:3
put 18:17,23 26:12
p.m 1:14 60:11

─────────────────────────
Q
─────────────────────────
question 3:9 4:23 5:2,9 24:7,9 28:20
    28:21 49:17
questionnaires 36:5,6
questions 4:20 5:8 13:13 54:19 58:25
quiet 11:19,22

─────────────────────────
R
─────────────────────────
R 2:2 4:2 62:2
raising 39:9 40:21
rashad 1:3 6:10 41:12 61:17
Rashad's 41:11
reach 59:11
read 4:24 13:18,19 24:8,10 29:4 49:18
really 27:10
rear 53:6,8 55:7,9
reason 50:23
recall 17:8 58:11
receive 26:19
received 21:11 22:24 27:15 28:11
    31:19 38:2 39:19
recollection 13:21
recommend 32:2 36:9 42:16,18,22
    51:17
recommendations 49:15 51:15
recommended 36:15 51:19
record 4:10 13:19 24:10 29:4 49:18
    54:8 59:2,13 62:13
referrals 52:8
refused 19:19
regular 51:20
reinjure 37:21
related 4:21
relatives 39:20
relaxant 47:8
relaxer 47:6
relaxers 47:11
religion 6:12
remain 19:8
remember 7:17 9:24 10:24 11:11
    13:25 14:4,4 15:25 16:19 21:18
    22:13,18 24:19 25:25 26:24 27:10
    30:2,5,7 33:5,17 36:8 41:8,23 46:15
    47:5,7 50:11 52:25 57:14,19,22
repeat 24:7 29:3 49:17
reporter 4:25 5:5,6,11 13:20 24:11
    29:5 49:19
REPORTING 1:21
represent 4:16
representation 55:19
represented

62:11
REQUEST 41:16
REQUESTED 61:14
requests 54:12
reserved 3:9
respective 3:4
respond 17:21
responses 5:3
rest 9:17
result 12:9,13,16,23 44:19 55:13
results 41:22,25
Rico 6:3
right 6:20 14:15 16:4 46:3 48:5
road 2:10 13:3 30:9,12
roadway 9:9
roadways 9:6
RODE 2:9
room 21:11 23:2 24:2,14 38:6 45:15
routine 48:15,17

─────────────────────────
S
─────────────────────────
S 2:2 3:2,2
sacks 1:12,13 2:3,3
safety 8:13,16,19
same 3:6,14 14:15 23:6 24:5,17 25:7
    27:17,22 29:14 32:12,13,17 33:12
    33:22,24 34:11 35:4 38:20 40:15
    43:23 47:14
San 6:3
saw 14:16
saying 14:2 20:14
scene 13:23 16:5,11 17:9
schedule 33:22
scheduled 33:23 35:19 59:3,6
scheduling 59:18
screeching 10:12,12
sealing 3:5
seat 8:2,8,12 12:13,16
seats 8:10
second 33:21
see 6:19 7:2,3 48:10 51:11 52:10,14
    53:3,6,12
seeing 49:22
seems 59:7,11
seen 49:2,24
send 28:16,25 31:23 32:24 38:13
sending 28:22
sent 29:6,11 38:11
separate 32:21
SERVICE 1:21
services 38:15
set 62:20
setup 26:3,6
several 59:10
shake 5:4
Sharmin 40:3,6
Shopping 8:23
shoulder 15:14,15,20,21
show 53:25 54:13 55:6
showing 57:4

side 13:3 15:8,8,9,10,11,12,13,16,22
    56:17
sign 36:6
signed 3:12,14
silver 8:4 57:15,20
since 7:13,14 36:16,19 39:18 44:7
    48:22 49:2
situation 19:18
six 27:9 48:18,19,21
sleeping 43:17
slower 13:16
soft 10:15 43:13
some 4:19,21 11:20 14:12,25 19:13
    20:3 26:16 35:5 41:10 59:7
someone 21:15 51:19
something 11:21 13:8 14:3 17:3 26:10
    26:14 35:4,24 42:22 50:12
sometime 27:8
Sometimes 27:24
somewhere 22:21,22 33:13,14,15
    48:13 50:15
sorry 10:17 13:17 24:12 28:18 29:3
    45:22
sought 51:23
SOUTHERN 1:2
Spanish 13:10
speak 16:13,15 17:11
speaking 16:17 54:23
Specifically 54:23
spell 40:4
spelling 24:25
spent 58:13
spoken 10:15
staff 60:5
start 5:10 16:7 43:16,20
started 14:15 15:5
state 1:15 4:4,10
states 1:1 6:5
stay 24:5
staying 24:17
stenographically 62:9
still 14:22 16:5 43:24 44:2
stimulation 28:24
stimulations 26:7 28:12
STIPULATED 3:3,7,11
stopped 11:9
stops 28:9
street 30:5
strength 46:17
stretcher 18:24
Strike 28:19
subject 7:19
Subscribed 60:19
suffered 32:6
supply 45:18 46:13,19
sure 59:25
surgeries 36:19
surgery 36:15
sworn 3:12,15 4:3 60:19 62:7
S-H-A-R-M-I-N 40:5

T
T 3:2,2 62:2,2
take 5:6,11 25:19 34:19 35:14 46:2,8
    46:22 47:10,19,23
taken 1:11 5:5 29:8,13,16 30:15,21,25
    31:5 62:8
taking 39:21 47:15
talk 51:18
tanyah 1:4 7:9
tell 17:23,25 35:11,16 42:5
terms 26:25
testified 4:5 38:3
testimony 62:8,8
testing 28:17
Thank 60:9,10
their 8:10
therapy 28:23 47:15
thing 14:6 26:8,12
things 42:17
think 10:25 17:7,8 27:4 29:20 35:7
    38:20 49:4
thirty 46:12,19
Though 59:9
three 7:6 8:7 21:8 22:3 27:2,3,3,5,8,12
    28:9 29:20,21 33:23,25 43:12 45:19
    47:21
through 15:6 36:23 52:7
throughout 27:17
tie 55:14
time 3:9 7:23 8:8,14,19,21,25 9:4,11
    11:10 16:3,4 17:4 19:3 20:25 21:21
    21:24 22:4,13,17,19,22,24 23:13
    24:2,14 27:16,22 32:12,13,18 33:20
    33:21 34:19 36:24 43:23 44:15 45:6
    46:23 47:14 48:4 49:5 54:10 58:17
    60:2,8,11
timely 41:15
times 33:18,24 34:17,21,22 47:19,21
    51:10 58:16
tires 10:12
today 45:3
together 21:6 23:9 29:19 38:17 51:10
    58:12
told 17:22 18:7 52:23
towels 26:8
train 28:4,9
transcribed 62:10
transcript 62:12
treated 21:16 25:16
treatment 20:19 22:25 26:3,5 27:15
    29:2 31:20,24 32:21 37:25 42:11
    47:22 51:24
treatments 26:20 27:17 28:11,15,17
    42:9
TRENISE 62:3,24
trial 1:10 3:10 62:4,13
true 62:12
trunk 53:9 55:14,15
try 5:2 52:7
trying 27:11 52:20

two 35:20 36:2 45:13 53:17,21 55:24
    56:24 57:4 61:5,7,9
Tylenol 47:9,16,20
type 26:16 43:13

U
U 3:2
unable 59:12
under 42:8
understand 4:24 14:2,5
understanding 13:12
united 1:1 6:5
unrelated 48:16
until 5:9
unusual 15:24
upper 23:25 33:15
Upstairs 58:23
use 3:8 38:14 42:18 43:20,21 44:2,4
    46:19
usual 18:15

V
V 4:2
vehicle 7:18 10:19,21,23 11:5,7,8,9,23
    12:3 13:2,6 53:3,11 57:11
verbalize 5:3
very 10:15
vision 6:23
visit 22:9,15 23:10,13,13 24:3,3,15,15
    25:18 38:6 42:15 45:15
visits 29:19 38:17,21 48:21 52:4

W
wait 5:9 21:10
waived 3:6
walk 18:22
walked 18:25
want 35:5 57:18
Ward 4:13 7:11
wasn't 49:5
wear 42:22,23,25 43:7,10,15,16
wearing 6:19,22,25 8:16
weather 9:3
week 23:3 24:14 27:19 35:24 44:6
    47:21
weeks 36:2
weigh 44:15
weighed 44:12
weight 5:24 44:7,11
well 20:14 59:4,6
went 20:16 23:7 27:23,25 32:18 35:10
    35:16
were 4:21 6:2 8:2,7,10,16,21 9:3,6
    10:5 11:12,19,22 14:12,12,17,19,22
    14:25 16:5 17:5,20 21:22,24 23:16
    23:22 24:4,22 25:15 29:8,13,16,23
    32:10,11,20 42:8 44:18 45:14 46:3
    53:18,22 56:25 59:3
we're 20:15
WHEREOF 62:20
while 14:22 16:5 46:2

whole 15:6 43:16
Williamsbridge 30:9,11
witness 34:16,20,24 59:11 62:6,14,20
woman 25:3,4 38:25
words 5:11 14:13 18:4 32:5 35:5
work 8:19
worked 20:24
worn 43:2,5
worse 24:6,17,18 34:11,12 35:4
written 36:5

### X

x 1:3,9
xxxxx 2:16 3:16
x-ray 29:6 30:3,17
x-rayed 29:23
x-rays 29:8,8,13,16 30:15,21 41:22

### Y

yannick 1:7 4:17 59:5
yeah 6:21 16:7 36:3,3 43:20 55:23
year 6:13,18 27:13,14
yesterday 59:25
york 1:2,13,13,15,23 2:5,5,11 4:5,14
    20:18,22 38:6

### $

$500 58:15

### 0

07 1:6

### 1

1:00 22:20,21
1:13 1:14
10/28/06 7:22
10038 2:5
10271 1:23
10472 4:14
11501 2:11
12:00 22:20
120 1:22
1255 4:13 7:11
150 1:13 2:4
170 5:25 44:13
1983 5:15

### 2

2 5:15
2:31 60:11
2001 6:6,14 7:15,16
2002 8:4
2003 6:18 7:15
2006 30:15,21,25 31:5,9,12 36:17
    37:18,21 39:19 49:3 55:11
2008 1:14 60:20 62:6,21
205 30:8
210 44:17
212-732-8066 1:24
215 44:17
28 30:15,20,24 31:4,9,11 36:17 37:17

37:20 39:18 49:3 55:11

### 3

330 2:10

### 4

41 61:16

### 5

5'5 5:23
53 61:5,7
56 61:9

### 6

6th 6:12
60s 40:8
6010 1:6

### 8

8 1:14
8th 62:5
800 46:16