# EXHIBIT#6

# New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT (NYC)
MV-104AN (5/04)

Page __ of __ Pages
Precinct: 025
Accident No.: 1752
Complaint Number: __
☐ AMENDED REPORT

**Accident Date:** Month 10 / Day 28 / Year 2006
**Day of Week:** Sat
**Military Time:** 1346
**No. of Vehicles:** 02
**No. Injured:** 0
**No. Killed:** 0
☐ Not Investigated at Scene
☐ Reconstructed
☐ Left Scene
Police Photos: ☐ Yes ☒ No

### VEHICLE 1
- Driver License ID Number: 217 893 356  State of Lic.: CT
- Driver Name: Ali Rashad
- Address: 42 Bond St
- City: Waterbury  State: CT  Zip: 06706
- Date of Birth: 09/03/78  Sex: M
- No. of Occupants: 05
- Name on registration: Ali Rashad
- Address: 42 Bond St
- City: Waterbury  State: CT  Zip: 06706
- Plate Number: 568SGT  State: CT  Year/Make: 2002 Honda  Type: 4DSD  Ins. Code: __

### VEHICLE 2 ☒
- Driver License ID Number: L2119 78967 0855 6  State of Lic.: NJ
- Driver Name: Yannick G Lecourieux
- Address: 60 Glen Blvd
- City: Glen Rock  State: NJ  Zip: 07452
- Date of Birth: 08/07/55  Sex: M
- No. of Occupants: 01
- Name on registration: Yannick G Lecourieux  Sex: M  DOB: 08/07/55
- Address: 60 Glen Blvd
- City: Glen Rock  State: NJ  Zip: 07452
- Plate Number: NSD41H  State: NJ  Year/Make: 1997 Jeep  Type: SUV  Ins. Code: 962

### Vehicle 1 Damage Codes
- Box 1 - Point of Impact: 8
- Box 2 - Most Damage: 7
- Damage Codes: 8, 9
- Towed: N/A

### Vehicle 2 Damage Codes
- Box 1 - Point of Impact: 2
- Box 2 - Most Damage: 1
- Damage Codes: 2, 3
- Towed: N/A

**Accident Diagram:** Rear End (circled)   #1

Cost of repairs to any one vehicle will be more than $1000.
☒ Unknown/Unable to Determine   ☐ Yes   ☐ No

**Place Where Accident Occurred:** ☒ NEW YORK
- Reference Marker: 907P X4M1 2010
- Road: SB on E 132 St
- Intersecting street: S/B on E 132 St + Harlem River Dr.

### Accident Description/Officer's Notes
Veh #1 states he stopped as he exited the Hwy upon approaching a yield sign. Veh #2 states he also pressed on the brakes but slid due to the weather. The road is wet and slide bumping veh #1. Veh #1 passenger claims injuries to back. EMS @ scene & RMA. Aided card prepared.

### All Involved

| Row | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names | Date of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 28 | M | — | — | 6 | — | — | Ali, Rashad | — |
| B | 1 | 3 | 4 | 1 | 22 | F | 6 | 12 | 6 | 5107 | RMA | Ali, Minerva | — |
| C | 1 | 4 | 5 | 1 | 4 | M | — | — | 6 | — | — | Ali, Danyal | — |
| D | 1 | 5 | 5 | 1 | 3 | M | — | — | 6 | — | — | Ali, Danyah | — |
| E | 1 | 6 | 5 | 1 | 3 | F | — | — | 6 | — | — | Ali, Tanyah | — |
| F | 2 | 1 | 4 | 1 | 51 | M | — | — | 6 | — | — | Yannick, G Lecourieux | — |

**Officer's Rank and Signature:** PO
**Print Name in Full:** Duran
**Tax ID No.:** 936535
**NCIC No.:** 03030
**Precinct:** 025
**Post/Sector:** E
**Reviewing Officer:** (signature)
**Date/Time Reviewed:** 10/30/6

